B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
District Of <u>New Jersey</u>

In re <u>Kenneth G. McNeil</u>                                                       Case No. <u>15-14218-MBK</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust | U.S. Bank National Association, as Trustee |
| _____ | _____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

Wilmington Savings Fund Society, et al
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Court Claim # (if known):  5
Amount of Claim:  $95,293.63 (secured)
Date Claim Filed: 6/24/2015

Phone: _____          Phone: _____
Last Four Digits of Acct #: <u>3344</u>                               Last Four Digits of Acct #: <u>9275</u>

Name and Address where transferee payments should be sent (if different from above):

Wilmington Savings Fund Society, et al
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: <u>3344</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   <u>/s/Brian E. Caine, Esq.</u>                              Date:  <u>6/30/16</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I certify that the foregoing notice has been served on the following:

Kenneth G McNeil
52 S. Olden Avenue
Trenton, NJ 08609
**Debtors – Served Via Regular Mail**

Scott Eric Kaplan, Esquire
Scott E. Kaplan, LLC
12 North Main St., PO Box 157
Allentown, NJ 08501
**Debtor's Attorney – Served Electronically & Regular Mail**

*U.S. Trustee*
United States Trustee
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102
**U.S. Trustee-Served Electronically & Regular Mail**

Signed: /s/ Brian E. Caine      Title: Attorney      Date: 6/30/2016
Direct Telephone No. 856-985-4059      Mail, Fax or Email address:
bcaine@parkermccay.com