## UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY_____

In re  KENNETH G McNEIL _____

Case No. _____15-14218 MBK
Reporting Period: May 31, 2016

### MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

/s/ Kenneth G. McNeil
_____
Signature of Debtor

7/28/2016
_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re  KENNETH G McNEIL

Case No. _____15-14218 MBK
Reporting Period: May 31, 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .   Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | PLEASE SEE ATTACHED QUICKBOOKS STATEMENTS & CODED BANK STATEMENTS | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $        11,516.00 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $               - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $               - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $        11,516.00 |

FORM MOR-1
(04/07)

In re  KENNETH G McNEIL

Case No. _____15-14218 MBK
Reporting Period: May 31, 2016

### BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | **PLEASE SEE ATTACHED QUICKBOOKS & BANK STATEMENTS** | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1b
(04/07)

In re KENNETH G McNEIL

Case No.  15-14218 MBK

Reporting Period: May 31, 2016

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|-------|----------------|-----------------|-------|--------------|------------|------------------|----------------------|-------------------|------------------------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re  KENNETH G McNEIL

Case No. _____ 15-14218 MBK

**Reporting Period: May 31, 2016**

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

Federal and State Income Tax withheld from salary

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | Debtor has filed a Plan of Reorganization wherein this matter's resolution is proposed. | | | | | |
| Personal Property | Also, the Debtor has settled this matter with several secured creditors by motion practice. | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | $        - |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | Debtor has filed a Plan of Reorganization wherein this matter's resolution is proposed. | | | | | |
| Professional Fees | Also, the Debtor has settled this matter with several secured creditors by motion practice. | | | | | 0 |
| Amounts Due to Insiders* | | | | | | 0 |
| | | | | | | |
| **Total Postpetition Debts** | | | | | | $0.00 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re  KENNETH G McNEIL

Case No. _15-14218 MBK

Reporting Period: May 31, 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

**See Note 1 below:**

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ - | |
| + Amounts billed during the period | - | |
| - Amounts collected during the period | - | |
| Total Accounts Receivable at the end of the reporting period | $ - | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $ - | |
| 31 - 60 days old | - | |
| 61 - 90 days old | - | |
| 91+ days old | - | |
| Total Accounts Receivable | - | |
| Amount considered uncollectible (Bad Debt) | - | |
| Accounts Receivable (net) | $ - | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | N/A | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Note 1: Debtor is quantifying any amounts owed.**

# Kenneth McNeil
## Balance Sheet
### As of May 31, 2016

|  | May 31, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **10000 · Bank** | |
| 10300 · WF HOUSE ACCOUNT | (294) |
| 10400 · WF MAIN CHECKING | 102,904 |
| 10500 · WF BK-SAVINGS ACCOUNT | 500 |
| **Total 10000 · Bank** | 103,110 |
| **Total Checking/Savings** | 103,110 |
| **Accounts Receivable** | |
| Accounts Receivable | 4,720 |
| **Total Accounts Receivable** | 4,720 |
| **Total Current Assets** | 107,830 |
| **Fixed Assets** | |
| **Fixed Assets** | |
| 1420 Genesee, Hamilton | 46,038 |
| 196 Rosemont, Trenton | 20,000 |
| 219 Woodlawn, Hamilton | 37,115 |
| 244 Cleveland, Trenton | 29,000 |
| 251 Woodlawn, Hamilton | 40,000 |
| 29 S Olden, Trenton | 19,080 |
| 324 Mary St., Hamilton | 40,000 |
| 329 Cleveland, Trenton | 26,662 |
| 343 Garfield, Trenton | 28,694 |
| 44 S Hermitage, Trenton | 29,341 |
| 48 S Olden, Trenton | 17,000 |
| 5 Cortelyou, Jackson | 375,000 |
| 52 S Olden, Trenton | 21,117 |
| 59 Edgemere, Trenton | 20,000 |
| 631 Norway, Hamilton | 35,990 |
| **Total Fixed Assets** | 785,038 |
| 12000 · Renovations | 10,605 |
| **Total Fixed Assets** | 795,643 |
| **TOTAL ASSETS** | **903,473** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 59 · Edgemer, Trenton Payments Post | (1,500) |
| **Total Other Current Liabilities** | (1,500) |
| **Total Current Liabilities** | (1,500) |
| **Long Term Liabilities** | |
| **Mortgage Loans-Prepetition** | |
| 1420 Genesee, Hamilton | 136,250 |
| 196 Rosemont, Trenton | 113,982 |
| 219 Woodlawn, Hamilton | 95,129 |
| 244 Cleveland, Trenton | 146,334 |
| 251 Woodlawn, Hamilton | 92,322 |
| 29 S Olden, Trenton | 116,118 |
| 324 Mary St, Hamilton | 120,744 |
| 329 Cleveland, Trenton | 136,644 |
| 343 Garfield, Trenton | 157,751 |
| 44 S Hermitage, Trenton | 247,460 |
| 48 S Olden, Trenton | 118,464 |
| 5 Cortelyou Rd, Jackson | 538,823 |

# Kenneth McNeil
# Balance Sheet
### As of May 31, 2016

|  | May 31, 16 |
|---|---|
| 52 S Olden, Trenton | 126,187 |
| 59 Edgemere, Trenton | 64,581 |
| 631 Norway, Hamilton | 92,590 |
| **Total Mortgage Loans-Prepetition** | 2,303,379 |
| **Total Long Term Liabilities** | 2,303,379 |
| **Total Liabilities** | 2,301,879 |
| Equity |  |
| 30000 · Begining Balance Equity | (1,533,497) |
| 32000 · Members Equity | 82,306 |
| Net Income | 52,785 |
| **Total Equity** | (1,398,406) |
| **TOTAL LIABILITIES & EQUITY** | **903,473** |

# Kenneth McNeil
# Profit & Loss
### May 2016

|  | May 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 5,030 |
| Other Income | 1 |
| Rental Income | 14,842 |
| **Total Income/Receipts** | 19,873 |
| **Total Income** | 19,873 |
| **Expense** | |
| **Disbursements** | |
| Food/ Entertainment/Personal | 2,525 |
| Gas & Tolls | 32 |
| Insurance | 1,114 |
| Medical | 709 |
| Other Taxes | 795 |
| Travel Expense | 113 |
| Utilities | 1,835 |
| **Total Disbursements** | 7,125 |
| **General Expenses** | |
| 60902 · Office Expense | 10 |
| 61700 · Computer and Internet Expenses | 510 |
| 67100 · Rent Expense | 1,700 |
| 67200 · Repairs and Maintenance | 1,517 |
| 68100 · Telephone Expense | 654 |
| **Total General Expenses** | 4,391 |
| **Total Expense** | 11,516 |
| **Net Ordinary Income** | 8,357 |
| **Net Income** | **8,357** |

# Kenneth McNeil
# Profit & Loss by Class
### May 2016

| | General/Personal | 1420 Genesee, H... (Residential Prop... | 196 Rosemont, Tr... (Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | 5,030 | | |
| Other Income | 1 | | |
| Rental Income | | | 400 |
| **Total Income/Receipts** | 5,031 | | 400 |
| **Total Income** | 5,031 | | 400 |
| **Expense** | | | |
| **Disbursements** | | | |
| Food/ Entertainment/Personal | 2,525 | | |
| Gas & Tolls | 32 | | |
| Insurance | 450 | | 665 |
| Medical | 709 | | |
| Other Taxes | | 318 | |
| Travel Expense | 113 | | |
| Utilities | 800 | | |
| **Total Disbursements** | 4,630 | 318 | 665 |
| **General Expenses** | | | |
| 60902 · Office Expense | 10 | | |
| 61700 · Computer and Internet Expenses | 510 | | |
| 67100 · Rent Expense | 1,700 | | |
| 67200 · Repairs and Maintenance | 667 | | |
| 68100 · Telephone Expense | 654 | | |
| **Total General Expenses** | 3,541 | | |
| **Total Expense** | 8,171 | 318 | 665 |
| **Net Ordinary Income** | (3,140) | (318) | (265) |
| **Net Income** | **(3,140)** | **(318)** | **(265)** |

# Kenneth McNeil
## Profit & Loss by Class
### May 2016

|  | 219 Woodlawn, H... (Residential Prop... | 244 Cleveland, Tr... (Residential Prop... | 251 Woodlawn, H... (Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   Income | | | |
|     Income/Receipts | | | |
|       Disability Income | | | |
|       Other Income | | | |
|       Rental Income | 1,275 | 795 | 1,275 |
|     **Total Income/Receipts** | 1,275 | 795 | 1,275 |
|   **Total Income** | 1,275 | 795 | 1,275 |
|   **Expense** | | | |
|     Disbursements | | | |
|       Food/ Entertainment/Personal | | | |
|       Gas & Tolls | | | |
|       Insurance | | | |
|       Medical | | | |
|       Other Taxes | 159 | | |
|       Travel Expense | | | |
|       Utilities | | | |
|     **Total Disbursements** | 159 | | |
|     General Expenses | | | |
|       60902 · Office Expense | | | |
|       61700 · Computer and Internet Expenses | | | |
|       67100 · Rent Expense | | | |
|       67200 · Repairs and Maintenance | | | |
|       68100 · Telephone Expense | | | |
|     **Total General Expenses** | | | |
|   **Total Expense** | 159 | | |
|   **Net Ordinary Income** | 1,116 | 795 | 1,275 |
| **Net Income** | **1,116** | **795** | **1,275** |

# Kenneth McNeil
## Profit & Loss by Class
### May 2016

| | 29 S Olden, Trent... (Residential Prop... | 324 Mary St, Ham... (Residential Prop... | 343 Garfield, Tren... (Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| **Disability Income** | | | |
| **Other Income** | | | |
| **Rental Income** | 1,000 | 1,100 | 1,000 |
| **Total Income/Receipts** | 1,000 | 1,100 | 1,000 |
| **Total Income** | 1,000 | 1,100 | 1,000 |
| **Expense** | | | |
| **Disbursements** | | | |
| **Food/ Entertainment/Personal** | | | |
| **Gas & Tolls** | | | |
| **Insurance** | | | |
| **Medical** | | | |
| **Other Taxes** | | 159 | |
| **Travel Expense** | | | |
| **Utilities** | | | 389 |
| **Total Disbursements** | | 159 | 389 |
| **General Expenses** | | | |
| 60902 · Office Expense | | | |
| 61700 · Computer and Internet Expenses | | | |
| 67100 · Rent Expense | | | |
| 67200 · Repairs and Maintenance | 300 | | |
| 68100 · Telephone Expense | | | |
| **Total General Expenses** | 300 | | |
| **Total Expense** | 300 | 159 | 389 |
| **Net Ordinary Income** | 700 | 941 | 611 |
| **Net Income** | **700** | **941** | **611** |

## Kenneth McNeil
# Profit & Loss by Class
### May 2016

| | 44 S Hermitage, T...<br>(Residential Prop... | 48 S Olden, Trent...<br>(Residential Prop... | 5 Cortelyou Road...<br>(Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   Income | | | |
|     Income/Receipts | | | |
|       Disability Income | | | |
|       Other Income | | | |
|       Rental Income | 1,266 | 950 | 2,850 |
|     **Total Income/Receipts** | 1,266 | 950 | 2,850 |
|   **Total Income** | 1,266 | 950 | 2,850 |
|   **Expense** | | | |
|     Disbursements | | | |
|       Food/ Entertainment/Personal | | | |
|       Gas & Tolls | | | |
|       Insurance | | | |
|       Medical | | | |
|       Other Taxes | | | |
|       Travel Expense | | | |
|       Utilities | 646 | | |
|     **Total Disbursements** | 646 | | |
|     General Expenses | | | |
|       60902 · Office Expense | | | |
|       61700 · Computer and Internet Expenses | | | |
|       67100 · Rent Expense | | | |
|       67200 · Repairs and Maintenance | 550 | | |
|       68100 · Telephone Expense | | | |
|     **Total General Expenses** | 550 | | |
|   **Total Expense** | 1,196 | | |
|   **Net Ordinary Income** | 70 | 950 | 2,850 |
| **Net Income** | **70** | **950** | **2,850** |

## Kenneth McNeil
## Profit & Loss by Class
### May 2016

| | 52 S Olden, Trent...<br>(Residential Prop... | 59 Edgemere, Tre...<br>(Residential Prop... | 631 Norway, Ham...<br>(Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   **Income** | | | |
|     **Income/Receipts** | | | |
|       **Disability Income** | | | |
|       **Other Income** | | | |
|       **Rental Income** | 1,015 | 1,037 | 879 |
|     **Total Income/Receipts** | 1,015 | 1,037 | 879 |
|   **Total Income** | 1,015 | 1,037 | 879 |
|   **Expense** | | | |
|     **Disbursements** | | | |
|       **Food/ Entertainment/Personal** | | | |
|       **Gas & Tolls** | | | |
|       **Insurance** | | | |
|       **Medical** | | | |
|       **Other Taxes** | | | 159 |
|       **Travel Expense** | | | |
|       **Utilities** | | | |
|     **Total Disbursements** | | | 159 |
|     **General Expenses** | | | |
|       **60902 · Office Expense** | | | |
|       **61700 · Computer and Internet Expenses** | | | |
|       **67100 · Rent Expense** | | | |
|       **67200 · Repairs and Maintenance** | | | |
|       **68100 · Telephone Expense** | | | |
|     **Total General Expenses** | | | |
|   **Total Expense** | | | 159 |
|   **Net Ordinary Income** | 1,015 | 1,037 | 720 |
| **Net Income** | **1,015** | **1,037** | **720** |

# Kenneth McNeil
## Profit & Loss by Class
### May 2016

| | Total Residential ... | TOTAL |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Income/Receipts** | | |
| Disability Income | | 5,030 |
| Other Income | | 1 |
| Rental Income | 14,842 | 14,842 |
| **Total Income/Receipts** | 14,842 | 19,873 |
| **Total Income** | 14,842 | 19,873 |
| **Expense** | | |
| **Disbursements** | | |
| Food/ Entertainment/Personal | | 2,525 |
| Gas & Tolls | | 32 |
| Insurance | 665 | 1,114 |
| Medical | | 709 |
| Other Taxes | 795 | 795 |
| Travel Expense | | 113 |
| Utilities | 1,035 | 1,835 |
| **Total Disbursements** | 2,495 | 7,125 |
| **General Expenses** | | |
| 60902 · Office Expense | | 10 |
| 61700 · Computer and Internet Expenses | | 510 |
| 67100 · Rent Expense | | 1,700 |
| 67200 · Repairs and Maintenance | 850 | 1,517 |
| 68100 · Telephone Expense | | 654 |
| **Total General Expenses** | 850 | 4,391 |
| **Total Expense** | 3,345 | 11,516 |
| **Net Ordinary Income** | 11,497 | 8,357 |
| **Net Income** | **11,497** | **8,357** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through May 31, 2016

| | General/Personal | 1420 Genesee, H...<br>(Residential Prop... | 196 Rosemont, Tr...<br>(Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | 62,868 | | |
| Opening Deposit Balance | 3,688 | | |
| Other Income | 4 | | |
| Refund | 24,655 | | |
| Rental Income | 0 | 8,870 | 5,665 |
| Social Security | 9,945 | | |
| Tax Refund | 2,441 | | |
| Income/Receipts - Other | | | 855 |
| **Total Income/Receipts** | 103,602 | 8,870 | 6,520 |
| **Total Income** | 103,602 | 8,870 | 6,520 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | 1,096 | | |
| Car Service Taxi/Transportation | 203 | | |
| Food/ Entertainment/Personal | 18,126 | | |
| Gas & Tolls | 2,389 | | |
| Health Club | 103 | | |
| Home Insurance | 783 | | |
| Home Maintenance/Care | 39 | | |
| Housekeeping/Clothing/Laundry | 178 | | |
| Income Tax | 187 | | |
| Insurance | 7,409 | | 665 |
| License/Fees | | | 135 |
| Medical | 6,685 | | |
| Other Taxes | 545 | 475 | |
| Real Estate Taxes | | | |
| Service Charges-Checks, Etc | 113 | | |
| Travel Expense | 1,465 | | |
| Utilities | 2,287 | | |
| **Total Disbursements** | 41,607 | 475 | 800 |
| **General Expenses** | | | |
| 60200 · Automobile Expense | 648 | | |
| 60902 · Office Expense | 282 | | |
| 61700 · Computer and Internet Expenses | 510 | | |
| 63700 · Landscaping and Groundskeeping | | | |
| 64904 · Supplies | 1,015 | | |
| 66500 · Postage and Delivery | 12 | | |
| 67100 · Rent Expense | 28,200 | | |
| 67200 · Repairs and Maintenance | 667 | 1,320 | 1,214 |
| 68100 · Telephone Expense | 2,579 | | |
| **Total General Expenses** | 33,914 | 1,320 | 1,214 |
| **Reorganization Costs** | | | |
| Professional Fees | 766 | | |
| U.S. Trustee Fees | 2,925 | | |
| **Total Reorganization Costs** | 3,691 | | |
| **Total Expense** | 79,212 | 1,795 | 2,013 |
| **Net Ordinary Income** | 24,390 | 7,075 | 4,507 |
| **Net Income** | **24,390** | **7,075** | **4,507** |

**Kenneth McNeil**
## Profit & Loss by Class
### March 11, 2015 through May 31, 2016

| | 219 Woodlawn, H...<br>(Residential Prop... | 244 Cleveland, Tr...<br>(Residential Prop... | 251 Woodlawn, H...<br>(Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| **Disability Income** | | | |
| **Opening Deposit Balance** | | | |
| **Other Income** | | | |
| **Refund** | | | |
| **Rental Income** | 13,842 | 18,889 | 15,207 |
| **Social Security** | | | |
| **Tax Refund** | | | |
| **Income/Receipts - Other** | 1,275 | 795 | 1,275 |
| **Total Income/Receipts** | 15,117 | 19,684 | 16,482 |
| **Total Income** | 15,117 | 19,684 | 16,482 |
| **Expense** | | | |
| **Disbursements** | | | |
| **Cable, TV, Phone-Bus/Personal** | | | |
| **Car Service Taxi/Transportation** | | | |
| **Food/ Entertainment/Personal** | | | |
| **Gas & Tolls** | | | |
| **Health Club** | | | |
| **Home Insurance** | | | |
| **Home Maintenance/Care** | | | |
| **Housekeeping/Clothing/Laundry** | | | |
| **Income Tax** | | | |
| **Insurance** | | | |
| **License/Fees** | 25 | 135 | |
| **Medical** | | | |
| **Other Taxes** | 789 | | 157 |
| **Real Estate Taxes** | | | |
| **Service Charges-Checks, Etc** | | | |
| **Travel Expense** | | | |
| **Utilities** | | | |
| **Total Disbursements** | 814 | 135 | 157 |
| **General Expenses** | | | |
| **60200 · Automobile Expense** | | | |
| **60902 · Office Expense** | | | |
| **61700 · Computer and Internet Expenses** | | | |
| **63700 · Landscaping and Groundskeeping** | | | |
| **64904 · Supplies** | | | |
| **66500 · Postage and Delivery** | | | |
| **67100 · Rent Expense** | | | |
| **67200 · Repairs and Maintenance** | 1,084 | 1,131 | 2,698 |
| **68100 · Telephone Expense** | | | |
| **Total General Expenses** | 1,084 | 1,131 | 2,698 |
| **Reorganization Costs** | | | |
| **Professional Fees** | | | |
| **U.S. Trustee Fees** | | | |
| **Total Reorganization Costs** | | | |
| **Total Expense** | 1,898 | 1,266 | 2,855 |
| **Net Ordinary Income** | 13,220 | 18,417 | 13,627 |
| **Net Income** | **13,220** | **18,417** | **13,627** |

### Kenneth McNeil
## Profit & Loss by Class
#### March 11, 2015 through May 31, 2016

| | 29 S Olden, Trent...<br>(Residential Prop... | 324 Mary St, Ham...<br>(Residential Prop... | 329 Cleveland, Tr...<br>(Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   **Income** | | | |
|     **Income/Receipts** | | | |
|       **Disability Income** | | | |
|       **Opening Deposit Balance** | | | |
|       **Other Income** | | | |
|       **Refund** | | | |
|       **Rental Income** | 6,890 | 11,200 | 7,393 |
|       **Social Security** | | | |
|       **Tax Refund** | | | |
|       **Income/Receipts - Other** | 1,000 | 1,100 | 850 |
|     **Total Income/Receipts** | 7,890 | 12,300 | 8,243 |
|   **Total Income** | 7,890 | 12,300 | 8,243 |
|   **Expense** | | | |
|     **Disbursements** | | | |
|       **Cable, TV, Phone-Bus/Personal** | | | |
|       **Car Service Taxi/Transportation** | | | |
|       **Food/ Entertainment/Personal** | 27 | | |
|       **Gas & Tolls** | | | |
|       **Health Club** | | | |
|       **Home Insurance** | | | |
|       **Home Maintenance/Care** | | 12 | |
|       **Housekeeping/Clothing/Laundry** | | | |
|       **Income Tax** | | | |
|       **Insurance** | | | |
|       **License/Fees** | 135 | | 135 |
|       **Medical** | | | |
|       **Other Taxes** | | 316 | |
|       **Real Estate Taxes** | | | |
|       **Service Charges-Checks, Etc** | | | |
|       **Travel Expense** | | | |
|       **Utilities** | 45 | 316 | 604 |
|     **Total Disbursements** | 207 | 644 | 739 |
|     **General Expenses** | | | |
|       **60200 · Automobile Expense** | | | |
|       **60902 · Office Expense** | | | |
|       **61700 · Computer and Internet Expenses** | | | |
|       **63700 · Landscaping and Groundskeeping** | | | |
|       **64904 · Supplies** | 91 | | |
|       **66500 · Postage and Delivery** | | | |
|       **67100 · Rent Expense** | | | |
|       **67200 · Repairs and Maintenance** | 9,989 | 6,247 | 6,079 |
|       **68100 · Telephone Expense** | | | |
|     **Total General Expenses** | 10,080 | 6,247 | 6,079 |
|     **Reorganization Costs** | | | |
|       **Professional Fees** | | | |
|       **U.S. Trustee Fees** | | | |
|     **Total Reorganization Costs** | | | |
|   **Total Expense** | 10,286 | 6,891 | 6,818 |
|   **Net Ordinary Income** | (2,396) | 5,409 | 1,426 |
| **Net Income** | **(2,396)** | **5,409** | **1,426** |

## Kenneth McNeil
# Profit & Loss by Class
### March 11, 2015 through May 31, 2016

| | 343 Garfield, Tren... (Residential Prop... | 44 S Hermitage, T... (Residential Prop... | 48 S Olden, Trent... (Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| **Disability Income** | | | |
| **Opening Deposit Balance** | | | |
| **Other Income** | | | |
| **Refund** | | | |
| **Rental Income** | 6,655 | 6,807 | 7,506 |
| **Social Security** | | | |
| **Tax Refund** | | | |
| **Income/Receipts - Other** | 429 | 588 | 950 |
| **Total Income/Receipts** | 7,084 | 7,395 | 8,456 |
| **Total Income** | 7,084 | 7,395 | 8,456 |
| **Expense** | | | |
| **Disbursements** | | | |
| **Cable, TV, Phone-Bus/Personal** | | | |
| **Car Service Taxi/Transportation** | | | |
| **Food/ Entertainment/Personal** | | | |
| **Gas & Tolls** | | | |
| **Health Club** | | | |
| **Home Insurance** | 725 | 685 | 693 |
| **Home Maintenance/Care** | | | |
| **Housekeeping/Clothing/Laundry** | | | |
| **Income Tax** | | | |
| **Insurance** | | | |
| **License/Fees** | 250 | 205 | 135 |
| **Medical** | | | |
| **Other Taxes** | | | |
| **Real Estate Taxes** | | 941 | 388 |
| **Service Charges-Checks, Etc** | | | |
| **Travel Expense** | | | |
| **Utilities** | 734 | 1,667 | 393 |
| **Total Disbursements** | 1,709 | 3,498 | 1,609 |
| **General Expenses** | | | |
| **60200 · Automobile Expense** | | | |
| **60902 · Office Expense** | | | |
| **61700 · Computer and Internet Expenses** | | | |
| **63700 · Landscaping and Groundskeeping** | | 275 | |
| **64904 · Supplies** | | | |
| **66500 · Postage and Delivery** | | | |
| **67100 · Rent Expense** | | | |
| **67200 · Repairs and Maintenance** | 5,295 | 4,482 | 10,118 |
| **68100 · Telephone Expense** | | | |
| **Total General Expenses** | 5,295 | 4,757 | 10,118 |
| **Reorganization Costs** | | | |
| **Professional Fees** | | | |
| **U.S. Trustee Fees** | | | |
| **Total Reorganization Costs** | | | |
| **Total Expense** | 7,004 | 8,255 | 11,727 |
| **Net Ordinary Income** | 80 | (860) | (3,271) |
| **Net Income** | **80** | **(860)** | **(3,271)** |

### Kenneth McNeil
## Profit & Loss by Class
#### March 11, 2015 through May 31, 2016

| | 5 Cortelyou Road... (Residential Prop... | 52 S Olden, Trent... (Residential Prop... | 59 Edgemere, Tre... (Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   **Income** | | | |
|     **Income/Receipts** | | | |
|       **Disability Income** | | | |
|       **Opening Deposit Balance** | | | |
|       **Other Income** | | | |
|       **Refund** | | | |
|       **Rental Income** | 22,740 | 10,053 | 12,642 |
|       **Social Security** | | | |
|       **Tax Refund** | | | |
|       **Income/Receipts - Other** | 2,850 | 1,015 | 1,037 |
|     **Total Income/Receipts** | 25,590 | 11,068 | 13,679 |
|   **Total Income** | 25,590 | 11,068 | 13,679 |
| **Expense** | | | |
|   **Disbursements** | | | |
|     **Cable, TV, Phone-Bus/Personal** | | | |
|     **Car Service Taxi/Transportation** | | | |
|     **Food/ Entertainment/Personal** | | | |
|     **Gas & Tolls** | | | |
|     **Health Club** | | | |
|     **Home Insurance** | | 10 | |
|     **Home Maintenance/Care** | | | |
|     **Housekeeping/Clothing/Laundry** | | | |
|     **Income Tax** | | | |
|     **Insurance** | | | |
|     **License/Fees** | | | 135 |
|     **Medical** | | | |
|     **Other Taxes** | | | |
|     **Real Estate Taxes** | | | |
|     **Service Charges-Checks, Etc** | | | |
|     **Travel Expense** | | | |
|     **Utilities** | | 3,903 | 106 |
|   **Total Disbursements** | | 3,913 | 241 |
|   **General Expenses** | | | |
|     **60200 · Automobile Expense** | | | |
|     **60902 · Office Expense** | | | |
|     **61700 · Computer and Internet Expenses** | | | |
|     **63700 · Landscaping and Groundskeeping** | | | |
|     **64904 · Supplies** | | | |
|     **66500 · Postage and Delivery** | | | |
|     **67100 · Rent Expense** | | 1,700 | |
|     **67200 · Repairs and Maintenance** | | 1,008 | 694 |
|     **68100 · Telephone Expense** | | | |
|   **Total General Expenses** | | 2,708 | 694 |
|   **Reorganization Costs** | | | |
|     **Professional Fees** | | | |
|     **U.S. Trustee Fees** | | | |
|   **Total Reorganization Costs** | | | |
|   **Total Expense** | | 6,621 | 935 |
| **Net Ordinary Income** | 25,590 | 4,447 | 12,744 |
| **Net Income** | **25,590** | **4,447** | **12,744** |

**Kenneth McNeil**

# Profit & Loss by Class

### March 11, 2015 through May 31, 2016

| | 631 Norway, Ham... (Residential Prop... | Total Residential ... | Unclassified |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | | | |
| Opening Deposit Balance | | | |
| Other Income | | | 0 |
| Refund | | | |
| Rental Income | 13,856 | 168,214 | |
| Social Security | | | |
| Tax Refund | | | |
| Income/Receipts - Other | 2,524 | 16,543 | |
| **Total Income/Receipts** | 16,380 | 184,757 | 0 |
| **Total Income** | 16,380 | 184,757 | 0 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | | | |
| Car Service Taxi/Transportation | | | |
| Food/ Entertainment/Personal | | 27 | (218) |
| Gas & Tolls | | | |
| Health Club | | | |
| Home Insurance | | 2,113 | |
| Home Maintenance/Care | | 12 | |
| Housekeeping/Clothing/Laundry | | | |
| Income Tax | | | |
| Insurance | | 665 | |
| License/Fees | 52 | 1,342 | |
| Medical | | | |
| Other Taxes | 958 | 2,695 | |
| Real Estate Taxes | | 1,328 | |
| Service Charges-Checks, Etc | | | |
| Travel Expense | | | |
| Utilities | | 7,769 | 203 |
| **Total Disbursements** | 1,010 | 15,951 | (15) |
| **General Expenses** | | | |
| 60200 · Automobile Expense | | | 28 |
| 60902 · Office Expense | | | |
| 61700 · Computer and Internet Expenses | | | |
| 63700 · Landscaping and Groundskeeping | | 275 | |
| 64904 · Supplies | 33 | 124 | |
| 66500 · Postage and Delivery | | | |
| 67100 · Rent Expense | | 1,700 | |
| 67200 · Repairs and Maintenance | 5,271 | 56,629 | |
| 68100 · Telephone Expense | | | |
| **Total General Expenses** | 5,305 | 58,728 | 28 |
| **Reorganization Costs** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| **Total Reorganization Costs** | | | |
| **Total Expense** | 6,315 | 74,679 | 13 |
| **Net Ordinary Income** | 10,065 | 110,078 | (13) |
| **Net Income** | **10,065** | **110,078** | **(13)** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through May 31, 2016

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 62,868 |
| Opening Deposit Balance | 3,688 |
| Other Income | 4 |
| Refund | 24,655 |
| Rental Income | 168,214 |
| Social Security | 9,945 |
| Tax Refund | 2,441 |
| Income/Receipts - Other | 16,543 |
| **Total Income/Receipts** | 288,359 |
| **Total Income** | 288,359 |
| **Expense** | |
| **Disbursements** | |
| Cable, TV, Phone-Bus/Personal | 1,096 |
| Car Service Taxi/Transportation | 203 |
| Food/ Entertainment/Personal | 17,934 |
| Gas & Tolls | 2,389 |
| Health Club | 103 |
| Home Insurance | 2,896 |
| Home Maintenance/Care | 50 |
| Housekeeping/Clothing/Laundry | 178 |
| Income Tax | 187 |
| Insurance | 8,074 |
| License/Fees | 1,342 |
| Medical | 6,685 |
| Other Taxes | 3,240 |
| Real Estate Taxes | 1,328 |
| Service Charges-Checks, Etc | 113 |
| Travel Expense | 1,465 |
| Utilities | 10,260 |
| **Total Disbursements** | 57,543 |
| **General Expenses** | |
| 60200 · Automobile Expense | 676 |
| 60902 · Office Expense | 282 |
| 61700 · Computer and Internet Expenses | 510 |
| 63700 · Landscaping and Groundskeeping | 275 |
| 64904 · Supplies | 1,139 |
| 66500 · Postage and Delivery | 12 |
| 67100 · Rent Expense | 29,900 |
| 67200 · Repairs and Maintenance | 57,296 |
| 68100 · Telephone Expense | 2,579 |
| **Total General Expenses** | 92,670 |
| **Reorganization Costs** | |
| Professional Fees | 766 |
| U.S. Trustee Fees | 2,925 |
| **Total Reorganization Costs** | 3,691 |
| **Total Expense** | 153,903 |
| **Net Ordinary Income** | 134,455 |
| **Net Income** | **134,455** |

# Wells Fargo Combined Statement of Accounts



Primary account number: **1632178321**  ■  May 1, 2016 - May 31, 2016  ■  Page 1 of 8

KENNETH MCNEIL
DEBTOR IN POSSESSION
CH 11 CASE# 15-14218(NJ)
174 NASSAU ST PMB 277
PRINCETON NJ 08542-7005

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ✓ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ✓ |

**Other Wells Fargo Benefits**

Students have unique needs when it comes to their money. Whether a younger teen in high school, or an older teen preparing to graduate and take the next step towards college, the military, or directly into the workforce, Wells Fargo has the tools and resources to help students access their money, manage a budget, pay for college, and much more. Visit   **wellsfargo.com/studentcenter**

(347)

Primary account number:  **1632178321**  ■  May 1, 2016 - May 31, 2016  ■  Page 2 of 8



---

# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo® Preferred Checking | 2 | 1632178321 | 95,853.44 | 102,903.81 |
| Wells Fargo Everyday Checking | 5 | 1632178354 | 650.38 | -293.66 |
| Wells Fargo Way2Save® Savings | 7 | 5631706024 | 500.04 | 500.04 |
| | **Total deposit accounts** | | **$97,003.86** | **$103,110.19** |

---

# Wells Fargo® Preferred Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $95,853.44 |
| Deposits/Additions | 21,321.48 |
| Withdrawals/Subtractions | - 14,271.11 |
| **Ending balance on 5/31** | **$102,903.81** |

Account number:  **1632178321**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 15-14218(NJ)**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■   Savings - 000005631706024

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.78 |
| Average collected balance | $91,644.07 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.78 |
| Interest paid this year | $3.29 |

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/2 | | Purchase authorized on 04/27 Uber Technologies 8665761039 CA S586118002196525 Card 9453 | | 5.60 | |
| 5/2 | | Purchase authorized on 04/29 Wholefds Prn 10187 Princeton NJ S286120680540541 Card 9453 | | 46.51 | |
| 5/2 | | Purchase authorized on 04/30 Uber Technologies 866-576-1039 CA S586121087057488 Card 9453 | | 5.60 | |
| 5/2 | | Purchase authorized on 04/30 Butterfly Nails Princeton NJ S586121678420852 Card 9453 | | 31.00 | |
| 5/2 | | Purchase authorized on 05/01 Uber Technologies 8665761039 CA S466121845382570 Card 9453 | | 5.60 | |
| 5/2 | 218 | Check | | 250.00 | |

Primary account number: **1632178321** ■ May 1, 2016 - May 31, 2016 ■ Page 3 of 8



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/2 | | Horizon Bcbs NJ Prem. Bill 160428 xxxxx3034 McNeil | | 234.32 | 95,274.81 |
| 5/3 | | SSA Treas 310 Xxsoc Sec 050316 xxxxx3034A SSA Kenneth G McNeil | 1,982.00 | | |
| 5/3 | | Harland Clarke Check/Acc. 050216 00676887575488 Kenneth McNeil | | 10.00 | |
| 5/3 | | Purchase authorized on 05/02 Fic*Foremost Insur 800-527-3905 MI S586123653276215 Card 9453 | | 664.62 | |
| 5/3 | | Purchase authorized on 05/02 Black Forest Acres Hamilton Squa NJ S386123691949446 Card 9453 | | 36.60 | |
| 5/3 | | Bill Pay 29 South Olden A Recurringxx70490 on 05-03 | | 700.00 | |
| 5/3 | | Bill Pay Ocwen-219 Recurringxxxxx24512 on 05-03 | | 726.00 | |
| 5/3 | | Bill Pay Sls-59 Recurringxxxxx27021 on 05-03 | | 750.00 | 94,369.59 |
| 5/4 | | Purchase authorized on 05/03 Cty Online 4107356063 MD S306124563812350 Card 9453 | | 189.00 | |
| 5/4 | | Purchase authorized on 05/03 Jerrys Artarama-PR Lawrenceville NJ S386124589243396 Card 9453 | | 40.33 | |
| 5/4 | | Purchase authorized on 05/03 Cvs/Pharmacy #0287 Trenton NJ S086124650445551 Card 9453 | | 5.83 | |
| 5/4 | | Purchase authorized on 05/03 Black Forest Acres Hamilton Squa NJ S586124818900849 Card 9453 | | 39.58 | 94,094.85 |
| 5/5 | | Purchase authorized on 05/04 Uber Technologies 866-576-1039 CA S386125639250654 Card 9453 | | 5.60 | |
| 5/5 | | Purchase authorized on 05/04 Jerrys Artarama-PR Lawrenceville NJ S586125782934783 Card 9453 | | 19.67 | 94,069.58 |
| 5/6 | | Bill Payment Return on 05-06 | 700.00 | | |
| 5/6 | | Purchase authorized on 05/05 Uber Technologies 866-576-1039 CA S586126519324913 Card 9453 | | 5.73 | |
| 5/6 | | Purchase authorized on 05/05 Uber Technologies 866-576-1039 CA S466126582724773 Card 9453 | | 5.74 | |
| 5/6 | 175 | Cashed Check | | 350.00 | 94,408.11 |
| 5/9 | | Recurring Payment authorized on 05/06 Intuit *Qbooks/Pro 800-446-8848 CA S306127555595328 Card 9453 | | 509.95 | |
| 5/9 | | Purchase authorized on 05/06 Harbor Freight Too Ewing NJ S586127588026219 Card 9453 | | 14.54 | |
| 5/9 | | Purchase authorized on 05/06 The Home Depot #09 Ewing NJ S306127597193963 Card 9453 | | 16.92 | |
| 5/9 | | Purchase authorized on 05/06 Wholefds Prn 10187 Princeton NJ S006128079172884 Card 9453 | | 162.57 | |
| 5/9 | | Purchase authorized on 05/08 Abunda Life Asbury Park NJ S306129670555207 Card 9453 | | 658.00 | |
| 5/9 | 176 | Cashed Check | | 300.00 | 92,746.13 |
| 5/10 | | Purchase authorized on 05/08 Quick Chek Food St Trenton NJ S306129744723763 Card 9453 | | 7.48 | |
| 5/10 | | WFB Hr Benefits Wfc04810379 McNeil Kenneth | | 45.92 | |
| 5/10 | | Public Service Pseg 006644238408 Kenneth McNeil | | 799.88 | |
| 5/10 | 177 | Check | | 775.00 | 91,117.85 |
| 5/12 | | Recurring Payment authorized on 05/11 Verizon*Onetimepay Verizon.Com TX S466131803390923 Card 9453 | | 300.67 | 90,817.18 |
| 5/13 | | Purchase authorized on 05/11 Mending Hearts Fam Burlington NJ S466133033096931 Card 9453 | | 80.00 | |
| 5/13 | | ATM Withdrawal authorized on 05/13 1300 Hamilton Ave. Trenton NJ 0007742 ATM ID 0083H Card 9453 | | 300.00 | 90,437.18 |
| 5/16 | | Purchase Return authorized on 05/11 Abunda Life Asbury Park NJ S616135607536808 Card 9453 | 230.00 | | |
| 5/16 | | Purchase authorized on 05/13 Hung Voung Superma Philadelphia PA S466134489428670 Card 9453 | | 59.78 | |
| 5/16 | | Purchase authorized on 05/13 Wholefds Prn 10187 Princeton NJ S166134739230728 Card 9453 | | 17.85 | |
| 5/16 | | Purchase authorized on 05/15 Uber May15 US Ja Help.Uber.Com CA S586136770097216 Card 9453 | | 6.64 | |
| 5/16 | | Purchase authorized on 05/16 Uber May15 US Ci Help.Uber.Com CA S586137137644559 Card 9453 | | 5.60 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/16 | | Prudential Ins Ins Prem May 16 063413632Trnll2 Kenneth G McNeil | | 47.96 | |
| 5/16 | | Metlife Payment 160516 50001060323 Kenneth McNeil | | 331.69 | 90,197.66 |
| 5/17 | | Recurring Payment authorized on 05/16 Rwj-Hamilton Healt 609-584-7600 NJ S286137338793214 Card 9453 | | 51.36 | |
| 5/17 | | Purchase authorized on 05/16 Uber May16 US 6Z Help.Uber.Com CA S586137474335082 Card 9453 | | 5.60 | |
| 5/17 | | Purchase authorized on 05/17 Uber Technologies 8665761039 CA S466138055603037 Card 9453 | | 14.81 | 90,125.89 |
| 5/18 | | Purchase authorized on 05/18 Uber May17 US Fm Help.Uber.Com CA S466138858099356 Card 9453 | | 5.60 | |
| 5/18 | | Purchase authorized on 05/17 Holiday Skating Ce Delanco NJ S466139059476355 Card 9453 | | 100.00 | 90,020.29 |
| 5/19 | | Purchase authorized on 05/19 Vzwrlss*Ivr Ve 800-922-0204 NJ S586139611427769 Card 9453 | | 353.70 | |
| 5/19 | | Minnesota Life Prem Pymt 160516 342974100000 McNeil, Kenneth G. | | 19.91 | 89,646.68 |
| 5/20 | | Purchase authorized on 05/20 Uber May19 US V6 Help.Uber.Com CA S386141046943320 Card 9453 | | 5.60 | 89,641.08 |
| 5/23 | | Purchase authorized on 05/19 Hair and Nails Stu Willingboro NJ S286140836459246 Card 9453 | | 35.00 | |
| 5/23 | | Purchase authorized on 05/22 Prometric *Exam 800-853-6769 MD S306143160547227 Card 9453 | | 60.00 | |
| 5/23 | | Purchase authorized on 05/22 Njt Trenton Trenton NJ S466143680541060 Card 9453 | | 9.00 | |
| 5/23 | | Purchase authorized on 05/23 Uber May22 US 3x Help.Uber.Com CA S306144069736584 Card 9453 | | 5.60 | |
| 5/23 | | ATM Withdrawal authorized on 05/23 1488 Pennington Road Ewing NJ 0009396 ATM ID 6603Y Card 9453 | | 300.00 | 89,231.48 |
| 5/24 | | Purchase authorized on 05/23 Cvs/Pharmacy #0603 Trenton NJ S006144637385261 Card 9453 | | 6.41 | 89,225.07 |
| 5/25 | | Purchase authorized on 05/24 Panera Bread #6014 Hamilton NJ S466145548747644 Card 9453 | | 16.65 | 89,208.42 |
| 5/26 | | Purchase authorized on 05/24 Mending Hearts Fam Burlington NJ S386145797048097 Card 9453 | | 80.00 | |
| 5/26 | | Purchase authorized on 05/25 Chipotle 1751 Princeton NJ S386146690933133 Card 9453 | | 9.75 | 89,118.67 |
| 5/27 | | Wachovia Corpora Ltdbenefit 160525 56029500 McNeil, Kenneth G | 555.07 | | |
| 5/27 | | Purchase authorized on 05/27 Uber Technologies 866-576-1039 CA S586148003063010 Card 9453 | | 6.55 | |
| 5/27 | | Purchase authorized on 05/26 Prometric *Exam 800-853-6769 MD S386148015140422 Card 9453 | | 75.00 | 89,592.19 |
| 5/31 | | Massachusetts Mu Di ACH Pus 160526 Dz9Y2N2Vxt Kenneth G McNeil | 2,493.42 | | |
| 5/31 | | Purchase Return authorized on 05/30 Macy'S East #0065 Lawrenceville NJ S616152554295774 Card 9453 | 518.21 | | |
| 5/31 | | Deposit | 14,842.00 | | |
| 5/31 | | Purchase authorized on 05/29 7-Eleven 10977 Ewing NJ S586149848593541 Card 9453 | | 66.76 | |
| 5/31 | | Purchase authorized on 05/29 Wholefds Prn 10187 Princeton NJ S006151052882868 Card 9453 | | 152.64 | |
| 5/31 | | Purchase authorized on 05/30 Macy'S East #0065 Lawrenceville NJ S086151634429457 Card 9453 | | 68.47 | |
| 5/31 | | Purchase authorized on 05/30 Macy'S East #0065 Lawrenceville NJ S006151703484356 Card 9453 | | 518.21 | |
| 5/31 | | Purchase authorized on 05/30 Macy'S East #0065 Lawrenceville NJ S166151736553494 Card 9453 | | 206.72 | |
| 5/31 | 185 | Check | | 158.98 | |
| 5/31 | 184 | Check | | 158.98 | |
| 5/31 | 183 | Check | | 158.98 | |
| 5/31 | 182 | Check | | 158.98 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/31 | 181 | Check | | 158.98 | |
| 5/31 | 180 | Check | | 389.02 | |
| 5/31 | 179 | Check | | 646.07 | |
| 5/31 | 178 | Check | | 1,700.00 | |
| 5/31 | | Interest Payment | 0.78 | | 102,903.81 |
| **Ending balance on 5/31** | | | | | **102,903.81** |
| **Totals** | | | **$21,321.48** | **$14,271.11** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 175 | 5/6 | 350.00 | 179 | 5/31 | 646.07 | 183 | 5/31 | 158.98 |
| 176 | 5/9 | 300.00 | 180 | 5/31 | 389.02 | 184 | 5/31 | 158.98 |
| 177 | 5/10 | 775.00 | 181 | 5/31 | 158.98 | 185 | 5/31 | 158.98 |
| 178 | 5/31 | 1,700.00 | 182 | 5/31 | 158.98 | 218 * | 5/2 | 250.00 |

*\* Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2016 - 05/31/2016 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $5,030.49 ☑ |
| · Linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $89,883.65 ☑ |
| - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

JD/JD

---

# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $650.38 |
| Deposits/Additions | 46.59 |
| Withdrawals/Subtractions | - 990.63 |
| **Ending balance on 5/31** | **-$293.66** |

Account number:  **1632178354**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 15-14218(NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Primary account number:  **1632178321**  ■ May 1, 2016 - May 31, 2016  ■ Page 6 of 8



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/2 | | Purchase authorized on 04/30 Panera Bread #6014 Princeton NJ S466121681989728 Card 9461 | | 1.43 | 648.95 |
| 5/3 | | Purchase authorized on 05/01 Wholefds Prn 10187 Princeton NJ S28612301982848 Card 9461 | | 203.33 | 445.62 |
| 5/5 | | Purchase authorized on 05/03 Perelandra Natural Brooklyn NY S586124730375367 Card 9461 | | 11.93 | 433.69 |
| 5/6 | | Purchase Return authorized on 05/04 Wholefds Prn 10187 Princeton NJ S616127545351683 Card 9461 | 46.59 | | 480.28 |
| 5/11 | | Purchase authorized on 05/09 Perelandra Natural Brooklyn NY S466130716905446 Card 9461 | | 39.19 | 441.09 |
| 5/16 | | Purchase authorized on 05/15 Target 0001 Princeton NJ S086136804505703 Card 9461 | | 19.25 | 421.84 |
| 5/17 | | Purchase authorized on 05/15 Wholefds Prn 10187 Princeton NJ S286137011046320 Card 9461 | | 107.51 | 314.33 |
| 5/18 | | Purchase authorized on 05/16 Perelandra Natural Brooklyn NY S386137743781749 Card 9461 | | 15.13 | 299.20 |
| 5/23 | | Purchase authorized on 05/21 Quick Chek Corp #1 Lawrence NJ S306142581218440 Card 9461 | | 25.00 | |
| 5/23 | | Purchase authorized on 05/21 Wholefds Prn 10187 Princeton NJ S006143041655709 Card 9461 | | 6.25 | 267.95 |
| 5/26 | | Purchase authorized on 05/25 Wawa 8339 0008 Lawrence Twp NJ S306147048723928 Card 9461 | | 14.66 | 253.29 |
| 5/27 | | Purchase authorized on 05/25 Perelandra Natural Brooklyn NY S466146735902077 Card 9461 | | 10.99 | 242.30 |
| 5/31 | | Purchase authorized on 05/30 Macy'S East #0065 Lawrenceville NJ S166151844279938 Card 9461 | | 219.93 | |
| 5/31 | | Purchase authorized on 05/30 Macy's 400 US Rt 1 Lawrenceville NJ P0000000747174741 Card 9461 | | 207.65 | |
| 5/31 | | Purchase authorized on 05/30 Macy's 400 US Rt 1 Lawrenceville NJ P0000000545222552 Card 9461 | | 108.38 | -293.66 |
| **Ending balance on 5/31** | | | | | **-293.66** |
| **Totals** | | | **$46.59** | **$990.63** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2016 - 05/31/2016 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | -$293.66 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 14 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)  ☐

RC/RC

Primary account number: **1632178321**  ■ May 1, 2016 - May 31, 2016 ■ Page 7 of 8



# Wells Fargo Way2Save® Savings

### Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $500.04 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 5/31** | **$500.04** |

Account number: **5631706024**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 15-14218 NJ**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $500.04 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.02 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2016 - 05/31/2016 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $500.04 ☑ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ ^ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
AM/AM

Primary account number: **1632178321**  ■  May 1, 2016 - May 31, 2016  ■  Page 8 of 8



**WELLS FARGO**

---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.  $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

▶  + $ _____

**C** Add **A** and **B** to calculate the subtotal.  = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

▶  - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.  = $ _____

---

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.