## UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY_____

In re  KENNETH G McNEIL _____

Case No. _____15-14218 MBK

Reporting Period: June 30, 2016

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

/s/ Kenneth G. McNeil
_____
Signature of Debtor

7/28/2016
_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

In re  KENNETH G McNEIL

Case No. _____ 15-14218 MBK

Reporting Period: June 30, 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) . Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | PLEASE SEE ATTACHED QUICKBOOKS STATEMENTS & CODED BANK STATEMENTS | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 9,783.00 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ | 9,783.00 |

FORM MOR-1
(04/07)

In re  KENNETH G McNEIL _____

Case No. _____15-14218 MBK

**Reporting Period: June 30, 2016**

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | **PLEASE SEE ATTACHED QUICKBOOKS & BANK STATEMENTS** | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1b
(04/07)

In re KENNETH G McNEIL

Case No. _____ 15-14218 MBK

Reporting Period: June 30, 2016

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|-------|----------------|-----------------|-------|--------------|------------|------------------|----------------------|-------------------|------------------------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re  KENNETH G McNEIL

Case No. _____15-14218 MBK
Reporting Period: June 30, 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

Federal and State Income Tax withheld from salary

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | Debtor has filed a Plan of Reorganization wherein this matter's resolution is proposed. | | | | | |
| Personal Property | Also, the Debtor has settled this matter with several secured creditors by motion practice. | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | $        - |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | Debtor has filed a Plan of Reorganization wherein this matter's resolution is proposed. | | | | | |
| Professional Fees | Also, the Debtor has settled this matter with several secured creditors by motion practice. | | | | | 0 |
| Amounts Due to Insiders* | | | | | | 0 |
| | | | | | | |
| **Total Postpetition Debts** | | | | | | $0.00 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re  KENNETH G McNEIL
Case No. _15-14218 MBK
Reporting Period: June 30, 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

### See Note 1 below:

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ - | |
| + Amounts billed during the period | - | |
| - Amounts collected during the period | - | |
| Total Accounts Receivable at the end of the reporting period | $ - | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $ - | |
| 31 - 60 days old | - | |
| 61 - 90 days old | - | |
| 91+ days old | - | |
| Total Accounts Receivable | - | |
| Amount considered uncollectible (Bad Debt) | - | |
| Accounts Receivable (net) | $ - | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | N/A | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Note 1: Debtor is quantifying any amounts owed.

FORM MOR-5
(04/07)

# Kenneth McNeil
# Balance Sheet
### As of June 30, 2016

|  | Jun 30, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **10000 · Bank** | |
| **10300 · WF HOUSE ACCOUNT** | 76 |
| **10400 · WF MAIN CHECKING** | 111,795 |
| **10500 · WF BK-SAVINGS ACCOUNT** | 500 |
| **Total 10000 · Bank** | 112,371 |
| **Total Checking/Savings** | 112,371 |
| **Accounts Receivable** | |
| **Accounts Receivable** | 4,720 |
| **Total Accounts Receivable** | 4,720 |
| **Total Current Assets** | 117,091 |
| **Fixed Assets** | |
| **Fixed Assets** | |
| **1420 Genesee, Hamilton** | 46,038 |
| **196 Rosemont, Trenton** | 20,000 |
| **219 Woodlawn, Hamilton** | 37,115 |
| **244 Cleveland, Trenton** | 29,000 |
| **251 Woodlawn, Hamilton** | 40,000 |
| **29 S Olden, Trenton** | 19,080 |
| **324 Mary St., Hamilton** | 40,000 |
| **329 Cleveland, Trenton** | 26,662 |
| **343 Garfield, Trenton** | 28,694 |
| **44 S Hermitage, Trenton** | 29,341 |
| **48 S Olden, Trenton** | 17,000 |
| **5 Cortelyou, Jackson** | 375,000 |
| **52 S Olden, Trenton** | 21,117 |
| **59 Edgemere, Trenton** | 20,000 |
| **631 Norway, Hamilton** | 35,990 |
| **Total Fixed Assets** | 785,038 |
| **12000 · Renovations** | 10,605 |
| **Total Fixed Assets** | 795,643 |
| **TOTAL ASSETS** | **912,734** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **59 · Edgemer, Trenton Payments Post** | (1,500) |
| **Total Other Current Liabilities** | (1,500) |
| **Total Current Liabilities** | (1,500) |
| **Long Term Liabilities** | |
| **Mortgage Loans-Prepetition** | |
| **1420 Genesee, Hamilton** | 136,250 |
| **196 Rosemont, Trenton** | 113,982 |
| **219 Woodlawn, Hamilton** | 94,403 |
| **244 Cleveland, Trenton** | 146,334 |
| **251 Woodlawn, Hamilton** | 92,322 |
| **29 S Olden, Trenton** | 115,418 |
| **324 Mary St, Hamilton** | 120,744 |
| **329 Cleveland, Trenton** | 136,644 |
| **343 Garfield, Trenton** | 157,751 |
| **44 S Hermitage, Trenton** | 247,460 |
| **48 S Olden, Trenton** | 118,464 |
| **5 Cortelyou Rd, Jackson** | 538,823 |

# Kenneth McNeil
# Balance Sheet
### As of June 30, 2016

|  | Jun 30, 16 |
|---|---|
| 52 S Olden, Trenton | 126,187 |
| 59 Edgemere, Trenton | 64,581 |
| 631 Norway, Hamilton | 92,590 |
| **Total Mortgage Loans-Prepetition** | 2,301,953 |
| **Total Long Term Liabilities** | 2,301,953 |
| **Total Liabilities** | 2,300,453 |
| Equity |  |
| 30000 · Begining Balance Equity | (1,533,497) |
| 30700 · Members Draw | 1,000 |
| 32000 · Members Equity | 82,306 |
| Net Income | 62,472 |
| **Total Equity** | (1,387,719) |
| **TOTAL LIABILITIES & EQUITY** | 912,734 |

# Kenneth McNeil
# Profit & Loss
### June 2016

|  | Jun 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 5,030 |
| Other Income | 1 |
| Rental Income | 14,438 |
| **Total Income/Receipts** | 19,469 |
| **Total Income** | 19,469 |
| **Expense** | |
| **Disbursements** | |
| Food/ Entertainment/Personal | 2,548 |
| Gas & Tolls | 25 |
| Insurance | 445 |
| Medical | 497 |
| Service Charges-Checks, Etc | 70 |
| Travel Expense | 902 |
| Utilities | 690 |
| **Total Disbursements** | 5,176 |
| **General Expenses** | |
| 67100 · Rent Expense | 1,700 |
| 67200 · Repairs and Maintenance | 2,540 |
| 68100 · Telephone Expense | 366 |
| **Total General Expenses** | 4,607 |
| **Total Expense** | 9,783 |
| **Net Ordinary Income** | 9,687 |
| **Net Income** | **9,687** |

## Kenneth McNeil
## Profit & Loss
### March 11, 2015 through June 30, 2016

|  | Mar 11, '15 - Jun 30, 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 67,899 |
| Opening Deposit Balance | 3,688 |
| Other Income | 5 |
| Refund | 24,655 |
| Rental Income | 182,652 |
| Social Security | 9,945 |
| Tax Refund | 2,441 |
| Income/Receipts - Other | 16,543 |
| **Total Income/Receipts** | 307,828 |
| **Total Income** | 307,828 |
| **Expense** | |
| **Disbursements** | |
| Cable, TV, Phone-Bus/Personal | 1,096 |
| Car Service Taxi/Transportation | 203 |
| Food/ Entertainment/Personal | 20,482 |
| Gas & Tolls | 2,414 |
| Health Club | 103 |
| Home Insurance | 2,896 |
| Home Maintenance/Care | 50 |
| Housekeeping/Clothing/Laundry | 178 |
| Income Tax | 187 |
| Insurance | 8,519 |
| License/Fees | 1,342 |
| Medical | 7,182 |
| Other Taxes | 3,240 |
| Real Estate Taxes | 1,328 |
| Service Charges-Checks, Etc | 183 |
| Travel Expense | 2,367 |
| Utilities | 10,950 |
| **Total Disbursements** | 62,719 |
| **General Expenses** | |
| 60200 · Automobile Expense | 676 |
| 60902 · Office Expense | 282 |
| 61700 · Computer and Internet Expenses | 510 |
| 63700 · Landscaping and Groundskeeping | 275 |
| 64904 · Supplies | 1,139 |
| 66500 · Postage and Delivery | 12 |
| 67100 · Rent Expense | 31,600 |
| 67200 · Repairs and Maintenance | 59,836 |
| 68100 · Telephone Expense | 2,945 |
| **Total General Expenses** | 97,276 |
| **Reorganization Costs** | |
| Professional Fees | 766 |
| U.S. Trustee Fees | 2,925 |
| **Total Reorganization Costs** | 3,691 |
| **Total Expense** | 163,686 |
| **Net Ordinary Income** | 144,142 |
| **Net Income** | **144,142** |

**Kenneth McNeil**
## Profit & Loss by Class
**March 11, 2015 through June 30, 2016**

| | General/Personal | 1420 Genesee, H... (Residential Prop... | 196 Rosemont, Tr... (Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | 67,899 | | |
| Opening Deposit Balance | 3,688 | | |
| Other Income | 4 | | |
| Refund | 24,655 | | |
| Rental Income | 0 | 9,895 | 6,460 |
| Social Security | 9,945 | | |
| Tax Refund | 2,441 | | |
| Income/Receipts - Other | | | 855 |
| **Total Income/Receipts** | 108,633 | 9,895 | 7,315 |
| **Total Income** | 108,633 | 9,895 | 7,315 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | 1,096 | | |
| Car Service Taxi/Transportation | 203 | | |
| Food/ Entertainment/Personal | 20,673 | | |
| Gas & Tolls | 2,414 | | |
| Health Club | 103 | | |
| Home Insurance | 783 | | |
| Home Maintenance/Care | 39 | | |
| Housekeeping/Clothing/Laundry | 178 | | |
| Income Tax | 187 | | |
| Insurance | 7,854 | | 665 |
| License/Fees | | | 135 |
| Medical | 7,182 | | |
| Other Taxes | 545 | 475 | |
| Real Estate Taxes | | | |
| Service Charges-Checks, Etc | 113 | | |
| Travel Expense | 2,367 | | |
| Utilities | 1,587 | | |
| **Total Disbursements** | 45,324 | 475 | 800 |
| **General Expenses** | | | |
| 60200 · Automobile Expense | 648 | | |
| 60902 · Office Expense | 282 | | |
| 61700 · Computer and Internet Expenses | 510 | | |
| 63700 · Landscaping and Groundskeeping | | | |
| 64904 · Supplies | 1,015 | | |
| 66500 · Postage and Delivery | 12 | | |
| 67100 · Rent Expense | 29,900 | | |
| 67200 · Repairs and Maintenance | 667 | 1,320 | 1,214 |
| 68100 · Telephone Expense | 2,945 | | |
| **Total General Expenses** | 35,980 | 1,320 | 1,214 |
| **Reorganization Costs** | | | |
| Professional Fees | 766 | | |
| U.S. Trustee Fees | 2,925 | | |
| **Total Reorganization Costs** | 3,691 | | |
| **Total Expense** | 84,995 | 1,795 | 2,013 |
| **Net Ordinary Income** | 23,638 | 8,100 | 5,302 |
| **Net Income** | **23,638** | **8,100** | **5,302** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through June 30, 2016

| | 219 Woodlawn, H... (Residential Prop... | 244 Cleveland, Tr... (Residential Prop... | 251 Woodlawn, H... (Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| **Disability Income** | | | |
| **Opening Deposit Balance** | | | |
| **Other Income** | | | |
| **Refund** | | | |
| **Rental Income** | 15,117 | 18,889 | 16,482 |
| **Social Security** | | | |
| **Tax Refund** | | | |
| **Income/Receipts - Other** | 1,275 | 795 | 1,275 |
| **Total Income/Receipts** | 16,392 | 19,684 | 17,757 |
| **Total Income** | 16,392 | 19,684 | 17,757 |
| **Expense** | | | |
| **Disbursements** | | | |
| **Cable, TV, Phone-Bus/Personal** | | | |
| **Car Service Taxi/Transportation** | | | |
| **Food/ Entertainment/Personal** | | | |
| **Gas & Tolls** | | | |
| **Health Club** | | | |
| **Home Insurance** | | | |
| **Home Maintenance/Care** | | | |
| **Housekeeping/Clothing/Laundry** | | | |
| **Income Tax** | | | |
| **Insurance** | | | |
| **License/Fees** | 25 | 135 | |
| **Medical** | | | |
| **Other Taxes** | 789 | | 157 |
| **Real Estate Taxes** | | | |
| **Service Charges-Checks, Etc** | | | |
| **Travel Expense** | | | |
| **Utilities** | | | |
| **Total Disbursements** | 814 | 135 | 157 |
| **General Expenses** | | | |
| **60200 · Automobile Expense** | | | |
| **60902 · Office Expense** | | | |
| **61700 · Computer and Internet Expenses** | | | |
| **63700 · Landscaping and Groundskeeping** | | | |
| **64904 · Supplies** | | | |
| **66500 · Postage and Delivery** | | | |
| **67100 · Rent Expense** | | | |
| **67200 · Repairs and Maintenance** | 1,084 | 1,617 | 2,698 |
| **68100 · Telephone Expense** | | | |
| **Total General Expenses** | 1,084 | 1,617 | 2,698 |
| **Reorganization Costs** | | | |
| **Professional Fees** | | | |
| **U.S. Trustee Fees** | | | |
| **Total Reorganization Costs** | | | |
| **Total Expense** | 1,898 | 1,752 | 2,855 |
| **Net Ordinary Income** | 14,495 | 17,931 | 14,902 |
| **Net Income** | **14,495** | **17,931** | **14,902** |

## Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through June 30, 2016

| | 29 S Olden, Trent... (Residential Prop... | 324 Mary St, Ham... (Residential Prop... | 329 Cleveland, Tr... (Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | | | |
| Opening Deposit Balance | | | |
| Other Income | | | |
| Refund | | | |
| Rental Income | 6,890 | 12,300 | 8,243 |
| Social Security | | | |
| Tax Refund | | | |
| Income/Receipts - Other | 1,000 | 1,100 | 850 |
| **Total Income/Receipts** | 7,890 | 13,400 | 9,093 |
| **Total Income** | 7,890 | 13,400 | 9,093 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | | | |
| Car Service Taxi/Transportation | | | |
| Food/ Entertainment/Personal | 27 | | |
| Gas & Tolls | | | |
| Health Club | | | |
| Home Insurance | | | |
| Home Maintenance/Care | | 12 | |
| Housekeeping/Clothing/Laundry | | | |
| Income Tax | | | |
| Insurance | | | |
| License/Fees | 135 | | 135 |
| Medical | | | |
| Other Taxes | | 316 | |
| Real Estate Taxes | | | |
| Service Charges-Checks, Etc | | | |
| Travel Expense | | | |
| Utilities | 745 | 316 | 604 |
| **Total Disbursements** | 907 | 644 | 739 |
| **General Expenses** | | | |
| 60200 · Automobile Expense | | | |
| 60902 · Office Expense | | | |
| 61700 · Computer and Internet Expenses | | | |
| 63700 · Landscaping and Groundskeeping | | | |
| 64904 · Supplies | 91 | | |
| 66500 · Postage and Delivery | | | |
| 67100 · Rent Expense | | | |
| 67200 · Repairs and Maintenance | 10,243 | 6,247 | 6,092 |
| 68100 · Telephone Expense | | | |
| **Total General Expenses** | 10,334 | 6,247 | 6,092 |
| **Reorganization Costs** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| **Total Reorganization Costs** | | | |
| **Total Expense** | 11,241 | 6,891 | 6,831 |
| **Net Ordinary Income** | (3,351) | 6,509 | 2,262 |
| **Net Income** | **(3,351)** | **6,509** | **2,262** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through June 30, 2016

| | 343 Garfield, Tren... (Residential Prop... | 44 S Hermitage, T... (Residential Prop... | 48 S Olden, Trent... (Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | | | |
| Opening Deposit Balance | | | |
| Other Income | | | |
| Refund | | | |
| Rental Income | 7,655 | 8,073 | 8,456 |
| Social Security | | | |
| Tax Refund | | | |
| Income/Receipts - Other | 429 | 588 | 950 |
| **Total Income/Receipts** | 8,084 | 8,661 | 9,406 |
| **Total Income** | 8,084 | 8,661 | 9,406 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | | | |
| Car Service Taxi/Transportation | | | |
| Food/ Entertainment/Personal | | | |
| Gas & Tolls | | | |
| Health Club | | | |
| Home Insurance | 725 | 685 | 693 |
| Home Maintenance/Care | | | |
| Housekeeping/Clothing/Laundry | | | |
| Income Tax | | | |
| Insurance | | | |
| License/Fees | 250 | 205 | 135 |
| Medical | | | |
| Other Taxes | | | |
| Real Estate Taxes | | 941 | 388 |
| Service Charges-Checks, Etc | | | |
| Travel Expense | | | |
| Utilities | 734 | 1,708 | 393 |
| **Total Disbursements** | 1,709 | 3,539 | 1,609 |
| **General Expenses** | | | |
| 60200 · Automobile Expense | | | |
| 60902 · Office Expense | | | |
| 61700 · Computer and Internet Expenses | | | |
| 63700 · Landscaping and Groundskeeping | | 275 | |
| 64904 · Supplies | | | |
| 66500 · Postage and Delivery | | | |
| 67100 · Rent Expense | | | |
| 67200 · Repairs and Maintenance | 5,295 | 4,922 | 10,160 |
| 68100 · Telephone Expense | | | |
| **Total General Expenses** | 5,295 | 5,197 | 10,160 |
| **Reorganization Costs** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| **Total Reorganization Costs** | | | |
| **Total Expense** | 7,004 | 8,736 | 11,769 |
| **Net Ordinary Income** | 1,080 | (75) | (2,363) |
| **Net Income** | **1,080** | **(75)** | **(2,363)** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through June 30, 2016

| | 5 Cortelyou Road... (Residential Prop... | 52 S Olden, Trent... (Residential Prop... | 59 Edgemere, Tre... (Residential Prop... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | | | |
| Opening Deposit Balance | | | |
| Other Income | | | |
| Refund | | | |
| Rental Income | 25,590 | 11,068 | 13,679 |
| Social Security | | | |
| Tax Refund | | | |
| Income/Receipts - Other | 2,850 | 1,015 | 1,037 |
| **Total Income/Receipts** | 28,440 | 12,083 | 14,716 |
| **Total Income** | 28,440 | 12,083 | 14,716 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | | | |
| Car Service Taxi/Transportation | | | |
| Food/ Entertainment/Personal | | | |
| Gas & Tolls | | | |
| Health Club | | | |
| Home Insurance | | 10 | |
| Home Maintenance/Care | | | |
| Housekeeping/Clothing/Laundry | | | |
| Income Tax | | | |
| Insurance | | | |
| License/Fees | | | 135 |
| Medical | | | |
| Other Taxes | | | |
| Real Estate Taxes | | | |
| Service Charges-Checks, Etc | | | |
| Travel Expense | | | |
| Utilities | | 4,552 | 106 |
| **Total Disbursements** | | 4,562 | 241 |
| **General Expenses** | | | |
| 60200 · Automobile Expense | | | |
| 60902 · Office Expense | | | |
| 61700 · Computer and Internet Expenses | | | |
| 63700 · Landscaping and Groundskeeping | | | |
| 64904 · Supplies | | | |
| 66500 · Postage and Delivery | | | |
| 67100 · Rent Expense | | 1,700 | |
| 67200 · Repairs and Maintenance | | 1,008 | 994 |
| 68100 · Telephone Expense | | | |
| **Total General Expenses** | | 2,708 | 994 |
| **Reorganization Costs** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| **Total Reorganization Costs** | | | |
| **Total Expense** | | 7,270 | 1,235 |
| **Net Ordinary Income** | 28,440 | 4,813 | 13,481 |
| **Net Income** | **28,440** | **4,813** | **13,481** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through June 30, 2016

| | 631 Norway, Ham... (Residential Prop... | Total Residential ... | Unclassified |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | | | |
| Opening Deposit Balance | | | |
| Other Income | | | 1 |
| Refund | | | |
| Rental Income | 13,856 | 182,652 | |
| Social Security | | | |
| Tax Refund | | | |
| Income/Receipts - Other | 2,524 | 16,543 | |
| **Total Income/Receipts** | 16,380 | 199,195 | 1 |
| **Total Income** | 16,380 | 199,195 | 1 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | | | |
| Car Service Taxi/Transportation | | | |
| Food/ Entertainment/Personal | | 27 | (218) |
| Gas & Tolls | | | |
| Health Club | | | |
| Home Insurance | | 2,113 | |
| Home Maintenance/Care | | 12 | |
| Housekeeping/Clothing/Laundry | | | |
| Income Tax | | | |
| Insurance | | 665 | |
| License/Fees | 52 | 1,342 | |
| Medical | | | |
| Other Taxes | 958 | 2,695 | |
| Real Estate Taxes | | 1,328 | |
| Service Charges-Checks, Etc | | | 70 |
| Travel Expense | | | |
| Utilities | | 9,159 | 203 |
| **Total Disbursements** | 1,010 | 17,341 | 55 |
| **General Expenses** | | | |
| 60200 · Automobile Expense | | | 28 |
| 60902 · Office Expense | | | |
| 61700 · Computer and Internet Expenses | | | |
| 63700 · Landscaping and Groundskeeping | | 275 | |
| 64904 · Supplies | 33 | 124 | |
| 66500 · Postage and Delivery | | | |
| 67100 · Rent Expense | | 1,700 | |
| 67200 · Repairs and Maintenance | 6,276 | 59,169 | |
| 68100 · Telephone Expense | | | |
| **Total General Expenses** | 6,309 | 61,268 | 28 |
| **Reorganization Costs** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| **Total Reorganization Costs** | | | |
| **Total Expense** | 7,319 | 78,609 | 83 |
| **Net Ordinary Income** | 9,061 | 120,586 | (82) |
| **Net Income** | **9,061** | **120,586** | **(82)** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through June 30, 2016

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 67,899 |
| Opening Deposit Balance | 3,688 |
| Other Income | 5 |
| Refund | 24,655 |
| Rental Income | 182,652 |
| Social Security | 9,945 |
| Tax Refund | 2,441 |
| Income/Receipts - Other | 16,543 |
| **Total Income/Receipts** | 307,828 |
| **Total Income** | 307,828 |
| **Expense** | |
| **Disbursements** | |
| Cable, TV, Phone-Bus/Personal | 1,096 |
| Car Service Taxi/Transportation | 203 |
| Food/ Entertainment/Personal | 20,482 |
| Gas & Tolls | 2,414 |
| Health Club | 103 |
| Home Insurance | 2,896 |
| Home Maintenance/Care | 50 |
| Housekeeping/Clothing/Laundry | 178 |
| Income Tax | 187 |
| Insurance | 8,519 |
| License/Fees | 1,342 |
| Medical | 7,182 |
| Other Taxes | 3,240 |
| Real Estate Taxes | 1,328 |
| Service Charges-Checks, Etc | 183 |
| Travel Expense | 2,367 |
| Utilities | 10,950 |
| **Total Disbursements** | 62,719 |
| **General Expenses** | |
| 60200 · Automobile Expense | 676 |
| 60902 · Office Expense | 282 |
| 61700 · Computer and Internet Expenses | 510 |
| 63700 · Landscaping and Groundskeeping | 275 |
| 64904 · Supplies | 1,139 |
| 66500 · Postage and Delivery | 12 |
| 67100 · Rent Expense | 31,600 |
| 67200 · Repairs and Maintenance | 59,836 |
| 68100 · Telephone Expense | 2,945 |
| **Total General Expenses** | 97,276 |
| **Reorganization Costs** | |
| Professional Fees | 766 |
| U.S. Trustee Fees | 2,925 |
| **Total Reorganization Costs** | 3,691 |
| **Total Expense** | 163,686 |
| **Net Ordinary Income** | 144,142 |
| **Net Income** | **144,142** |

# Wells Fargo Combined Statement of Accounts



Primary account number: **1632178321** ■ June 1, 2016 - June 30, 2016 ■ Page 1 of 9

KENNETH MCNEIL
DEBTOR IN POSSESSION
CH 11 CASE# 15-14218(NJ)
174 NASSAU ST PMB 277
PRINCETON NJ 08542-7005

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these*
*convenient services with your account(s). Go to*
*wellsfargo.com or call the number above if you have*
*questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ✓ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ✓ |

 IMPORTANT ACCOUNT INFORMATION

The section titled "Rights and Responsibilities" - "Are we allowed to close your account" and "When are you allowed to close your
account" in your Account Agreement have been deleted and replaced by the following effective August 5, 2016.

**When can your account be closed?**

We can close your account at any time. If the account is closed, we may send the remaining balance on deposit in your account by
traditional mail or credit it to another account you maintain with us.

We may, but are not required to allow you to leave on deposit sufficient funds to cover outstanding items to be paid from your
account.

- If we do allow funds to remain on deposit, the terms and conditions of the Agreement will continue to apply until we make a final
disbursement from your account.



- If we do not allow you to keep funds on deposit, we will not be liable for any loss or damage that may result from dishonoring any of your items that are presented or otherwise received after your account is closed.

- You can close your account at any time if the account is in good standing (e.g., does not have a negative balance or any restrictions on the account).

- If your account is an interest-earning account, it will cease to earn interest from the date you request it be closed.

- If your account has Overdraft Protection and/or Debit Card Overdraft Service, these services will be removed when you request to close your account.

- If your account balance does not reach zero within 30 days from the date of your request to close your account, we will charge you the applicable monthly service fee if you do not meet the requirements to avoid the monthly service fee. If the monthly service fee is greater than your account balance, only the amount equal to your account balance will be charged and your account will be closed.

- After 30 days, if your account balance does not reach zero, your account will be returned to active status and subject to all applicable fees. If your account is a variable interest earning account, the interest rates disclosed in the rate sheet in effect on the date your account is returned to active status will apply. We may change the interest rate for variable rate accounts at any time. You will need to reestablish Overdraft Protection and/or Debit Card Overdraft Service if desired by contacting your banker or calling the number on your statement.

**Other Wells Fargo Benefits**

Students have unique needs when it comes to their money. Whether a younger teen in high school, or an older teen preparing to graduate and take the next step towards college, the military, or directly into the workforce, Wells Fargo has the tools and resources to help students access their money, manage a budget, pay for college, and much more. Visit   **wellsfargo.com/studentcenter**

# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo® Preferred Checking | 2 | 1632178321 | 102,903.81 | 111,794.55 |
| Wells Fargo Everyday Checking | 5 | 1632178354 | -293.66 | 76.21 |
| Wells Fargo Way2Save® Savings | 7 | 5631706024 | 500.04 | 500.05 |
| | **Total deposit accounts** | | **$103,110.19** | **$112,370.81** |

# Wells Fargo® Preferred Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $102,903.81 |
| Deposits/Additions | 20,169.32 |
| Withdrawals/Subtractions | - 11,278.58 |
| **Ending balance on 6/30** | **$111,794.55** |

Account number:  **1632178321**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 15-14218(NJ)**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

Primary account number: **1632178321** ■ June 1, 2016 - June 30, 2016 ■ Page 3 of 9


WELLS
FARGO

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:

- Savings - 000005631706024

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.83 |
| Average collected balance | $100,658.27 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.83 |
| Interest paid this year | $4.12 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Purchase authorized on 05/30 Macy*S East #0065 Lawrenceville NJ S086151721764751 Card 9453 | | 155.00 | |
| 6/1 | | Horizon Bcbs NJ Prem. Bill 160527 xxxxx3034 McNeil | | 234.32 | |
| 6/1 | 186 | Check | | 248.77 | 102,265.72 |
| 6/2 | | Bill Pay Ocwen-219 Recurringxxxxx24512 on 06-02 | | 726.00 | 101,539.72 |
| 6/3 | | SSA Treas 310 Xxsoc Sec 060316 xxxxx3034A SSA Kenneth G McNeil | 1,982.00 | | |
| 6/3 | | Bill Pay 29 South Olden A Recurringxx70490 on 06-03 | | 700.00 | 102,821.72 |
| 6/6 | | Online Transfer to McNeil K Everyday Checking xxxxxx8354 Ref #Ibe2Vq9Qb6 on 06/05/16 | | 1,000.00 | 101,821.72 |
| 6/7 | | Bill Pay Andrew Yates Recurringno Account Number on 06-07 | | 150.00 | 101,671.72 |
| 6/8 | | Bill Payment Return on 06-08 | 700.00 | | |
| 6/8 | | Purchase authorized on 06/07 Horizon Bcbs NJ 800-3552583 NJ S466159588317459 Card 8921 | | 242.24 | |
| 6/8 | 187 | Cashed Check | | 75.00 | |
| 6/8 | | WFB Hr Benefits Wfc04810379 McNeil Kenneth | | 45.92 | 102,008.56 |
| 6/9 | | Purchase authorized on 06/08 Penn Supply Trenton NJ S386160534754978 Card 8921 | | 13.67 | 101,994.89 |
| 6/10 | | Purchase authorized on 06/09 Uber Jun09 US Xm Help.Uber.Com CA S466161484260934 Card 8921 | | 9.34 | |
| 6/10 | | Purchase authorized on 06/09 Image Arts Etc Princeton NJ S466161548874158 Card 8921 | | 133.75 | 101,851.80 |
| 6/13 | | Purchase authorized on 06/09 The Home Depot #09 Ewing NJ S586162040843114 Card 8921 | | 104.39 | |
| 6/13 | | Purchase authorized on 06/10 Mercer Group 609-3934834 NJ S306162692326745 Card 8921 | | 225.00 | |
| 6/13 | | Purchase authorized on 06/10 Wawa 8339 0008 Lawrence Twp NJ S386163096831510 Card 8921 | | 16.36 | |
| 6/13 | | Purchase authorized on 06/11 Holiday Skating Ce Delanco NJ S586164017717918 Card 8921 | | 139.05 | |
| 6/13 | | Purchase authorized on 06/13 Uber Technologies 866-576-1039 CA S386164861381505 Card 8921 | | 14.36 | 101,352.64 |
| 6/15 | | Purchase authorized on 06/13 The Home Depot #09 Ewing NJ S306165452494588 Card 8921 | | 42.23 | |
| 6/15 | | Prudential Ins Ins Prem Jun 16 063413632Tmll2 Kenneth G McNeil | | 47.96 | |
| 6/15 | | Metlife Payment 160615 50001060323 Kenneth McNeil | | 331.69 | 100,930.76 |
| 6/16 | | Purchase authorized on 06/14 The Home Depot #09 Ewing NJ S306166687660540 Card 8921 | | 124.06 | |
| 6/16 | 189 | Cashed Check | | 665.00 | |
| 6/16 | 188 | Check | | 300.00 | 99,841.70 |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/17 | | Purchase authorized on 06/16 Aa Vacations 800-9019150 AZ S386168040408285 Card 8921 | | 845.00 | |
| 6/17 | | Purchase authorized on 06/16 Mercer Group 609-3934834 NJ S586168444600612 Card 8921 | | 260.78 | 98,735.92 |
| 6/20 | | Purchase authorized on 06/16 The Home Depot #09 Ewing NJ S466168549752638 Card 8921 | | 16.23 | |
| 6/20 | | Purchase authorized on 06/18 Dick's Sporting Go Princeton NJ S386170840838787 Card 8921 | | 22.08 | |
| 6/20 | | Purchase authorized on 06/19 Bonefish Grill #91 Lawrenceville NJ S466171039705085 Card 8921 | | 80.00 | |
| 6/20 | | Purchase authorized on 06/19 Shoprite Lawmcvll Lawrenceville NJ S466171065157666 Card 8921 | | 15.07 | |
| 6/20 | | Purchase authorized on 06/19 Dick's Clothing&Sp Freehold NJ S586171645119711 Card 8921 | | 56.70 | |
| 6/20 | | Purchase authorized on 06/19 Uber Jun19 US Qi Help.Uber.Com CA S306171750121386 Card 8921 | | 5.00 | |
| 6/20 | | Purchase authorized on 06/20 Uber Jun19 US Yd Help.Uber.Com CA S386171801998116 Card 8921 | | 6.08 | |
| 6/20 | | Minnesota Life Prem Pymt 160615 342974100000 McNeil, Kenneth G. | | 19.91 | 98,514.85 |
| 6/21 | | Purchase authorized on 06/19 Starbucks Store 14 Freehold NJ S386171657210483 Card 8921 | | 23.43 | 98,491.42 |
| 6/22 | | Purchase authorized on 06/21 Uber Jun21 US Vk Help.Uber.Com CA S586173586563240 Card 8921 | | 7.83 | |
| 6/22 | | Purchase authorized on 06/21 Uber Jun21 US Dx Help.Uber.Com CA S386173629112292 Card 8921 | | 7.76 | |
| 6/22 | | Purchase authorized on 06/21 Publix #656 Columbia SC S006174029784944 Card 8921 | | 35.69 | 98,440.14 |
| 6/27 | | Purchase authorized on 06/23 Quick Chek Food St Trenton NJ S306175477540319 Card 8921 | | 25.00 | |
| 6/27 | | Purchase authorized on 06/23 Verizon Wrls Myacc 800-9220204 CA S466175815792892 Card 8921 | | 65.53 | |
| 6/27 | | Purchase authorized on 06/24 Verizon*Onetimepay Verizon.Com TX S586175819481770 Card 8921 | | 300.64 | |
| 6/27 | | Purchase authorized on 06/26 Uber US Jun26 Cg Help.Uber.Com CA S386178688047881 Card 8921 | | 2.00 | |
| 6/27 | | Purchase authorized on 06/26 Uber US Jun26 Fb Help.Uber.Com CA S466178709786267 Card 8921 | | 4.16 | 98,042.81 |
| 6/28 | | Wachovia Corpora Ltdbenefit 160624 56037147 McNeil, Kenneth G | 555.07 | | |
| 6/28 | | Purchase authorized on 06/27 Audible 888-283-5051 NJ S306179462313930 Card 8921 | | 16.00 | |
| 6/28 | | Purchase authorized on 06/27 Wholefds Prn 10187 Princeton NJ S086180076829612 Card 8921 | | 109.66 | |
| 6/28 | | Purchase authorized on 06/28 Shoprite Lawrncvll Lawrenceville NJ S466180098906733 Card 8921 | | 15.72 | |
| 6/28 | | Bill Pay 29 S Olden Ave T on-Line xxxxx39887 on 06-28 | | 700.00 | 97,756.50 |
| 6/29 | | Massachusetts Mu Di ACH Pus 160627 Dz9Y2N2Vxt Kenneth G McNeil | 2,493.42 | | |
| 6/29 | | Purchase authorized on 06/28 Shoprite Ewing S1 Trenton NJ S586180533975008 Card 8921 | | 3.75 | |
| 6/29 | | Purchase authorized on 06/28 Chipotle 1751 Princeton NJ S466180834485543 Card 8921 | | 15.25 | |
| 6/29 | | Public Service Pseg 006574546702 McNeil | | 41.20 | |
| 6/29 | | Public Service Pseg 007224818704 Kenneth McNeil | | 400.00 | |
| 6/29 | 190 | Check | | 1,700.00 | |
| 6/29 | 191 | Check | | 150.00 | 97,939.72 |
| 6/30 | | Deposit | 14,438.00 | | |
| 6/30 | | Purchase authorized on 06/28 The Home Depot #09 Ewing NJ S466180521575138 Card 8921 | | 124.00 | |
| 6/30 | | Purchase authorized on 06/28 Mending Hearts Fam Burlington NJ S306180759953804 Card 8921 | | 20.00 | |

Primary account number:  **1632178321**  ■  June 1, 2016 - June 30, 2016  ■  Page 5 of 9



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/30 | | Purchase authorized on 06/29 Home Things 4 U Trenton NJ S466181863888895 Card 8921 | | 440.00 | |
| 6/30 | | Interest Payment | 0.83 | | 111,794.55 |
| **Ending balance on 6/30** | | | | | **111,794.55** |
| **Totals** | | | **$20,169.32** | **$11,278.58** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 186 | 6/1 | 248.77 | 188 | 6/16 | 300.00 | 190 | 6/29 | 1,700.00 |
| 187 | 6/8 | 75.00 | 189 | 6/16 | 665.00 | 191 | 6/29 | 150.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/01/2016 - 06/30/2016 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $5,030.49 ☑ |
| · Linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $98,344.40 ☑ |
|    - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

JD/JD

 # IMPORTANT ACCOUNT INFORMATION

**Revised Agreement for Online Access**
We're updating our Online Access Agreement effective September 15, 2016.
To see what is changing, please visit wellsfargo.com/onlineupdates.

# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | -$293.66 |
| Deposits/Additions | 1,000.00 |
| Withdrawals/Subtractions | - 630.13 |
| **Ending balance on 6/30** | **$76.21** |

Account number:  **1632178354**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 15-14218(NJ)**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

Primary account number: **1632178321**  ■  June 1, 2016 - June 30, 2016  ■  Page 6 of 9



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Overdraft Fee for a Transaction Posted on 05/31 $207.65 Purchase Authori Zed on 05/30 Macy's 400 US Rt 1 Lawrence | | 35.00 | |
| 6/1 | | Overdraft Fee for a Transaction Posted on 05/31 $108.38 Purchase Authori Zed on 05/30 Macy's 400 US Rt 1 Lawrence | | 35.00 | -363.66 |
| 6/6 | | Online Transfer From McNeil K Preferred Checking xxxxxx8321 Ref #Ibe2Vq9Qb6 on 06/05/16 | 1,000.00 | | |
| 6/6 | | Purchase authorized on 06/05 Popeye's #11835 Lawrence Town NJ S466157809079337 Card 9461 | | 2.13 | |
| 6/6 | | Purchase authorized on 06/05 Starbucks #19504 L Lawrenceville NJ S386157816071421 Card 9461 | | 2.62 | 631.59 |
| 6/8 | | Purchase authorized on 06/06 Perelandra Natural Brooklyn NY S386158731228556 Card 9461 | | 8.70 | 622.89 |
| 6/9 | | Purchase authorized on 06/07 Wholefds Prn 10187 Princeton NJ S086160025227531 Card 9461 | | 156.46 | 466.43 |
| 6/20 | | Purchase authorized on 06/18 Starbucks #07683 P Princeton NJ S386170772584351 Card 9461 | | 4.23 | 462.20 |
| 6/21 | | Purchase authorized on 06/20 Target 0001 Princeton NJ S006173091674708 Card 9461 | | 16.78 | 445.42 |
| 6/22 | | Purchase authorized on 06/20 Wholefds Prn 10187 Princeton NJ S166173084394754 Card 9461 | | 211.52 | |
| 6/22 | | Purchase authorized on 06/21 Target 0001 Princeton NJ S286173816204772 Card 9461 | | 65.08 | 168.82 |
| 6/23 | | Purchase authorized on 06/21 Wholefds Prn 10187 Princeton NJ S166173786347712 Card 9461 | | 88.33 | 80.49 |
| 6/27 | | Purchase authorized on 06/24 Starbucks Store 10 Houston TX S386176627383389 Card 9461 | | 4.28 | 76.21 |
| **Ending balance on 6/30** | | | | | **76.21** |
| **Totals** | | | **$1,000.00** | **$630.13** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $70.00 | $70.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/01/2016 - 06/30/2016 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $1,500.00 | -$363.66 | ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 | ☐ |

Primary account number:  **1632178321**  ▪ June 1, 2016 - June 30, 2016 ▪ Page 7 of 9



---

*Monthly service fee summary (continued)*

| | | Minimum required | This fee period |
|---|---|---|---|
| **How to avoid the monthly service fee** | | | |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | | 10 | 10 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |
| **Monthly service fee discount(s)** *(applied when box is checked)* | | | |
| Age of primary account owner is 17 - 24 ($5.00 discount) | | ☐ | |
| RC/RC | | | |

# Wells Fargo Way2Save® Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $500.04 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 6/30** | **$500.05** |

Account number:  5631706024

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 15-14218 NJ**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $500.04 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.03 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 6/30 | Interest Payment | 0.01 | | 500.05 |
| **Ending balance on 6/30** | | | | **500.05** |
| **Totals** | | **$0.01** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/01/2016 - 06/30/2016 | | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | | $300.00 | $500.04 ☑ |
| · Daily automatic transfer from a Wells Fargo checking account | | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | | $25.00 | $0.00 ☐ ^ |

Primary account number: **1632178321**  ■ June 1, 2016 - June 30, 2016 ■ Page 8 of 9



---

*Monthly service fee summary (continued)*

**How to avoid the monthly service fee**                                                Minimum required            This fee period
· The fee is waived when the primary account owner is under the age of 18 (19 in
  Alabama)

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
AM/AM



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.     $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.     = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC