

9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054

P: 856-596-8900
F: 856-596-9631
www.parkermccay.com

Foreclosure/Bankruptcy Dept.
P: 856-810-5815
F: 856-596-3427

August 9, 2015

File No. 14942-16-23635

**Via electronic filing**
Honorable Michael B. Kaplan
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

  Re: Kenneth G. McNeil
    Case No. 15-14218-MBK
    Transfer of Claim

Dear Judge Kaplan:

 Please allow this letter to serve as Notice that the Transfer of Claim filed on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust on June 30, 2016 at claim no. 5 is being withdrawn. The Transfer of Claim was filed in error. By copy of this correspondence, all interested parties are being noticed of same.

 If Your Honor has any questions regarding the above, please feel free to contact me.

        Respectfully submitted,
        PARKER McCAY, P.A.

        By:/s/ Brian E. Caine
         Brian E. Caine

BEC/dh
cc: Scott Kaplan, Esquire (served electronically & via regular mail)
  U.S. Trustee (served electronically & via regular mail)
  Kenneth G. McNeil (served via regular mail)