UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E Kaplan, LLC
12 N. Main Street, P.O. Box 157
Allentown,  New Jersey 08501
(609)259-1112
Attorney for Debtor

In Re:

Kenneth G. McNeil,

Debtor

Case No.: __15-14218__

Adv. Pro. No.: _____

Chapter: __11__

Hearing Date: __Oct. 6, 2016__

Judge: __MBK__

## ADJOURNMENT REQUEST

1. I, _____Scott E Kaplan_____,

   ☒ am the attorney for: _____Debtor-in-Possession_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Disclosure Stmt & Plan- confirmation of plan

   Current hearing date and time: October 6, 2016 at 10:00 am

   New date requested: October 20, 2016

   Reason for adjournment request: Retained CPA very sick & unavailable to testify as witness on plan feasibility;  also awaiting resolution of final objections to confirmation

2. Consent to adjournment:

   ☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: September 27, 2016          /s/ Scott E. Kaplan
                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 10/20/2016 at 10:00 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*