## UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY_____

In re  KENNETH G McNEIL

Case No. _____ 15-14218 MBK
Reporting Period: July 31, 2016

### MONTHLY OPERATING REPORT
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconcili | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Kenneth G McNeil
_____
Signature of Debtor

9/29/2016
_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re  KENNETH G McNEIL

Case No. _____15-14218 MBK

**Reporting Period: July 31, 2016**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) . Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]



| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE-FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | PLEASE SEE ATTACHED QUICKBOOKS STATEMENTS & CODED BANK STATEMENTS | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $ | 10,296.41 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 10,296.41 |

In re  KENNETH G McNEIL

Case No. _____15-14218 MBK

**Reporting Period: July 31, 2016**

### BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.



| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | **PLEASE SEE ATTACHED QUICKBOOKS & BANK STATEMENTS** | | |
| OTHER  (ATTACH EXPLANATION) | | | | |
| ADJUSTED BANK BALANCE * | | | | |
| * Adjusted bank balance must equal | | | | |
| balance per books | | | | |

**DEPOSITS IN TRANSIT**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|

**CHECKS OUTSTANDING**

| Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|

OTHER

FORM MOR-1a
(04/07)

FORM MOR-1b
(04/07)

In re KENNETH G McNEIL

Case No. _____ 15-14218 MBK

Reporting Period: July 31, 2016

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Name | Period Covered | Amount Approved | Payer | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-to-Date Fees | Year-to-Date Expenses |
|------|----------------|-----------------|-------|--------------|------|------------------|----------------------|-------------------|------------------------|

In re  KENNETH G McNEIL

Case No. _____15-14218 MBK

**Reporting Period: July 31, 2016**

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

Federal and State Income Tax withheld from salary

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ _____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | Debtor has filed a Plan of Reorganization wherein this matter's resolution is proposed. | | | | | |
| Personal Property | Also, the Debtor has settled this matter with several secured creditors by motion practice. | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | 0 |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | $ - |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | Debtor has filed a Plan of Reorganization wherein this matter's resolution is proposed. | | | | | |
| Professional Fees | Also, the Debtor has settled this matter with several secured creditors by motion practice. | | | | | 0 |
| Amounts Due to Insiders* | | | | | | 0 |

**Total Postpetition Debts**                                                                                  $0.00

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re  KENNETH G McNEIL
Case No. _15-14218 MBK
**Reporting Period: July 31, 2016**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

**See Note 1 below:**

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ - |
| + Amounts billed during the period | - |
| - Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | $ - |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | $ - |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | - |
| Total Accounts Receivable | - |
| Amount considered uncollectible (Bad Debt) | - |
| **Accounts Receivable (net)** | $ - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | N/A | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Note 1: Debtor is quantifying any amounts owed.**

# Kenneth McNeil
## Balance Sheet
### As of July 31, 2016

|  | Jul 31, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **10000 · Bank** | |
| 10300 · WF HOUSE ACCOUNT | 337.70 |
| 10400 · WF MAIN CHECKING | 121,814.07 |
| 10500 · WF BK-SAVINGS ACCOUNT | 500.05 |
| **Total 10000 · Bank** | 122,651.82 |
| **Total Checking/Savings** | 122,651.82 |
| **Accounts Receivable** | |
| Accounts Receivable | 4,720.30 |
| **Total Accounts Receivable** | 4,720.30 |
| **Total Current Assets** | 127,372.12 |
| **Fixed Assets** | |
| **Fixed Assets** | |
| 1420 Genesee, Hamilton | 46,038.38 |
| 196 Rosemont, Trenton | 20,000.00 |
| 219 Woodlawn, Hamilton | 37,115.42 |
| 244 Cleveland, Trenton | 29,000.00 |
| 251 Woodlawn, Hamilton | 40,000.00 |
| 29 S Olden, Trenton | 19,780.36 |
| 324 Mary St., Hamilton | 40,000.00 |
| 329 Cleveland, Trenton | 26,661.88 |
| 343 Garfield, Trenton | 28,694.28 |
| 44 S Hermitage, Trenton | 29,340.66 |
| 48 S Olden, Trenton | 17,000.00 |
| 5 Cortelyou, Jackson | 375,000.00 |
| 52 S Olden, Trenton | 21,116.77 |
| 59 Edgemere, Trenton | 20,000.00 |
| 631 Norway, Hamilton | 35,990.40 |
| **Total Fixed Assets** | 785,738.15 |
| **12000 · Renovations** | 10,604.75 |
| **Total Fixed Assets** | 796,342.90 |
| **TOTAL ASSETS** | **923,715.02** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 59 · Edgemer, Trenton Payments Post | -1,500.00 |
| **Total Other Current Liabilities** | -1,500.00 |
| **Total Current Liabilities** | -1,500.00 |
| **Long Term Liabilities** | |
| **Mortgage Loans-Prepetition** | |
| 1420 Genesee, Hamilton | 136,250.36 |
| 196 Rosemont, Trenton | 113,982.22 |
| 219 Woodlawn, Hamilton | 93,676.99 |
| 244 Cleveland, Trenton | 146,333.86 |
| 251 Woodlawn, Hamilton | 92,322.36 |
| 29 S Olden, Trenton | 115,417.68 |
| 324 Mary St, Hamilton | 120,744.00 |
| 329 Cleveland, Trenton | 136,644.25 |
| 343 Garfield, Trenton | 157,750.50 |
| 44 S Hermitage, Trenton | 247,460.40 |
| 48 S Olden, Trenton | 118,463.56 |
| 5 Cortelyou Rd, Jackson | 538,822.98 |

## Kenneth McNeil
## Balance Sheet
### As of July 31, 2016

|  | Jul 31, 16 |
|---|---|
| 62 S Olden, Trenton | 126,187.34 |
| 59 Edgemere, Trenton | 64,580.52 |
| 631 Norway, Hamilton | 92,590.34 |
| **Total Mortgage Loans-Prepetition** | 2,301,227.36 |
| **Total Long Term Liabilities** | 2,301,227.36 |
| **Total Liabilities** | 2,299,727.36 |
| **Equity** | |
| 30000 · Begining Balance Equity | -1,533,497.36 |
| 30700 · Members Draw | 1,000.00 |
| 32000 · Members Equity | 82,306.23 |
| Net Income | 74,178.79 |
| **Total Equity** | -1,376,012.34 |
| **TOTAL LIABILITIES & EQUITY** | 923,715.02 |

# Kenneth McNeil
## Profit & Loss
### July 2016

|  | Jul 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 5,030.49 |
| Other Income | 0.93 |
| Rental Income | 16,972.00 |
| **Total Income/Receipts** | 22,003.42 |
| **Total Income** | 22,003.42 |
| **Expense** | |
| **Disbursements** | |
| Food/ Entertainment/Personal | 2,982.61 |
| Gas & Tolls | 56.29 |
| Insurance | 451.48 |
| Medical | 254.32 |
| Service Charges-Checks, Etc | 80.39 |
| Travel Expense | 1,157.26 |
| Utilities | 403.54 |
| **Total Disbursements** | 5,385.89 |
| **General Expenses** | |
| 60902 · Office Expense | 20.75 |
| 61700 · Computer and Internet Expenses | 160.49 |
| 66500 · Postage and Delivery | 95.78 |
| 67100 · Rent Expense | 1,700.00 |
| 67200 · Repairs and Maintenance | 2,251.10 |
| 68100 · Telephone Expense | 32.40 |
| **Total General Expenses** | 4,260.52 |
| **Reorganization Costs** | |
| U.S. Trustee Fees | 650.00 |
| **Total Reorganization Costs** | 650.00 |
| **Total Expense** | 10,296.41 |
| **Net Ordinary Income** | 11,707.01 |
| **Net Income** | **11,707.01** |

# Kenneth McNeil
## Profit & Loss
### March 11, 2015 through July 31, 2016

|  | Mar 11, '15 - Jul 31, 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 72,929.23 |
| Opening Deposit Balance | 3,688.09 |
| Other Income | 5.69 |
| Refund | 24,655.40 |
| Rental Income | 199,624.34 |
| Social Security | 9,945.02 |
| Tax Refund | 2,440.85 |
| Income/Receipts - Other | 16,543.00 |
| **Total Income/Receipts** | 329,831.62 |
| **Total Income** | 329,831.62 |
| **Expense** | |
| **Disbursements** | |
| Cable, TV, Phone-Bus/Personal | 1,095.72 |
| Car Service Taxi/Transportation | 202.77 |
| Food/ Entertainment/Personal | 23,464.67 |
| Gas & Tolls | 2,470.20 |
| Health Club | 102.72 |
| Home Insurance | 2,896.05 |
| Home Maintenance/Care | 50.24 |
| Housekeeping/Clothing/Laundry | 177.95 |
| Income Tax | 186.82 |
| Insurance | 8,970.59 |
| License/Fees | 1,342.00 |
| Medical | 6,800.01 |
| Other Taxes | 3,240.35 |
| Real Estate Taxes | 1,328.29 |
| Service Charges-Checks, Etc | 263.56 |
| Travel Expense | 3,523.94 |
| Utilities | 11,353.05 |
| **Total Disbursements** | 67,468.93 |
| **General Expenses** | |
| 60200 · Automobile Expense | 676.32 |
| 60902 · Office Expense | 303.05 |
| 61700 · Computer and Internet Expenses | 670.44 |
| 63700 · Landscaping and Groundskeeping | 275.00 |
| 64904 · Supplies | 1,138.73 |
| 66500 · Postage and Delivery | 108.21 |
| 67100 · Rent Expense | 33,300.00 |
| 67200 · Repairs and Maintenance | 62,087.03 |
| 68100 · Telephone Expense | 2,977.89 |
| **Total General Expenses** | 101,536.67 |
| **Reorganization Costs** | |
| Professional Fees | 766.00 |
| U.S. Trustee Fees | 3,575.00 |
| **Total Reorganization Costs** | 4,341.00 |
| **Total Expense** | 173,346.60 |
| **Net Ordinary Income** | 156,485.02 |
| **Net Income** | **156,485.02** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through July 31, 2016

|  | General/Pers... | 1420 Genese... (Residential ... | 196 Rosemo... (Residential ... | 219 Woodla... (Residential ... |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| **Income/Receipts** | | | | |
| Disability Income | 72,929.23 | 0.00 | 0.00 | 0.00 |
| Opening Deposit Balance | 3,688.09 | 0.00 | 0.00 | 0.00 |
| Other Income | 4.84 | 0.00 | 0.00 | 0.00 |
| Refund | 24,655.40 | 0.00 | 0.00 | 0.00 |
| Rental Income | 0.49 | 10,919.55 | 7,315.25 | 16,392.25 |
| Social Security | 9,945.02 | 0.00 | 0.00 | 0.00 |
| Tax Refund | 2,440.85 | 0.00 | 0.00 | 0.00 |
| Income/Receipts - Other | 0.00 | 0.00 | 855.00 | 1,275.00 |
| **Total Income/Receipts** | 113,663.92 | 10,919.55 | 8,170.25 | 17,667.25 |
| **Total Income** | 113,663.92 | 10,919.55 | 8,170.25 | 17,667.25 |
| **Expense** | | | | |
| **Disbursements** | | | | |
| Cable, TV, Phone-Bus/Personal | 1,095.72 | 0.00 | 0.00 | 0.00 |
| Car Service Taxi/Transportation | 202.77 | 0.00 | 0.00 | 0.00 |
| Food/ Entertainment/Personal | 23,656.07 | 0.00 | 0.00 | 0.00 |
| Gas & Tolls | 2,470.20 | 0.00 | 0.00 | 0.00 |
| Health Club | 102.72 | 0.00 | 0.00 | 0.00 |
| Home Insurance | 783.43 | 0.00 | 0.00 | 0.00 |
| Home Maintenance/Care | 38.50 | 0.00 | 0.00 | 0.00 |
| Housekeeping/Clothing/Laundry | 177.95 | 0.00 | 0.00 | 0.00 |
| Income Tax | 186.82 | 0.00 | 0.00 | 0.00 |
| Insurance | 8,299.97 | 0.00 | 664.62 | 2.00 |
| License/Fees | 0.00 | 0.00 | 135.00 | 25.00 |
| Medical | 7,436.01 | 0.00 | 0.00 | 0.00 |
| Other Taxes | 545.00 | 474.96 | 0.00 | 789.09 |
| Real Estate Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| Service Charges-Checks, Etc | 193.56 | 0.00 | 0.00 | 0.00 |
| Travel Expense | 3,523.94 | 0.00 | 0.00 | 0.00 |
| Utilities | 2,287.28 | 0.00 | 0.00 | 0.00 |
| **Total Disbursements** | 50,999.94 | 474.96 | 799.62 | 816.09 |
| **General Expenses** | | | | |
| 60200 · Automobile Expense | 648.29 | 0.00 | 0.00 | 0.00 |
| 60902 · Office Expense | 303.05 | 0.00 | 0.00 | 0.00 |
| 61700 · Computer and Internet Expenses | 670.44 | 0.00 | 0.00 | 0.00 |
| 63700 · Landscaping and Groundskeeping | 0.00 | 0.00 | 0.00 | 0.00 |
| 64904 · Supplies | 1,014.59 | 0.00 | 0.00 | 0.00 |
| 66500 · Postage and Delivery | 108.21 | 0.00 | 0.00 | 0.00 |
| 67100 · Rent Expense | 31,600.00 | 0.00 | 0.00 | 0.00 |
| 67200 · Repairs and Maintenance | 666.92 | 1,319.62 | 1,213.63 | 1,097.92 |
| 68100 · Telephone Expense | 2,977.89 | 0.00 | 0.00 | 0.00 |
| **Total General Expenses** | 37,989.39 | 1,319.62 | 1,213.63 | 1,097.92 |
| **Reorganization Costs** | | | | |
| Professional Fees | 766.00 | 0.00 | 0.00 | 0.00 |
| U.S. Trustee Fees | 3,575.00 | 0.00 | 0.00 | 0.00 |
| **Total Reorganization Costs** | 4,341.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 93,330.33 | 1,794.58 | 2,013.25 | 1,914.01 |
| **Net Ordinary Income** | 20,333.59 | 9,124.97 | 6,157.00 | 15,753.24 |
| **Net Income** | 20,333.59 | 9,124.97 | 6,157.00 | 15,753.24 |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through July 31, 2016

| | 244 Clevelan...<br>(Residential ... | 251 Woodla...<br>(Residential ... | 29 S Olden, ...<br>(Residential ... | 324 Mary St, ...<br>(Residential ... |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| **Income/Receipts** | | | | |
| Disability Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Opening Deposit Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 20,112.56 | 17,756.50 | 6,890.00 | 13,400.00 |
| Social Security | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Income/Receipts - Other | 795.00 | 1,275.00 | 1,000.00 | 1,100.00 |
| **Total Income/Receipts** | 20,907.56 | 19,031.50 | 7,890.00 | 14,500.00 |
| **Total Income** | 20,907.56 | 19,031.50 | 7,890.00 | 14,500.00 |
| **Expense** | | | | |
| **Disbursements** | | | | |
| Cable, TV, Phone-Bus/Personal | 0.00 | 0.00 | 0.00 | 0.00 |
| Car Service Taxi/Transportation | 0.00 | 0.00 | 0.00 | 0.00 |
| Food/ Entertainment/Personal | 0.00 | 0.00 | 27.00 | 0.00 |
| Gas & Tolls | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Club | 0.00 | 0.00 | 0.00 | 0.00 |
| Home Insurance | 0.00 | 0.00 | 0.00 | 0.00 |
| Home Maintenance/Care | 0.00 | 0.00 | 0.00 | 11.74 |
| Housekeeping/Clothing/Laundry | 0.00 | 0.00 | 0.00 | 0.00 |
| Income Tax | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 4.00 | 0.00 | 0.00 | 0.00 |
| License/Fees | 135.00 | 0.00 | 135.00 | 0.00 |
| Medical | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Taxes | 0.00 | 157.00 | 0.00 | 315.98 |
| Real Estate Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| Service Charges-Checks, Etc | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities | 0.00 | 0.00 | 44.90 | 316.39 |
| **Total Disbursements** | 139.00 | 157.00 | 206.90 | 644.11 |
| **General Expenses** | | | | |
| 60200 · Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| 60902 · Office Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| 61700 · Computer and Internet Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 63700 · Landscaping and Groundskeeping | 0.00 | 0.00 | 0.00 | 0.00 |
| 64904 · Supplies | 0.00 | 0.00 | 90.65 | 0.00 |
| 66500 · Postage and Delivery | 0.00 | 0.00 | 0.00 | 0.00 |
| 67100 · Rent Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| 67200 · Repairs and Maintenance | 1,617.15 | 2,848.00 | 10,543.31 | 6,247.03 |
| 68100 · Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total General Expenses** | 1,617.15 | 2,848.00 | 10,633.96 | 6,247.03 |
| **Reorganization Costs** | | | | |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Reorganization Costs** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 1,756.15 | 3,005.00 | 10,840.86 | 6,891.14 |
| **Net Ordinary Income** | 19,151.41 | 16,026.50 | -2,950.86 | 7,608.86 |
| **Net Income** | **19,151.41** | **16,026.50** | **-2,950.86** | **7,608.86** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through July 31, 2016

| | 329 Clevelan...<br>(Residential ... | 343 Garfield,...<br>(Residential ... | 44 S Hermita...<br>(Residential ... | 48 S Olden, ...<br>(Residential ... |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| **Income/Receipts** | | | | |
| Disability Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Opening Deposit Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 9,093.38 | 8,655.00 | 9,338.50 | 9,406.00 |
| Social Security | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Income/Receipts - Other | 850.00 | 429.00 | 588.00 | 950.00 |
| **Total Income/Receipts** | 9,943.38 | 9,084.00 | 9,926.50 | 10,356.00 |
| **Total Income** | 9,943.38 | 9,084.00 | 9,926.50 | 10,356.00 |
| **Expense** | | | | |
| **Disbursements** | | | | |
| Cable, TV, Phone-Bus/Personal | 0.00 | 0.00 | 0.00 | 0.00 |
| Car Service Taxi/Transportation | 0.00 | 0.00 | 0.00 | 0.00 |
| Food/ Entertainment/Personal | 0.00 | 0.00 | 0.00 | 0.00 |
| Gas & Tolls | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Club | 0.00 | 0.00 | 0.00 | 0.00 |
| Home Insurance | 0.00 | 724.85 | 684.71 | 693.06 |
| Home Maintenance/Care | 0.00 | 0.00 | 0.00 | 0.00 |
| Housekeeping/Clothing/Laundry | 0.00 | 0.00 | 0.00 | 0.00 |
| Income Tax | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 |
| License/Fees | 135.00 | 250.00 | 205.00 | 135.00 |
| Medical | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| Real Estate Taxes | 0.00 | 0.00 | 940.64 | 387.65 |
| Service Charges-Checks, Etc | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities | 603.96 | 734.02 | 1,708.45 | 393.43 |
| **Total Disbursements** | 738.96 | 1,708.87 | 3,538.80 | 1,609.14 |
| **General Expenses** | | | | |
| 60200 · Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| 60902 · Office Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| 61700 · Computer and Internet Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 63700 · Landscaping and Groundskeeping | 0.00 | 0.00 | 275.00 | 0.00 |
| 64904 · Supplies | 0.00 | 0.00 | 0.00 | 0.00 |
| 66500 · Postage and Delivery | 0.00 | 0.00 | 0.00 | 0.00 |
| 67100 · Rent Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| 67200 · Repairs and Maintenance | 6,169.01 | 5,294.94 | 5,157.02 | 10,160.26 |
| 68100 · Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total General Expenses** | 6,169.01 | 5,294.94 | 5,432.02 | 10,160.26 |
| **Reorganization Costs** | | | | |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Reorganization Costs** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 6,907.97 | 7,003.81 | 8,970.82 | 11,769.40 |
| **Net Ordinary Income** | 3,035.41 | 2,080.19 | 955.68 | -1,413.40 |
| **Net Income** | 3,035.41 | 2,080.19 | 955.68 | -1,413.40 |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through July 31, 2016

| | 5 Cortelyou ...<br>(Residential ... | 52 S Olden, ...<br>(Residential ... | 59 Edgemere...<br>(Residential ... | 631 Norway, ...<br>(Residential ... |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| **Income/Receipts** | | | | |
| Disability Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Opening Deposit Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 28,440.01 | 12,082.50 | 14,716.05 | 15,106.30 |
| Social Security | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| Income/Receipts - Other | 2,850.00 | 1,015.00 | 1,037.00 | 2,524.00 |
| **Total Income/Receipts** | 31,290.01 | 13,097.50 | 15,753.05 | 17,630.30 |
| **Total Income** | 31,290.01 | 13,097.50 | 15,753.05 | 17,630.30 |
| **Expense** | | | | |
| **Disbursements** | | | | |
| Cable, TV, Phone-Bus/Personal | 0.00 | 0.00 | 0.00 | 0.00 |
| Car Service Taxi/Transportation | 0.00 | 0.00 | 0.00 | 0.00 |
| Food/ Entertainment/Personal | 0.00 | 0.00 | 0.00 | 0.00 |
| Gas & Tolls | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Club | 0.00 | 0.00 | 0.00 | 0.00 |
| Home Insurance | 0.00 | 10.00 | 0.00 | 0.00 |
| Home Maintenance/Care | 0.00 | 0.00 | 0.00 | 0.00 |
| Housekeeping/Clothing/Laundry | 0.00 | 0.00 | 0.00 | 0.00 |
| Income Tax | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 |
| License/Fees | 0.00 | 0.00 | 135.00 | 52.00 |
| Medical | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Taxes | 0.00 | 0.00 | 0.00 | 958.32 |
| Real Estate Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| Service Charges-Checks, Etc | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities | 0.00 | 4,955.28 | 106.34 | 0.00 |
| **Total Disbursements** | 0.00 | 4,965.28 | 241.34 | 1,010.32 |
| **General Expenses** | | | | |
| 60200 · Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| 60902 · Office Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| 61700 · Computer and Internet Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 63700 · Landscaping and Groundskeeping | 0.00 | 0.00 | 0.00 | 0.00 |
| 64904 · Supplies | 0.00 | 0.00 | 0.00 | 33.49 |
| 66500 · Postage and Delivery | 0.00 | 0.00 | 0.00 | 0.00 |
| 67100 · Rent Expense | 0.00 | 1,700.00 | 0.00 | 0.00 |
| 67200 · Repairs and Maintenance | 0.00 | 1,008.03 | 993.68 | 7,650.51 |
| 68100 · Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total General Expenses** | 0.00 | 2,708.03 | 993.68 | 7,684.00 |
| **Reorganization Costs** | | | | |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Reorganization Costs** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 0.00 | 7,673.31 | 1,235.02 | 8,694.32 |
| **Net Ordinary Income** | 31,290.01 | 5,424.19 | 14,518.03 | 8,935.98 |
| **Net Income** | 31,290.01 | 5,424.19 | 14,518.03 | 8,935.98 |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through July 31, 2016

|  | Total Reside... | Unclassified | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** |  |  |  |
| Income |  |  |  |
| Income/Receipts |  |  |  |
| Disability Income | 0.00 | 0.00 | 72,929.23 |
| Opening Deposit Balance | 0.00 | 0.00 | 3,688.09 |
| Other Income | 0.00 | 0.85 | 5.69 |
| Refund | 0.00 | 0.00 | 24,655.40 |
| Rental Income | 199,623.85 | 0.00 | 199,624.34 |
| Social Security | 0.00 | 0.00 | 9,945.02 |
| Tax Refund | 0.00 | 0.00 | 2,440.85 |
| Income/Receipts - Other | 16,543.00 | 0.00 | 16,543.00 |
| **Total Income/Receipts** | 216,166.85 | 0.85 | 329,831.62 |
| **Total Income** | 216,166.85 | 0.85 | 329,831.62 |
| **Expense** |  |  |  |
| Disbursements |  |  |  |
| Cable, TV, Phone-Bus/Personal | 0.00 | 0.00 | 1,095.72 |
| Car Service Taxi/Transportation | 0.00 | 0.00 | 202.77 |
| Food/ Entertainment/Personal | 27.00 | -218.40 | 23,464.67 |
| Gas & Tolls | 0.00 | 0.00 | 2,470.20 |
| Health Club | 0.00 | 0.00 | 102.72 |
| Home Insurance | 2,112.62 | 0.00 | 2,896.05 |
| Home Maintenance/Care | 11.74 | 0.00 | 50.24 |
| Housekeeping/Clothing/Laundry | 0.00 | 0.00 | 177.95 |
| Income Tax | 0.00 | 0.00 | 186.82 |
| Insurance | 670.62 | 0.00 | 8,970.59 |
| License/Fees | 1,342.00 | 0.00 | 1,342.00 |
| Medical | 0.00 | -636.00 | 6,800.01 |
| Other Taxes | 2,695.35 | 0.00 | 3,240.35 |
| Real Estate Taxes | 1,328.29 | 0.00 | 1,328.29 |
| Service Charges-Checks, Etc | 0.00 | 70.00 | 263.56 |
| Travel Expense | 0.00 | 0.00 | 3,523.94 |
| Utilities | 8,862.77 | 203.00 | 11,353.05 |
| **Total Disbursements** | 17,050.39 | -581.40 | 67,468.93 |
| **General Expenses** |  |  |  |
| 60200 · Automobile Expense | 0.00 | 28.03 | 676.32 |
| 60902 · Office Expense | 0.00 | 0.00 | 303.05 |
| 61700 · Computer and Internet Expenses | 0.00 | 0.00 | 670.44 |
| 63700 · Landscaping and Groundskeeping | 275.00 | 0.00 | 275.00 |
| 64904 · Supplies | 124.14 | 0.00 | 1,138.73 |
| 66500 · Postage and Delivery | 0.00 | 0.00 | 108.21 |
| 67100 · Rent Expense | 1,700.00 | 0.00 | 33,300.00 |
| 67200 · Repairs and Maintenance | 61,320.11 | 100.00 | 62,087.03 |
| 68100 · Telephone Expense | 0.00 | 0.00 | 2,977.89 |
| **Total General Expenses** | 63,419.25 | 128.03 | 101,536.67 |
| **Reorganization Costs** |  |  |  |
| Professional Fees | 0.00 | 0.00 | 766.00 |
| U.S. Trustee Fees | 0.00 | 0.00 | 3,575.00 |
| **Total Reorganization Costs** | 0.00 | 0.00 | 4,341.00 |
| **Total Expense** | 80,469.64 | -453.37 | 173,346.60 |
| **Net Ordinary Income** | 135,697.21 | 454.22 | 156,485.02 |
| **Net Income** | 135,697.21 | 454.22 | 156,485.02 |

# Wells Fargo Combined Statement of Accounts

Primary account number: **1632178321**  ■ July 1, 2016 - July 31, 2016  ■ Page 1 of 9



KENNETH MCNEIL
DEBTOR IN POSSESSION
CH 11 CASE# 15-14218(NJ)
174 NASSAU ST PMB 277
PRINCETON NJ 08542-7005

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-742-4932**

*TTY: 1-800-877-4833*
*En español: 1-877-727-2932*

華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

Write: Wells Fargo Bank, N.A. (347)
       P.O. Box 6995
       Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☑ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo® Preferred Checking | 2 | 1632178321 | 111,794.55 | 121,814.07 |
| Wells Fargo Everyday Checking | 6 | 1632178354 | 76.21 | 337.70 |
| Wells Fargo Way2Save® Savings | 7 | 5631706024 | 500.05 | 500.05 |
| **Total deposit accounts** | | | **$112,370.81** | **$122,651.82** |



# Wells Fargo® Preferred Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $111,794.55 |
| Deposits/Additions | 22,263.42 |
| Withdrawals/Subtractions | - 12,243.90 |
| **Ending balance on 7/31** | **$121,814.07** |

Account number: **1632178321**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 15-14218(NJ)**

New Jersey account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 021200025

#### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■   Savings - 000005631706024

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.93 |
| Average collected balance | $110,059.45 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.93 |
| Interest paid this year | $5.05 |

### Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | SSA Treas 310 Xxsoc Sec 070116 xxxxx3034A SSA Kenneth G McNeil | 1,982.00 | | |
| 7/1 | | Purchase authorized on 06/30 Uber US Jun30 4M Help.Uber.Com CA S306182517132224 Card 8921 | | 17.25 | |
| 7/1 | | Hpt*Plymouth Roc 8004375556 160701 Hpd1253D802313 Kennethgmcneil | | 2.00 | |
| 7/1 | | Hpt*Plymouth Roc 8004375556 160701 Hpd1253D804193 Kennethgmcneil | | 4.00 | |
| 7/1 | | Horizon Bcbs NJ Prem. Bill 160628 xxxxx3034 McNeil | | 234.32 | 113,518.98 |
| 7/5 | | Purchase authorized on 06/30 The Home Depot #09 Ewing NJ S586183050446934 Card 8921 | | 14.34 | |
| 7/5 | 193 | Cashed Check | | 530.00 | |
| 7/5 | | Purchase authorized on 07/03 Target 0001 Princeton NJ S286185720685573 Card 8921 | | 16.56 | |
| 7/5 | | Purchase authorized on 07/03 Kohl's 0469 Trenton NJ S166185774316744 Card 8921 | | 105.00 | |
| 7/5 | | ATM Withdrawal authorized on 07/05 1300 Hamilton Ave. Trenton NJ 0000459 ATM ID 0083Z Card 8921 | | 300.00 | |
| 7/5 | | Bill Pay 29 S Olden Ave T Recurringxxxxx39887 on 07-05 | | 700.00 | |
| 7/5 | | Bill Pay Ocwen-219 Recurringxxxxx24512 on 07-05 | | 726.00 | 111,127.08 |
| 7/6 | | Purchase authorized on 07/05 Paypal *Vibestudio 402-935-7733 CA S586188026296492 Card 8921 | | 48.00 | |
| 7/6 | | Bill Pay Andrew Yates Recurringno Account Number on 07-06 | | 150.00 | |
| 7/6 | 194 | Check | | 90.00 | 110,839.08 |
| 7/7 | | Purchase authorized on 07/06 Target 0001 Princeton NJ S006188769404348 Card 8921 | | 22.99 | |



### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/7 | | Purchase authorized on 07/06 Jcpenney 0700 Trenton NJ S466188795126276 Card 8921 | | 19.99 | |
| 7/7 | | Purchase authorized on 07/06 Panera Bread #6014 Princeton NJ S466188819288321 Card 8921 | | 16.03 | 110,780.07 |
| 7/8 | | Purchase Return authorized on 07/07 Kohl's 0469 Trenton NJ S616190554257761 Card 8921 | 105.00 | | |
| 7/8 | | Purchase authorized on 07/06 Chipotle 1751 Princeton NJ S386188862323319 Card 8921 | | 21.50 | |
| 7/8 | | Purchase authorized on 07/06 Wholefds Prn 10187 Princeton NJ S086189071536622 Card 8921 | | 186.28 | |
| 7/8 | | Purchase authorized on 07/07 Paypal *Vibestudio 402-935-7733 CA S586189688197536 Card 8921 | | 24.00 | |
| 7/8 | | WFB Hr Benefits Wfc04810379 McNeil Kenneth | | 45.92 | 110,607.37 |
| 7/11 | | Purchase Return authorized on 07/09 Macy*S East #0065 Lawrenceville NJ S616192550606046 Card 8921 | 155.00 | | |
| 7/11 | | Purchase authorized on 07/07 Mesob Restaurant Montclair NJ S466190079112513 Card 8921 | | 54.00 | |
| 7/11 | | Purchase authorized on 07/09 Apl* Itunes.Com/Bi 866-712-7753 CA S386190473178929 Card 8921 | | 32.09 | |
| 7/11 | | Purchase authorized on 07/08 Njt Mobile 3001 Newark NJ S466190477304642 Card 8921 | | 4.90 | |
| 7/11 | | Purchase authorized on 07/08 Seasons 52 0004 Princeton NJ S586191042317101 Card 8921 | | 57.00 | |
| 7/11 | | Purchase authorized on 07/08 Target 0001 Princeton NJ S086191092616535 Card 8921 | | 63.67 | |
| 7/11 | 195 | Cashed Check | | 180.00 | |
| 7/11 | | Purchase authorized on 07/09 Macy's 400 US Rt 1 Lawrenceville NJ P0000000544458206 Card 8921 | | 227.99 | |
| 7/11 | | Purchase authorized on 07/09 Macy*S East #0065 Lawrenceville NJ S286191838591590 Card 8921 | | 288.00 | |
| 7/11 | | Purchase authorized on 07/09 Macy*S East #0065 Lawrenceville NJ S006191841048983 Card 8921 | | 157.93 | |
| 7/11 | | Purchase authorized on 07/09 Macy*S East #0065 Lawrenceville NJ S166191842265363 Card 8921 | | 44.99 | |
| 7/11 | | Purchase authorized on 07/09 Quick Chek Food St Trenton NJ S586191859746987 Card 8921 | | 37.40 | |
| 7/11 | | Purchase authorized on 07/09 Chipotle 1751 Princeton NJ S386192065738665 Card 8921 | | 16.00 | 109,598.40 |
| 7/12 | | Purchase authorized on 07/11 Macy*S East #0065 Lawrenceville NJ S006193645773307 Card 8921 | | 31.48 | |
| 7/12 | | Purchase authorized on 07/11 Uber US Jul11 22 Help.Uber.Com CA S466194000281075 Card 8921 | | 6.93 | 109,559.99 |
| 7/13 | | Purchase authorized on 07/11 Wholefds Prn 10187 Princeton NJ S086193713019137 Card 8921 | | 165.18 | |
| 7/13 | | Purchase authorized on 07/11 AMC Hamilton 24 #0 Hamilton NJ S586194001196421 Card 8921 | | 32.08 | |
| 7/13 | | Purchase authorized on 07/11 AMC Hamilton 24 #0 Hamilton NJ S386194006258956 Card 8921 | | 14.97 | |
| 7/13 | | Purchase authorized on 07/12 Uber US Jul11 A4 Help.Uber.Com CA S386194187007534 Card 8921 | | 8.71 | 109,339.05 |
| 7/14 | | Purchase authorized on 07/13 Six Flags Great Ad 732-928-2000 NJ S386194501147418 Card 8921 | | 293.57 | |
| 7/14 | | Purchase authorized on 07/12 Quick Chek Food St Trenton NJ S306194613436740 Card 8921 | | 18.89 | 109,026.59 |
| 7/15 | | Purchase authorized on 07/13 Mending Hearts Fam Burlington NJ S586195509784736 Card 8921 | | 20.00 | |
| 7/15 | | Purchase authorized on 07/14 Uber US Jul14 Jx Help.Uber.Com CA S466196506709529 Card 8921 | | 9.29 | |
| 7/15 | | Prudential Ins Ins Prem Jul 16 063413632Trnll2 Kenneth G McNeil | | 47.96 | |
| 7/15 | | Metlife Payment 160715 50001060323 Kenneth McNeil | | 331.69 | |
| 7/15 | | Public Service Pseg 006644238408 Kenneth McNeil | | 403.54 | 108,214.11 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|-------------|------|------|------|
| 7/18 | | Purchase authorized on 07/15 Njt Trenton Trenton NJ S586197555157266 Card 8921 | | 22.80 | |
| 7/18 | | Purchase authorized on 07/15 Uber US Jul15 Sg Help.Uber.Com CA S466197564817737 Card 8921 | | 6.55 | |
| 7/18 | | Purchase authorized on 07/15 Uber US Jul15 PC Help.Uber.Com CA S306197642257566 Card 8921 | | 49.28 | |
| 7/18 | | Purchase authorized on 07/15 Corner Social New York NY S586197723983121 Card 8921 | | 82.00 | |
| 7/18 | | Purchase authorized on 07/15 Uber US Jul15 Lb Help.Uber.Com CA S306197811171769 Card 8921 | | 11.70 | |
| 7/18 | | Purchase authorized on 07/15 Special Pizza City Ewing NJ S386198076747375 Card 8921 | | 38.84 | |
| 7/18 | | Purchase authorized on 07/16 Microsoft *Store Bill.MS.Net WA S306198557026320 Card 8921 | | 160.49 | |
| 7/18 | | Purchase authorized on 07/17 Prizm Beauty Suppl Trenton NJ S086199778615704 Card 8921 | | 64.18 | |
| 7/18 | | Purchase authorized on 07/17 Wawa 8339 0008 Lawrence Twp NJ S306200013423808 Card 8921 | | 20.00 | |
| 7/18 | | Purchase authorized on 07/17 Wholefds Prn 10187 Princeton NJ S166200050899979 Card 8921 | | 145.46 | |
| 7/18 | 196 | Deposited OR Cashed Check | | 50.00 | 107,562.81 |
| 7/19 | | Online Transfer to McNeil K Ref #Ibeclbvcb4 Everyday Checking Shopping | | 500.00 | 107,062.81 |
| 7/20 | | Purchase authorized on 07/18 The Home Depot #09 Ewing NJ S466200719215919 Card 8921 | | 54.30 | |
| 7/20 | | Purchase authorized on 07/19 All Clean Janitori Lawrenceville NJ S466201508292584 Card 8921 | | 22.46 | |
| 7/20 | | Minnesota Life Prem Pymt 160715 342974100000 McNeil, Kenneth G. | | 19.91 | 106,966.14 |
| 7/21 | | Purchase authorized on 07/20 Fedex 783610137698 Memphis TN S306201463412289 Card 8921 | | 95.78 | |
| 7/21 | | Purchase authorized on 07/20 Njt Mobile 3001 Newark NJ S306202445822754 Card 8921 | | 5.45 | |
| 7/21 | | Purchase authorized on 07/20 Uber US Jul20 Go Help.Uber.Com CA S306202507756166 Card 8921 | | 15.50 | |
| 7/21 | | Purchase authorized on 07/20 Paper Boutique LLC Upper Montcla NJ S386202580699783 Card 8921 | | 20.75 | |
| 7/21 | | Purchase authorized on 07/20 Njt Mobile 3001 Newark NJ S306202617066650 Card 8921 | | 3.00 | |
| 7/21 | | Purchase authorized on 07/20 Sq *Bamboo Tropica Queens NY S386202728129704 Card 8921 | | 16.22 | |
| 7/21 | | Purchase authorized on 07/20 Home Things 4 U Trenton NJ S386202776571189 Card 8921 | | 235.00 | |
| 7/21 | | Purchase authorized on 07/20 Njt Mobile 3001 Newark NJ S586203038321604 Card 8921 | | 7.65 | |
| 7/21 | | Purchase authorized on 07/21 Cheaptickets.Com WWW.Ctix.Info WA S586203087660083 Card 8921 | | 21.99 | 106,544.80 |
| 7/22 | | Purchase authorized on 07/20 Mta Mvm*R138-34 St New York NY S586202646837410 Card 8921 | | 10.00 | |
| 7/22 | | Purchase authorized on 07/20 J & W Spa and Nail Ridgewood NY S006202862847203 Card 8921 | | 37.10 | |
| 7/22 | | Purchase authorized on 07/20 Seattle Coffee Roa New York NY S306203031871538 Card 8921 | | 16.33 | |
| 7/22 | | Purchase authorized on 07/20 Delta Air 006788 Bellevue WA S006203087706793 Card 8921 | | 544.81 | |
| 7/22 | | Purchase authorized on 07/21 Gasco Hamilton Hamilton NJ S306203468654145 Card 8921 | | 20.00 | 105,916.56 |
| 7/25 | | Purchase authorized on 07/22 Byer's Mens Shop Trenton NJ S386204567320338 Card 8921 | | 150.00 | |
| 7/25 | | Purchase authorized on 07/22 Njt Mobile 3001 Newark NJ S466204828834790 Card 8921 | | 5.70 | |

Primary account number: **1632178321** ■ July 1, 2016 - July 31, 2016 ■ Page 5 of 9



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/25 | | Purchase authorized on 07/22 Chipotle 0817 Clifton NJ S466205059818175 Card 8921 | | 7.50 | |
| 7/25 | | Purchase authorized on 07/23 Njt Mobile 3001 Newark NJ S466205178613826 Card 8921 | | 5.70 | |
| 7/25 | | Purchase authorized on 07/23 Uber US Jul22 Kc Help.Uber.Com CA S386205230777944 Card 8921 | | 6.55 | 105,741.11 |
| 7/26 | | Purchase authorized on 07/25 Apl* Itunes.Com/Bi 866-712-7753 CA S306207149017033 Card 8921 | | 17.11 | |
| 7/26 | | Purchase authorized on 07/25 Frontier Ai Kdfv4E 720-3744390 CO S466208166076822 Card 8921 | | 388.40 | |
| 7/26 | 221 | Check | | 650.00 | 104,685.60 |
| 7/27 | | Wachovia Corpora Ltdbenefit 160725 56045819 McNeil, Kenneth G | 555.07 | | |
| 7/27 | | Purchase authorized on 07/26 Proflowers.Com 888-373-7437 CA S386207660262732 Card 8921 | | 96.92 | |
| 7/27 | | Purchase authorized on 07/26 Chipotle 1751 Princeton NJ S466208799102346 Card 8921 | | 17.50 | |
| 7/27 | | Purchase authorized on 07/26 Chipotle 1751 Princeton NJ S386208814794329 Card 8921 | | 7.50 | |
| 7/27 | | Purchase authorized on 07/26 Target 0001 Princeton NJ S286209036676416 Card 8921 | | 114.84 | |
| 7/27 | 223 | Cashed Check | | 665.00 | 104,338.91 |
| 7/28 | | Massachusetts Mu Di ACH Pus 160726 Dz9Y2N2Vxt Kenneth G McNeil | 2,493.42 | | |
| 7/28 | | Purchase authorized on 07/26 Wholefds Prn 10187 Princeton NJ S086209009290100 Card 8921 | | 175.19 | |
| 7/28 | | Purchase authorized on 07/27 Audible Adbl.CO/Bill NJ S466209462092648 Card 8921 | | 16.00 | |
| 7/28 | 222 | Check | | 1,700.00 | 104,941.14 |
| 7/29 | | Deposit | 16,972.00 | | |
| 7/29 | | ATM Withdrawal authorized on 07/29 1300 Hamilton Ave. Trenton NJ 0005860 ATM ID 0083Z Card 8921 | | 100.00 | |
| 7/29 | | Interest Payment | 0.93 | | 121,814.07 |
| Ending balance on 7/31 | | | | | 121,814.07 |
| **Totals** | | | **$22,263.42** | **$12,243.90** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 193 | 7/5 | 530.00 | 196 | 7/18 | 50.00 | 222 | 7/28 | 1,700.00 |
| 194 | 7/6 | 90.00 | 221 * | 7/26 | 650.00 | 223 | 7/27 | 665.00 |
| 195 | 7/11 | 180.00 | | | | | | |

\* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2016 - 07/31/2016 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $5,030.49 ☑ |

Primary account number:  **1632178321**  ■  July 1, 2016 - July 31, 2016  ■  Page 6 of 9



---

**Monthly service fee summary (continued)**

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |
| · Linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $105,198.31 ☑ |
|     – Minimum daily balance In checking, savings, time accounts (CDs) and | | |
|       FDIC-insured retirement accounts | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
JDUD

# Wells Fargo Everyday Checking

**Activity summary**

| | |
|---|---|
| Beginning balance on 7/1 | $76.21 |
| Deposits/Additions | 500.00 |
| Withdrawals/Subtractions | - 238.51 |
| **Ending balance on 7/31** | **$337.70** |

Account number:  **1632178354**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 15-14218(NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/11 | | Purchase authorized on 07/07 Seasons 52 0004 Princeton NJ S306190028401194 Card 9461 | | 21.00 | 55.21 |
| 7/14 | | Purchase authorized on 07/13 Macy*S East #0065 Lawrenceville NJ S166196056194955 Card 9461 | | 117.60 | -62.39 |
| 7/15 | | Overdraft Fee for a Transaction Posted on 07/14 $117.60 Purchase Authori Zed on 07/13 Macy*S East #0065 Lawrence | | 35.00 | -97.39 |
| 7/18 | | Purchase authorized on 07/15 Otg Management Ewr Newark NJ S586197098003109 Card 9461 | | 6.42 | -103.81 |
| 7/19 | | Overdraft Fee for a Transaction Posted on 07/18 $6.42 Purchase Authori Zed on 07/15 Otg Management Ewr Newark | | 35.00 | |
| 7/19 | | Online Transfer From McNeil K Ref #Ibecibvcb4 Preferred Checking Shopping | 500.00 | | 361.19 |
| 7/20 | | Purchase Intl authorized on 07/17 Massy Stores St Augustine TT S626202547352196 Card 9461 | | 13.10 | |
| 7/20 | | International Purchase Transaction Fee | | 0.39 | 347.70 |
| 7/29 | | Monthly Service Fee | | 10.00 | 337.70 |
| **Ending balance on 7/31** | | | | | **337.70** |
| **Totals** | | | **$500.00** | **$238.51** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your
transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Primary account number:    **1632178321**    ■   July 1, 2016 - July 31, 2016   ■   Page 7 of 9



---

**Summary of Overdraft and Returned Item fee(s)**

|  | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $70.00 | $140.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2016 - 07/31/2016 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | -$103.81 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 4 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)        ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

# Wells Fargo Way2Save® Savings

**Activity summary**

| | |
|---|---|
| Beginning balance on 7/1 | $500.05 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 7/31** | **$500.05** |

Account number:  **5631706024**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 15-14218 NJ**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

**Interest summary**

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $500.05 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.03 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2016 - 07/31/2016 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|

,

Primary account number:   **1632178321**   ■ July 1, 2016 - July 31, 2016 ■ Page 8 of 9



---

**Monthly service fee summary (continued)**

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $500.05 ☑ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ ^ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
AM/AM



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement.  Enter the total in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| **Total** $ |        |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement.  Enter the total in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total** $        |        |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.