## UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY_____

In re  KENNETH G McNEIL

Case No. __ _____15-14218 MBK
Reporting Period: August 31, 2016

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| /s/ Kenneth G. McNeil | 9/29/2016 |
| Signature of Debtor | Date |
| | |
| Signature of Joint Debtor | Date |
| | |
| Signature of Authorized Individual* | Date |
| | |
| Printed Name of Authorized Individual | Title of Authorized Individual |

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re  KENNETH G McNEIL

Case No. _____15-14218 MBK
Reporting Period: August 31, 2016

## BANK RECONCILIATIONS

### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | |
| ADJUSTED BANK BALANCE * | | | | |
| * Adjusted bank balance must equal | | | | |
|   balance per books | | | | |

**PLEASE SEE ATTACHED QUICKBOOKS & BANK STATEMENTS**

**DEPOSITS IN TRANSIT**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|

**CHECKS OUTSTANDING**

| Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|

FORM MOR-1b
(04/07)

In re KENNETH G McNEIL

Case No. _____15-14218 MBK
Reporting Period: August 31, 2016

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Fees | Expenses | Fees | Expenses |

In re  KENNETH G McNEIL

Case No. _____15-14218 MBK

Reporting Period: August 31, 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | Debtor has filed a Plan of Reorganization wherein this matter's resolution is proposed. | | | | | |
| Personal Property | Also, the Debtor has settled this matter with several secured creditors by motion practice. | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | $      - |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | Debtor has filed a Plan of Reorganization wherein this matter's resolution is proposed. | | | | | |
| Professional Fees | Also, the Debtor has settled this matter with several secured creditors by motion practice. | | | | | 0 |
| Amounts Due to Insiders* | | | | | | 0 |

**Total Postpetition Debts**                                                                                   $0.00

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re  KENNETH G McNEIL
Case No. _15-14218 MBK
Reporting Period: August 31, 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

### See Note 1 below:

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $    4,720 |
| + Amounts billed during the period | - |
| - Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | $    4,720 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | $         - |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | 4,720 |
| Total Accounts Receivable | 4,720 |
| Amount considered uncollectible (Bad Debt) | - |
| **Accounts Receivable (net)** | $    4,720 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | N/A | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Note 1: Debtor is quantifying any amounts owed.**

In re  KENNETH G McNEIL,

Case No. _____ 15-14218 MBK
Reporting Period: August 31, 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1).  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CONT)]



| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | PLEASE SEE ATTACHED QUICKBOOKS STATEMENTS & CODED BANK STATEMENTS | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 13,816.81 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ | 13,816.81 |

FORM MOR-1
(04/07)

# Kenneth McNeil
# Balance Sheet
### As of August 31, 2016

|  | Aug 31, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **10000 · Bank** | |
| 10300 · WF HOUSE ACCOUNT | 209.47 |
| 10400 · WF MAIN CHECKING | 129,826.99 |
| 10500 · WF BK-SAVINGS ACCOUNT | 500.06 |
| **Total 10000 · Bank** | 130,536.52 |
| **Total Checking/Savings** | 130,536.52 |
| **Accounts Receivable** | |
| **Accounts Receivable** | 4,720.30 |
| **Total Accounts Receivable** | 4,720.30 |
| **Total Current Assets** | 135,256.82 |
| **Fixed Assets** | |
| **Fixed Assets** | |
| 1420 Genesee, Hamilton | 46,038.38 |
| 196 Rosemont, Trenton | 20,000.00 |
| 219 Woodlawn, Hamilton | 37,115.42 |
| 244 Cleveland, Trenton | 29,000.00 |
| 251 Woodlawn, Hamilton | 40,000.00 |
| 29 S Olden, Trenton | 19,780.36 |
| 324 Mary St., Hamilton | 40,000.00 |
| 329 Cleveland, Trenton | 26,661.88 |
| 343 Garfield, Trenton | 28,694.28 |
| 44 S Hermitage, Trenton | 29,840.66 |
| 48 S Olden, Trenton | 17,000.00 |
| 5 Cortelyou, Jackson | 375,000.00 |
| 52 S Olden, Trenton | 21,116.77 |
| 59 Edgemere, Trenton | 20,000.00 |
| 631 Norway, Hamilton | 35,990.40 |
| **Total Fixed Assets** | 786,238.15 |
| **12000 · Renovations** | 10,604.75 |
| **Total Fixed Assets** | 796,842.90 |
| **TOTAL ASSETS** | **932,099.72** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 59 · Edgemer, Trenton Payments Post | -1,500.00 |
| **Total Other Current Liabilities** | -1,500.00 |
| **Total Current Liabilities** | -1,500.00 |
| **Long Term Liabilities** | |
| **Mortgage Loans-Prepetition** | |
| 1420 Genesee, Hamilton | 136,250.36 |
| 196 Rosemont, Trenton | 113,982.22 |
| 219 Woodlawn, Hamilton | 92,950.99 |
| 244 Cleveland, Trenton | 146,333.86 |
| 251 Woodlawn, Hamilton | 92,322.36 |
| 29 S Olden, Trenton | 115,417.68 |
| 324 Mary St, Hamilton | 120,744.00 |
| 329 Cleveland, Trenton | 136,644.25 |
| 343 Garfield, Trenton | 157,750.50 |
| 44 S Hermitage, Trenton | 247,460.40 |
| 48 S Olden, Trenton | 118,463.56 |
| 5 Cortelyou Rd, Jackson | 538,822.98 |

# Kenneth McNeil
# Balance Sheet
### As of August 31, 2016

|  | Aug 31, 16 |
|---|---|
| 52 S Olden, Trenton | 126,187.34 |
| 59 Edgemere, Trenton | 64,580.52 |
| 631 Norway, Hamilton | 92,590.34 |
| **Total Mortgage Loans-Prepetition** | 2,300,501.36 |
| **Total Long Term Liabilities** | 2,300,501.36 |
| **Total Liabilities** | 2,299,001.36 |
| **Equity** | |
| 30000 · Begining Balance Equity | -1,533,497.36 |
| 30700 · Members Draw | 1,000.00 |
| 32000 · Members Equity | 82,306.23 |
| Net Income | 83,289.49 |
| **Total Equity** | -1,366,901.64 |
| **TOTAL LIABILITIES & EQUITY** | 932,099.72 |

# Kenneth McNeil
## Profit & Loss
### August 2016

| | Aug 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 5,030.49 |
| Other Income | 1.02 |
| Rental Income | 17,896.00 |
| **Total Income/Receipts** | 22,927.51 |
| **Total Income** | 22,927.51 |
| **Expense** | |
| **Disbursements** | |
| Food/ Entertainment/Personal | 1,790.60 |
| Gas & Tolls | 30.77 |
| Insurance | 1,445.48 |
| Medical | 738.80 |
| Real Estate Taxes | 1,913.98 |
| Service Charges-Checks, Etc | 10.00 |
| Travel Expense | 425.77 |
| **Total Disbursements** | 6,355.40 |
| **General Expenses** | |
| 60200 · Automobile Expense | 123.42 |
| 66500 · Postage and Delivery | -95.78 |
| 67100 · Rent Expense | 2,400.00 |
| 67200 · Repairs and Maintenance | 4,677.52 |
| 68100 · Telephone Expense | 356.25 |
| **Total General Expenses** | 7,461.41 |
| **Total Expense** | 13,816.81 |
| **Net Ordinary Income** | 9,110.70 |
| **Net Income** | 9,110.70 |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through August 31, 2016

| | General/P... | 1420 Gene... (Residenti... | 196 Rose... (Residenti... | 219 Woodl... (Residenti... | 244 Clevel... (Residenti... |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Income/Receipts** | | | | | |
| Disability Income | 77,959.72 | 0.00 | 0.00 | 0.00 | 0.00 |
| Opening Deposit Balance | 3,688.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Income | 5.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| Refund | 24,655.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 0.49 | 11,944.55 | 8,170.25 | 17,667.25 | 21,336.56 |
| Social Security | 9,945.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Refund | 2,440.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| Income/Receipts - Other | 0.00 | 0.00 | 855.00 | 1,275.00 | 795.00 |
| **Total Income/Receipts** | 118,695.43 | 11,944.55 | 9,025.25 | 18,942.25 | 22,131.56 |
| **Total Income** | 118,695.43 | 11,944.55 | 9,025.25 | 18,942.25 | 22,131.56 |
| **Expense** | | | | | |
| **Disbursements** | | | | | |
| Cable, TV, Phone-Bus/Personal | 1,095.72 | 0.00 | 0.00 | 0.00 | 0.00 |
| Car Service Taxi/Transportation | 202.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| Food/ Entertainment/Personal | 25,446.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gas & Tolls | 2,500.97 | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Club | 102.72 | 0.00 | 0.00 | 0.00 | 0.00 |
| Home Insurance | 783.43 | 0.00 | 0.00 | 0.00 | 0.00 |
| Home Maintenance/Care | 38.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Housekeeping/Clothing/Laundry | 177.95 | 0.00 | 0.00 | 0.00 | 0.00 |
| Income Tax | 186.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 8,745.45 | 0.00 | 664.62 | 2.00 | 4.00 |
| License/Fees | 0.00 | 0.00 | 135.00 | 25.00 | 135.00 |
| Medical | 8,174.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Taxes | 545.00 | 474.96 | 0.00 | 789.09 | 0.00 |
| Real Estate Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Service Charges-Checks, Etc | 203.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel Expense | 3,949.71 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities | 2,287.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Disbursements** | 54,441.36 | 474.96 | 799.62 | 816.09 | 139.00 |
| **General Expenses** | | | | | |
| 60200 · Automobile Expense | 771.71 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60902 · Office Expense | 303.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61700 · Computer and Internet Expenses | 670.44 | 0.00 | 0.00 | 0.00 | 0.00 |
| 63700 · Landscaping and Groundskeeping | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 64904 · Supplies | 1,014.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66500 · Postage and Delivery | 12.43 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67100 · Rent Expense | 33,300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67200 · Repairs and Maintenance | 666.92 | 1,819.62 | 1,318.75 | 1,247.92 | 2,182.15 |
| 68100 · Telephone Expense | 3,334.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total General Expenses** | 40,073.28 | 1,819.62 | 1,318.75 | 1,247.92 | 2,182.15 |
| **Reorganization Costs** | | | | | |
| Professional Fees | 766.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| U.S. Trustee Fees | 3,575.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Reorganization Costs** | 4,341.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 98,855.64 | 2,294.58 | 2,118.37 | 2,064.01 | 2,321.15 |
| **Net Ordinary Income** | 19,839.79 | 9,649.97 | 6,906.88 | 16,878.24 | 19,810.41 |
| **Net Income** | 19,839.79 | 9,649.97 | 6,906.88 | 16,878.24 | 19,810.41 |

## Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through August 31, 2016

|  | 251 Woodl... (Residenti... | 29 S Olden... (Residenti... | 324 Mary S... (Residenti... | 329 Clevel... (Residenti... | 343 Garfiel... (Residenti... |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** |  |  |  |  |  |
| **Income** |  |  |  |  |  |
| **Income/Receipts** |  |  |  |  |  |
| Disability Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Opening Deposit Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Refund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 19,031.50 | 7,890.00 | 14,500.00 | 9,093.38 | 9,655.00 |
| Social Security | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Refund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Income/Receipts - Other | 1,275.00 | 1,000.00 | 1,100.00 | 850.00 | 429.00 |
| **Total Income/Receipts** | 20,306.50 | 8,890.00 | 15,600.00 | 9,943.38 | 10,084.00 |
| **Total Income** | 20,306.50 | 8,890.00 | 15,600.00 | 9,943.38 | 10,084.00 |
| **Expense** |  |  |  |  |  |
| **Disbursements** |  |  |  |  |  |
| Cable, TV, Phone-Bus/Personal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Car Service Taxi/Transportation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Food/ Entertainment/Personal | 0.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| Gas & Tolls | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Club | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Home Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 724.85 |
| Home Maintenance/Care | 0.00 | 0.00 | 11.74 | 0.00 | 0.00 |
| Housekeeping/Clothing/Laundry | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| License/Fees | 0.00 | 135.00 | 0.00 | 135.00 | 250.00 |
| Medical | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Taxes | 157.00 | 0.00 | 315.98 | 0.00 | 0.00 |
| Real Estate Taxes | 0.00 | 231.28 | 337.51 | 0.00 | 208.51 |
| Service Charges-Checks, Etc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities | 0.00 | 44.90 | 316.39 | 603.96 | 734.02 |
| **Total Disbursements** | 157.00 | 438.18 | 981.62 | 738.96 | 1,917.38 |
| **General Expenses** |  |  |  |  |  |
| 60200 · Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60902 · Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61700 · Computer and Internet Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 63700 · Landscaping and Groundskeeping | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 64904 · Supplies | 0.00 | 90.65 | 0.00 | 0.00 | 0.00 |
| 66500 · Postage and Delivery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67100 · Rent Expense | 0.00 | 700.00 | 0.00 | 0.00 | 0.00 |
| 67200 · Repairs and Maintenance | 3,386.66 | 10,543.31 | 7,514.00 | 6,469.01 | 5,294.94 |
| 68100 · Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total General Expenses** | 3,386.66 | 11,333.96 | 7,514.00 | 6,469.01 | 5,294.94 |
| **Reorganization Costs** |  |  |  |  |  |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Reorganization Costs** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 3,543.66 | 11,772.14 | 8,495.62 | 7,207.97 | 7,212.32 |
| **Net Ordinary Income** | 16,762.84 | -2,882.14 | 7,104.38 | 2,735.41 | 2,871.68 |
| **Net Income** | 16,762.84 | -2,882.14 | 7,104.38 | 2,735.41 | 2,871.68 |

## Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through August 31, 2016

| | 44 S Herml...<br>(Residenti... | 48 S Olden...<br>(Residenti... | 5 Cortelyo...<br>(Residenti... | 52 S Olden...<br>(Residenti... | 69 Edgem...<br>(Residenti... |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Income/Receipts** | | | | | |
| Disability Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Opening Deposit Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Refund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rental Income | 11,378.50 | 10,356.00 | 31,290.01 | 13,097.50 | 15,753.05 |
| Social Security | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Refund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Income/Receipts - Other | 588.00 | 950.00 | 2,850.00 | 1,015.00 | 1,037.00 |
| **Total Income/Receipts** | 11,966.50 | 11,306.00 | 34,140.01 | 14,112.50 | 16,790.05 |
| **Total Income** | 11,966.50 | 11,306.00 | 34,140.01 | 14,112.50 | 16,790.05 |
| **Expense** | | | | | |
| **Disbursements** | | | | | |
| Cable, TV, Phone-Bus/Personal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Car Service Taxi/Transportation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Food/ Entertainment/Personal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gas & Tolls | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Club | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Home Insurance | 684.71 | 693.06 | 0.00 | 10.00 | 0.00 |
| Home Maintenance/Care | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Housekeeping/Clothing/Laundry | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 |
| License/Fees | 205.00 | 135.00 | 0.00 | 0.00 | 135.00 |
| Medical | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Real Estate Taxes | 1,878.49 | 586.48 | 0.00 | 0.00 | 0.00 |
| Service Charges-Checks, Etc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities | 1,708.45 | 393.43 | 0.00 | 4,955.28 | 106.34 |
| **Total Disbursements** | 4,476.65 | 1,807.97 | 0.00 | 5,965.28 | 241.34 |
| **General Expenses** | | | | | |
| 60200 · Automobile Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60902 · Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61700 · Computer and Internet Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 63700 · Landscaping and Groundskeeping | 275.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 64904 · Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 66500 · Postage and Delivery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 67100 · Rent Expense | 0.00 | 0.00 | 0.00 | 1,700.00 | 0.00 |
| 67200 · Repairs and Maintenance | 5,579.41 | 10,637.39 | 0.00 | 1,060.28 | 993.68 |
| 68100 · Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total General Expenses** | 5,854.41 | 10,637.39 | 0.00 | 2,760.28 | 993.68 |
| **Reorganization Costs** | | | | | |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Reorganization Costs** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 10,331.06 | 12,445.36 | 0.00 | 8,725.56 | 1,235.02 |
| **Net Ordinary Income** | 1,635.44 | -1,139.36 | 34,140.01 | 5,386.94 | 15,555.03 |
| **Net Income** | 1,635.44 | -1,139.36 | 34,140.01 | 5,386.94 | 15,555.03 |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through August 31, 2016

| | 631 Norwa... (Residenti... | Total Resi... | Unclassified | TOTAL |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| **Income/Receipts** | | | | |
| Disability Income | 0.00 | 0.00 | 0.00 | 77,959.72 |
| Opening Deposit Balance | 0.00 | 0.00 | 0.00 | 3,688.09 |
| Other Income | 0.00 | 0.00 | 0.85 | 6.71 |
| Refund | 0.00 | 0.00 | 0.00 | 24,655.40 |
| Rental Income | 16,356.30 | 217,519.85 | 0.00 | 217,520.34 |
| Social Security | 0.00 | 0.00 | 0.00 | 9,945.02 |
| Tax Refund | 0.00 | 0.00 | 0.00 | 2,440.85 |
| Income/Receipts - Other | 2,524.00 | 16,543.00 | 0.00 | 16,543.00 |
| **Total Income/Receipts** | 18,880.30 | 234,062.85 | 0.85 | 352,759.13 |
| **Total Income** | 18,880.30 | 234,062.85 | 0.85 | 352,759.13 |
| **Expense** | | | | |
| **Disbursements** | | | | |
| Cable, TV, Phone-Bus/Personal | 0.00 | 0.00 | 0.00 | 1,095.72 |
| Car Service Taxi/Transportation | 0.00 | 0.00 | 0.00 | 202.77 |
| Food/ Entertainment/Personal | 0.00 | 27.00 | -218.40 | 25,255.27 |
| Gas & Tolls | 0.00 | 0.00 | 0.00 | 2,500.97 |
| Health Club | 0.00 | 0.00 | 0.00 | 102.72 |
| Home Insurance | 0.00 | 2,112.62 | 0.00 | 2,896.05 |
| Home Maintenance/Care | 0.00 | 11.74 | 0.00 | 50.24 |
| Housekeeping/Clothing/Laundry | 0.00 | 0.00 | 0.00 | 177.95 |
| Income Tax | 0.00 | 0.00 | 0.00 | 186.82 |
| Insurance | 0.00 | 1,670.62 | 0.00 | 10,416.07 |
| License/Fees | 52.00 | 1,342.00 | 0.00 | 1,342.00 |
| Medical | 0.00 | 0.00 | -636.00 | 7,538.81 |
| Other Taxes | 958.32 | 2,695.35 | 0.00 | 3,240.35 |
| Real Estate Taxes | 0.00 | 3,242.27 | 0.00 | 3,242.27 |
| Service Charges-Checks, Etc | 0.00 | 0.00 | 70.00 | 273.56 |
| Travel Expense | 0.00 | 0.00 | 0.00 | 3,949.71 |
| Utilities | 0.00 | 8,862.77 | 203.00 | 11,353.05 |
| **Total Disbursements** | 1,010.32 | 19,964.37 | -581.40 | 73,824.33 |
| **General Expenses** | | | | |
| 60200 · Automobile Expense | 0.00 | 0.00 | 28.03 | 799.74 |
| 60902 · Office Expense | 0.00 | 0.00 | 0.00 | 303.05 |
| 61700 · Computer and Internet Expenses | 0.00 | 0.00 | 0.00 | 670.44 |
| 63700 · Landscaping and Groundskeeping | 0.00 | 275.00 | 0.00 | 275.00 |
| 64904 · Supplies | 33.49 | 124.14 | 0.00 | 1,138.73 |
| 66500 · Postage and Delivery | 0.00 | 0.00 | 0.00 | 12.43 |
| 67100 · Rent Expense | 0.00 | 2,400.00 | 0.00 | 35,700.00 |
| 67200 · Repairs and Maintenance | 7,950.51 | 65,997.63 | 100.00 | 66,764.55 |
| 68100 · Telephone Expense | 0.00 | 0.00 | 0.00 | 3,334.14 |
| **Total General Expenses** | 7,984.00 | 68,796.77 | 128.03 | 108,998.08 |
| **Reorganization Costs** | | | | |
| Professional Fees | 0.00 | 0.00 | 0.00 | 766.00 |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00 | 3,575.00 |
| **Total Reorganization Costs** | 0.00 | 0.00 | 0.00 | 4,341.00 |
| **Total Expense** | 8,994.32 | 88,761.14 | -453.37 | 187,163.41 |
| **Net Ordinary Income** | 9,885.98 | 145,301.71 | 454.22 | 165,595.72 |
| **Net Income** | 9,885.98 | 145,301.71 | 454.22 | 165,595.72 |

# Kenneth McNeil
## Profit & Loss
### March 11, 2015 through August 31, 2016

|  | Mar 11, '15 - Aug 31, 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 77,959.72 |
| Opening Deposit Balance | 3,688.09 |
| Other Income | 6.71 |
| Refund | 24,655.40 |
| Rental Income | 217,520.34 |
| Social Security | 9,945.02 |
| Tax Refund | 2,440.85 |
| Income/Receipts - Other | 16,543.00 |
| **Total Income/Receipts** | 352,759.13 |
| **Total Income** | 352,759.13 |
| **Expense** | |
| **Disbursements** | |
| Cable, TV, Phone-Bus/Personal | 1,095.72 |
| Car Service Taxi/Transportation | 202.77 |
| Food/ Entertainment/Personal | 25,255.27 |
| Gas & Tolls | 2,500.97 |
| Health Club | 102.72 |
| Home Insurance | 2,896.05 |
| Home Maintenance/Care | 50.24 |
| Housekeeping/Clothing/Laundry | 177.95 |
| Income Tax | 186.82 |
| Insurance | 10,416.07 |
| License/Fees | 1,342.00 |
| Medical | 7,538.81 |
| Other Taxes | 3,240.35 |
| Real Estate Taxes | 3,242.27 |
| Service Charges-Checks, Etc | 273.56 |
| Travel Expense | 3,949.71 |
| Utilities | 11,353.05 |
| **Total Disbursements** | 73,824.33 |
| **General Expenses** | |
| 60200 · Automobile Expense | 799.74 |
| 60902 · Office Expense | 303.05 |
| 61700 · Computer and Internet Expenses | 670.44 |
| 63700 · Landscaping and Groundskeeping | 275.00 |
| 64904 · Supplies | 1,138.73 |
| 66500 · Postage and Delivery | 12.43 |
| 67100 · Rent Expense | 35,700.00 |
| 67200 · Repairs and Maintenance | 66,764.55 |
| 68100 · Telephone Expense | 3,334.14 |
| **Total General Expenses** | 108,998.08 |
| **Reorganization Costs** | |
| Professional Fees | 766.00 |
| U.S. Trustee Fees | 3,575.00 |
| **Total Reorganization Costs** | 4,341.00 |
| **Total Expense** | 187,163.41 |
| **Net Ordinary Income** | 165,595.72 |
| **Net Income** | 165,595.72 |

# Wells Fargo Combined Statement of Accounts



Primary account number: **1632178321** ■ August 1, 2016 - August 31, 2016 ■ Page 1 of 9

KENNETH MCNEIL
DEBTOR IN POSSESSION
CH 11 CASE# 15-14218(NJ)
174 NASSAU ST PMB 277
PRINCETON NJ 08542-7005

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ✓ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo® Preferred Checking | 2 | 1632178321 | 121,814.07 | 129,826.99 |
| Wells Fargo Everyday Checking | 7 | 1632178354 | 337.70 | 209.47 |
| Wells Fargo Way2Save® Savings | 8 | 5631706024 | 500.05 | 500.06 |
| **Total deposit accounts** | | | **$122,651.82** | **$130,536.52** |

Primary account number: **1632178321** ■ August 1, 2016 - August 31, 2016 ■ Page 2 of 9



# Wells Fargo® Preferred Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $121,814.07 |
| Deposits/Additions | 23,026.77 |
| Withdrawals/Subtractions | - 15,013.85 |
| **Ending balance on 8/31** | **$129,826.99** |

Account number: **1632178321**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 15-14218(NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

#### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■ Savings - 000005631706024

### Interest summary

| | |
|---|---|
| Interest paid this statement | $1.01 |
| Average collected balance | $118,051.81 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.01 |
| Interest paid this year | $6.06 |

### Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Purchase authorized on 07/31 Proflowers.Com 888-373-7437 CA S306212022560631 Card 8921 | | 93.51 | |
| 8/1 | | Purchase authorized on 07/29 Shell Oil 57545719 Trenton NJ S466212078919570 Card 8921 | | 18.09 | |
| 8/1 | | Purchase authorized on 07/30 Ihop 4614 609-882-9083 NJ S386212556853924 Card 8921 | | 35.26 | |
| 8/1 | | Purchase authorized on 07/30 Njt Mobile 3001 Newark NJ S386213066107851 Card 8921 | | 2.45 | |
| 8/1 | | Purchase authorized on 07/31 Lirr Mobile Ticket 718-558-7676 NY S306213105845774 Card 8921 | | 5.00 | |
| 8/1 | | Purchase authorized on 07/31 Uber Technologies 866-576-1039 CA S386213127652665 Card 8921 | | 12.96 | |
| 8/1 | | Purchase authorized on 07/31 Uber US Jul31 O3 Help.Uber.Com CA S386213804516197 Card 8921 | | 6.55 | |
| 8/1 | | Purchase authorized on 07/31 Njt Mobile 3001 Newark NJ S386213819995321 Card 8921 | | 5.70 | |
| 8/1 | | Horizon Bcbs NJ Prem. Bill 160729 xxxxx3034 McNeil | | 234.32 | |
| 8/1 | 224 | Check | | 500.00 | 120,900.23 |
| 8/2 | | Purchase authorized on 07/31 Veggie Heaven Montclair NJ S306214060815698 Card 8921 | | 28.00 | |
| 8/2 | | Purchase authorized on 07/31 Walgreens #2121 Belleville NJ S306214082237237 Card 8921 | | 87.70 | |
| 8/2 | | Purchase authorized on 07/31 854 - Brunswick Zo Belleville NJ S58621409247 1394 Card 8921 | | 18.42 | |
| 8/2 | | Purchase authorized on 08/01 Njt Mobile 3001 Newark NJ S466214192594057 Card 8921 | | 5.70 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/2 | | Purchase authorized on 08/01 Njt Mobile 3001 Newark NJ S386214811349572 Card 8921 | | 5.70 | |
| 8/2 | | Bill Pay 29 S Olden Ave T Recurringxxxxx39887 on 08-02 | | 700.00 | |
| 8/2 | | Bill Pay Ocwen-219 Recurringxxxxx24512 on 08-02 | | 726.00 | 119,328.71 |
| 8/3 | | SSA Treas 310 Xxsoc Sec 080316 xxxxx3034A SSA Kenneth G McNeil | 1,982.00 | | |
| 8/3 | | Purchase authorized on 08/01 Aaron & Company - Piscataway NJ S466214477261764 Card 8921 | | 538.66 | |
| 8/3 | | Purchase authorized on 08/01 Autozone #0414 Columbia SC S166214770946204 Card 8921 | | 123.42 | |
| 8/3 | | Purchase authorized on 08/01 Above Restaurant/ South Orange NJ S466215075763410 Card 8921 | | 63.00 | |
| 8/3 | | Purchase authorized on 08/02 Uber US Aug02 Mw Help.Uber.Com CA S466215674260893 Card 8921 | | 161.29 | |
| 8/3 | 225 | Check | | 500.00 | 119,924.34 |
| 8/4 | | Purchase authorized on 08/02 Keysmart 877-4773938 IL S586214675615039 Card 8921 | | 79.90 | |
| 8/4 | | Purchase authorized on 08/02 By Chloe New York NY S386215734982415 Card 8921 | | 31.95 | |
| 8/4 | | Purchase authorized on 08/03 Njt Mobile 3001 Newark NJ S466216490014453 Card 8921 | | 5.70 | |
| 8/4 | | Purchase authorized on 08/03 Uber US Aug03 Xe Help.Uber.Com CA S466216506386376 Card 8921 | | 58.21 | |
| 8/4 | | Purchase authorized on 08/03 Uber US Aug03 Jl Help.Uber.Com CA S586216787901754 Card 8921 | | 6.55 | |
| 8/4 | | Purchase authorized on 08/03 Njt Mobile 3001 Newark NJ S386216789531525 Card 8921 | | 11.40 | |
| 8/4 | | Purchase authorized on 08/03 Uptown Restaurant Montclair NJ S586217038109950 Card 8921 | | 59.00 | 119,671.63 |
| 8/8 | | Purchase Return authorized on 08/05 Fedex 783610137698 Memphis TN S616219547620489 Card 8921 | 95.78 | | |
| 8/8 | | Purchase authorized on 08/05 Atiya Olas Spirit Philadelphia PA S466218719328253 Card 8921 | | 50.00 | |
| 8/8 | | Purchase authorized on 08/06 Big Lots Stores - Brick NJ S166219604249728 Card 8921 | | 29.42 | |
| 8/8 | | Purchase authorized on 08/07 Uber US Aug06 IA Help.Uber.Com CA S466220041454257 Card 8921 | | 2.00 | |
| 8/8 | | Purchase authorized on 08/07 Uber US Aug07 Ja Help.Uber.Com CA S386220500067621 Card 8921 | | 6.90 | |
| 8/8 | | Purchase authorized on 08/07 Njt Mobile 3001 Newark NJ S386220501128249 Card 8921 | | 5.70 | |
| 8/8 | | Purchase authorized on 08/07 Blazing Saddles Bi New York NY S006220795477963 Card 8921 | | 130.00 | |
| 8/8 | | Purchase authorized on 08/07 Njt Mobile 3001 Newark NJ S386221088443449 Card 8921 | | 5.70 | |
| 8/8 | | Purchase authorized on 08/08 Uber US Aug07 Un Help.Uber.Com CA S466221157922404 Card 8921 | | 10.00 | |
| 8/8 | | Purchase authorized on 08/08 Uber US Aug07 Bq Help.Uber.Com CA S30622165022790 Card 8921 | | 6.55 | |
| 8/8 | | Bill Pay Andrew Yates Recurringno Account Number on 08-08 | | 150.00 | 119,371.14 |
| 8/9 | | Purchase authorized on 08/07 Quik Park Southern New York NY S286220817922187 Card 8921 | | 50.00 | |
| 8/9 | | Purchase authorized on 08/07 Seasoned Vegan New York NY S306221052154862 Card 8921 | | 58.25 | |
| 8/9 | | WFB Hr Benefits Wfc04810379 McNeil Kenneth | | 45.92 | 119,216.97 |
| 8/11 | | Purchase Return authorized on 08/10 Target 0001 Princeton NJ S616224553341827 Card 8921 | 3.49 | | |
| 8/11 | | Purchase authorized on 08/11 Shoprite Ewing S1 Trenton NJ S386224061067779 Card 8921 | | 10.47 | |
| 8/11 | | Bcbsnj Primary 1 Online 160810 000000737829489 Kenneth McNeil | | 484.48 | 118,725.51 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/12 | | Purchase authorized on 08/10 The Home Depot #09 Ewing NJ S586223715346731 Card 8921 | | 147.49 | 118,578.02 |
| 8/15 | | Purchase authorized on 08/11 Wholefds Prn 10187 Princeton NJ S006225003032844 Card 8921 | | 140.13 | |
| 8/15 | | Purchase authorized on 08/13 Njt Mobile 3001 Newark NJ S466227125660215 Card 8921 | | 5.70 | |
| 8/15 | | Purchase authorized on 08/14 Uber US Aug13 Is Help.Uber.Com CA S386227178140249 Card 8921 | | 6.55 | |
| 8/15 | | Purchase authorized on 08/14 Uber US Aug14 CD Help.Uber.Com CA S306227793953799 Card 8921 | | 5.00 | |
| 8/15 | | Purchase authorized on 08/14 Uber US Aug14 I3 Help.Uber.Com CA S386227808348852 Card 8921 | | 5.12 | |
| 8/15 | | ATM Withdrawal authorized on 08/15 1300 Hamilton Ave. Trenton NJ 0000254 ATM ID 0083Z Card 8921 | | 300.00 | |
| 8/15 | | Prudential Ins Ins Prem Aug 16 063413632Tmll2 Kenneth G McNeil | | 47.96 | |
| 8/15 | | Metlife Payment 160815 50001060323 Kenneth McNeil | | 331.69 | 117,735.87 |
| 8/16 | | Purchase authorized on 08/13 Blackbird Pizzeria Philadelphia PA S466226672748868 Card 8921 | | 59.40 | |
| 8/16 | | Purchase authorized on 08/13 Blackbird Pizzeria Philadelphia PA S586226683440409 Card 8921 | | 3.51 | 117,672.96 |
| 8/17 | 226 | Check | | 400.00 | 117,272.96 |
| 8/18 | | Purchase authorized on 08/15 Trenton Hess Trenton NJ S586229117321089 Card 8921 | | 10.00 | |
| 8/18 | | Minnesota Life Prem Pymt 160815 342974100000 McNeil, Kenneth G. | | 19.91 | |
| 8/18 | | Hpt*Plymouth Roc 8004375556 160818 Hph00001002307 Kenneth McNeil | | 1,000.00 | |
| 8/18 | 228 | Check | | 195.00 | 116,048.05 |
| 8/19 | | Purchase authorized on 08/18 Auxiliary Service Trenton NJ S306231486505053 Card 8921 | | 52.97 | 115,995.08 |
| 8/22 | | Purchase authorized on 08/18 The Home Depot #09 Ewing NJ S386231571476621 Card 8921 | | 105.12 | |
| 8/22 | | Purchase authorized on 08/19 Frontier Ai Kdfv4E 720-3744390 CO S466232554754950 Card 8921 | | 50.00 | |
| 8/22 | | Purchase authorized on 08/19 Chick-Fil-A #01217 Lithonia GA S306232790293740 Card 8921 | | 15.83 | |
| 8/22 | | ATM Withdrawal authorized on 08/21 4099 Lavista Rd Tucker GA 0000784 ATM ID 0726W Card 8921 | | 300.00 | 115,524.13 |
| 8/23 | | Purchase authorized on 08/22 Frontier Ai Kdfv4E 720-3744390 CO S586235624434601 Card 8921 | | 50.00 | |
| 8/23 | | Purchase authorized on 08/23 Go Vegetarian Rest Decatur GA S466235633740361 Card 8921 | | 40.90 | 115,433.23 |
| 8/24 | | Purchase authorized on 08/23 483 Scpa Heart Cen Philadelphia PA S586236542523333 Card 8921 | | 20.00 | |
| 8/24 | 230 | Cashed Check | | 565.00 | 114,848.23 |
| 8/25 | | Purchase authorized on 08/23 St. Chris Parking Philadelphia PA S306236651671356 Card 8921 | | 5.00 | |
| 8/25 | | Purchase authorized on 08/23 Nile Cafe Philadelphia PA S286236695849752 Card 8921 | | 39.00 | |
| 8/25 | | Purchase authorized on 08/24 Art Pride NJ 609-479-3377 NJ S586236822750836 Card 8921 | | 26.00 | |
| 8/25 | | Purchase authorized on 08/24 Verizon Wrls Myacc 800-9220204 CA S466237273938741 Card 8921 | | 268.60 | 114,509.63 |
| 8/26 | | Purchase authorized on 08/24 Quick Chek Food St Trenton NJ S466238020127926 Card 8921 | | 30.77 | |
| 8/26 | | Purchase authorized on 08/25 Njt Mobile 3001 Newark NJ S386238678404180 Card 8921 | | 15.30 | |
| 8/26 | 231 | Cashed Check | | 1,214.00 | 113,249.56 |
| 8/29 | | Wachovia Corpora Ltdbenefit 160825 56054039 McNeil, Kenneth G | 555.07 | | |

Primary account number: **1632178321**   ■ August 1, 2016 - August 31, 2016   ■ Page 5 of 9



### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 8/29 | | Purchase authorized on 08/25 The Home Depot #09 Ewing NJ S586238550541746 Card 8921 | | 52.25 | |
| 8/29 | | Purchase authorized on 08/26 Seasons 52 0004 Princeton NJ S306240008766256 Card 8921 | | 76.00 | |
| 8/29 | | Purchase authorized on 08/26 Target 0001 Princeton NJ S306240036012082 Card 8921 | | 20.35 | |
| 8/29 | | Purchase authorized on 08/26 Target 0001 Princeton NJ S306240039117015 Card 8921 | | 18.18 | |
| 8/29 | | Purchase authorized on 08/26 Dick's Sporting Go Princeton NJ S386240046254415 Card 8921 | | 14.90 | |
| 8/29 | | Purchase authorized on 08/27 Audible Adbl.CO/Bill NJ S586240462164479 Card 8921 | | 16.00 | |
| 8/29 | 229 | Cashed Check | | 1,700.00 | |
| 8/29 | | Purchase authorized on 08/27 Njt Mobile 3001 Newark NJ S586240797908352 Card 8921 | | 7.65 | 111,899.30 |
| 8/30 | | Massachusetts Mu Di ACH Pus 160826 Dz9Y2N2Vxt Kenneth G McNeil | 2,493.42 | | |
| 8/30 | | Deposit Made In A Branch/Store | 17,896.00 | | |
| 8/30 | | Purchase authorized on 08/29 Cvs/Pharmacy #0287 Trenton NJ S306242771581188 Card 8921 | | 477.13 | |
| 8/30 | | Withdrawal Made In A Branch/Store | | 300.00 | |
| 8/30 | | Ae Insurance Bro Sale 160830 Kenneth McNeil | | 1,513.98 | 129,997.61 |
| 8/31 | | Purchase authorized on 08/30 Njt Mobile 3001 Newark NJ S306243426246837 Card 8921 | | 10.95 | |
| 8/31 | | Purchase authorized on 08/30 Chipotle 1402 Columbia SC S586243820555650 Card 8921 | | 19.86 | |
| 8/31 | | Purchase with Cash Back $ 100.00 authorized on 08/30 WM Superc Wal-Mart Sup Columbia E SC P00000000932677667 Card 8921 | | 140.82 | |
| 8/31 | | Interest Payment | 1.01 | | 129,826.99 |
| **Ending balance on 8/31** | | | | | **129,826.99** |
| **Totals** | | | **$23,026.77** | **$15,013.85** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 224 | 8/1 | 500.00 | 228 * | 8/18 | 195.00 | 230 | 8/24 | 565.00 |
| 225 | 8/3 | 500.00 | 229 | 8/29 | 1,700.00 | 231 | 8/26 | 1,214.00 |
| 226 | 8/17 | 400.00 | | | | | | |

* Gap in check sequence.

#### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/01/2016 - 08/31/2016 | Standard monthly service fee $15.00 | You paid $0.00 |
|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $5,030.49 ☑ |
| · Linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $112,689.85 ☑ |

**WELLS FARGO**

---

*Monthly service fee summary (continued)*

**How to avoid the monthly service fee**                                    Minimum required                This fee period
- Minimum daily balance in checking, savings, time accounts (CDs) and
  FDIC-insured retirement accounts

JD/JD

 **IMPORTANT ACCOUNT INFORMATION**

---

Here's some clarifying information on when your account could become dormant and what could happen.

**When does my account become dormant?**

**Checking accounts, savings accounts, and Time Accounts (CDs)**

Generally, your account becomes dormant if you do not initiate an account-related activity for 12 months for a checking account, 34 months for a savings account, or 34 months after the first renewal for a Time Account. An account-related activity is determined by the laws governing your account. Examples of account-related activity are depositing or withdrawing funds at a banking location or ATM, or writing a check which is paid from the account. Automatic transactions (including recurring and one-time), such as pre-authorized transfers/payments and electronic deposits (including direct deposits of your paycheck), set up on the account may not qualify as account-related activity that you initiated.

**Individual Retirement Accounts (IRAs) and Education Savings Accounts (ESAs)**

Generally, your IRA and ESA (Savings or Time Account) will become dormant if you do not initiate an account-related activity as follows: Traditional IRA becomes dormant if you do not initiate an account-related activity for 34 months or more after you reach the age of 70 1/2; ROTH IRA will not become dormant unless we receive notification of your death; or ESA becomes dormant after you reach age 30. An account-related activity that you initiate is determined by the laws governing your account.

**What happens to a dormant account?**

We put safeguards in place to protect a dormant account which may include restricting the following (which may vary based on your account type): transfers between your Wells Fargo accounts using your ATM/debit card; transfers by phone using our automated banking service; transfers or payments through online, mobile, and text banking (including Bill Pay); wire transfers (incoming and outgoing); or contributions or transfers to IRA or ESA savings through online and mobile banking.

Normal monthly service and other fees continue to apply (except where prohibited by law). If the primary account on a Wells Fargo PMA® Package becomes dormant and the PMA Package is closed, any benefits, such as fee waivers and discounted services, tied to it will be discontinued. To reinstate your PMA-related benefits, the primary checking account must be in an active status and you must contact us to reestablish the PMA Package.

Your account funds may be transferred to the appropriate state if no activity occurs in the account within the time period as specified by state law. This transfer is known as "escheat." After transferring your account funds to the state, we will close your account and any interest will stop accruing. To recover your account funds, you must file a claim with the state.

For more information, please see your Consumer Account Agreement, speak with a local banker, or call the phone number on the top of your statement.

Primary account number:    **1632178321**    ■ August 1, 2016 - August 31, 2016    ■ Page 7 of 9



# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $337.70 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 128.23 |
| **Ending balance on 8/31** | **$209.47** |

Account number: **1632178354**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 15-14218(NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/25 | | Purchase authorized on 08/24 Target 0001 Princeton NJ S386238061820219 Card 7491 | | 58.85 | 278.85 |
| 8/30 | | Purchase authorized on 08/28 Wholefds Prn 10187 Princeton NJ S306241821015537 Card 7491 | | 59.38 | 219.47 |
| 8/31 | | Monthly Service Fee | | 10.00 | 209.47 |
| **Ending balance on 8/31** | | | | | **209.47** |
| **Totals** | | | **$0.00** | **$128.23** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/01/2016 - 08/31/2016 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $219.47 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 2 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)                 ☐

Primary account number:  **1632178321**  ■ August 1, 2016 - August 31, 2016  ■ Page 8 of 9



**Monthly service fee summary (continued)**
RC/RC

# Wells Fargo Way2Save® Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $500.05 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 8/31** | **$500.06** |

Account number: **5631706024**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 15-14218 NJ**

New Jersey account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 021200025

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $500.05 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.04 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 8/31 | Interest Payment | 0.01 | | 500.06 |
| **Ending balance on 8/31** | | | | **500.06** |
| **Totals** | | **$0.01** | **$0.00** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/01/2016 - 08/31/2016 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $500.05 ☑ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ ^ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ ^ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
AM/AM

Primary account number:  **1632178321**  ▪ August 1, 2016 - August 31, 2016  ▪ Page 9 of 9



**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

▶  + $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

▶  - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

▪ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

▪ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.  ⌂ LENDER