UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E Kaplan, LLC
12 N. Main Street, P.O. Box 157
Allentown, New Jersey 08501
(609)259-1112
Attorney for Debtor

In Re:

Kenneth G. McNeil,

Debtor

Case No.: __15-14218__

Adv. Pro. No.: _____

Chapter: __11__

Hearing Date: __Oct. 20, 2016__

Judge: __MBK__

## ADJOURNMENT REQUEST

1. I, __Scott E Kaplan__,

   ☒ am the attorney for: __Debtor-in-Possession__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Disclosure Stmt & Plan- confirmation of plan

   Current hearing date and time: October 20, 2016 at 10:00 am

   New date requested: November 3, 2016

   Reason for adjournment request: conflict in Schedule for Attorney and US Trustee

   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: September 29, 2016                              /s/ Scott E. Kaplan
                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 11/3/2016 at 10:00 am            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2