UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E Kaplan, LLC
12 N. Main Street, P.O. Box 157
Allentown, New Jersey 08501
(609)259-1112
Attorney for Debtor

In Re:

Kenneth G. McNeil,

                Debtor

Case No.:    15-14218

Adv. Pro. No.: _____

Chapter:    11

Hearing Date:    11/3/2016

Judge:    MBK

## ADJOURNMENT REQUEST

1.   I,   Scott E Kaplan,

   ☒   am the attorney for:   Debtor-in-Possession,

   ☐   am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Disclosure Stmt & Plan- confirmation of plan

   Current hearing date and time: 11/3/2016 at 10:00 am

   New date requested: 12/8/2016

   Reason for adjournment request: To enable final objections to be resolved so plan may be confirmed

2.   Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: October 27, 2016                                    /s/ Scott E. Kaplan
                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted                New hearing date: 12/8/2016 at 10:00 a.m.         ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____     ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*