UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E Kaplan, LLC
12 N. Main Street, P.O. Box 157
Allentown, New Jersey 08501
(609)259-1112
Attorney for Debtor

In Re:

Kenneth G. McNeil,

               Debtor

Case No.:    15-14218

Adv. Pro. No.: _____

Chapter:    11

Hearing Date:    12/8/2016

Judge:    MBK

**ADJOURNMENT REQUEST**

1. I, _____Scott E Kaplan_____,

    ☒ am the attorney for: _____Debtor-in-Possession_____,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Disclosure Stmt & Plan- confirmation of plan

    Current hearing date and time: Dec., 8, 2016 at 10:00 am

    New date requested: January 19, 2017 @ 10am

    Reason for adjournment request: Further time is needed to resolve the objections

    _____

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: November 28, 2016                    /s/ Scott E. Kaplan
                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted              New hearing date: 1/19/2017 at 10:00 am          ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____     ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2