Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  15−14218−MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kenneth G McNeil
    52 S. Olden Avenue
    Trenton, NJ 08609

Social Security No.:
    xxx−xx−3034

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Jeffrey M. Sponder, United States Trustee.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion or in the alternative dismiss case before the Honorable Michael B. Kaplan on:

Date:             February 6, 2017
Time:             11:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: December 27, 2016
JJW:

                                                            James J. Waldron
                                                            Clerk

```
                           United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 15-14218-MBK
Kenneth G McNeil                                                    Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Dec 27, 2016
                              Form ID: 169                Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2016.
db             +Kenneth G McNeil,    52 S. Olden Avenue,    Trenton, NJ 08609-1524
acc            +Anthony D Nini, CPA,    12 N. Main Street,    P.O. Box 157,    Allentown, NJ 08501-0157
cr             +BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BAN,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,     Stern & Eisenberg, PC,    1040 North Kings Highway,
                 Suite 407,    Cherry Hill, NJ 08034-1925
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE U,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, service,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,      350 Highland Drive,
                 Lewisville, TX  075067)
cr             +OCWEN LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,     400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCH,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Seterus, Inc. as authorized Subservicer for Federa,     RAS Citron, LLC,    130 Clinton Road,
                 Suite 202,    Fairfield, NJ 07004-2927
cr             +Seterus, Inc. as the authorized subservicer for Fe,     PO Box 1047,    Hartford, CT 06143-1047
cr             +Specialized Loan Servicing, LLC, as servicing agen,     P. O. Box 9013,    Addison, TX 75001-9013
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,     400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515580426       American InfoSource LP as agent for,    DIRECTV, LLC,     PO Box 51178,
                 Los Angeles, CA 90051-5478
515377460       Americas Servicing Company,    P.O. Box 10388,    Des Moines, IA 50306-0388
515377462      +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
515625076       DEUTSCHE BANK NATIONAL TRUST COMPANY,     c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
516018680       DEUTSCHE BANK NATIONAL TRUST COMPANY, AS et.al.,     BANK OF AMERICA, N.A.,    PO BOX 31785,
                 TAMPA FL 33631-3785
515377463       Deutsche Bank National Trust Co,    171 East Street, Andrews Place,     Santa Ana, CA  92705
515802779       Deutsche Bank National Trust Company, as Trustee,     c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
515377465      +Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive, Suite 201,     Parsippany, NJ 07054-4673
515377466      +Homevestors of America,    Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
515377469      +Kelvin McLaurin,    138 Buckingham Drive,    Willingboro, NJ 08046-3929
515377470      +Mercantile Adjmnt Bur,    6390 Main St S-160,    Williamsville, NY 14221-5859
515377472      +Ocwen Loan Servicing LLC,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
515377473       Ocwen Loan Servicing LLC,    P.O. Box 24738,    West Palm Beach, FL  33416-4738
515377474      +Phelan Hallinan & Diamond, PC,    400 Fellowship Road,    My Laurel, NJ 08054-3437
515377475      +Pluese Becker & Saltzman, LLC,    20000 Horizon Way, Ste 900,     Mt Laurel, NJ 08054-4318
515884576      +Seterus, Inc.,    Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,
                 Mt. Laurel, NJ 08054-4318
515881013      +Seterus, Inc. as the authorized subservicer for,     Federal National Mortgage Association(Fa,
                 c/o Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047
515377477      +Sonia Darden,    5850 Hillandale Drive, Apt #413,    Lithonia, GA 30058-1888
515377478      +Stern Leventhal & Frankenberg,    105 Eisenhower Pky, Ste 302,     Roseland, NJ 07068-1640
515377479      +Sure Recovery Service,    Po Box 818,    Jackson, NJ 08527-0818
515377480      +Todd Jackson,    38 Nimitz Lane,    Willingboro, NJ 08046-1227
515377481      +Tony Reaves,    71 South Orange Ave, #366,    S. Orange, NJ 07079-1715
515466935      +U.S. Bank National Assoc., et al,     assignees and/or successors in interest,
                 c/o Prober & Raphael, A Law Corporation,    20750 Ventura Blvd., Suite 100,
                 Woodland Hills, CA 91364-6207
515603361      +U.S. Bank National Association, (See B10),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
515572597      +U.S. Bank National Association, as Trustee,     c/o Nationstar Mortgage LLC,    PO Box 619094,
                 Dallas, TX 75261-9094
515584259      +U.S. Bank National Association, as Trustee,,     successor in interest to Wilmington Trus,
                 c/o Nationstar Mortgage LLC,    PO Box 619094,    Dallas, TX 75261-9094
515621252      +Wells Fargo Bank, N.A.,    C/O Americas Servicing Company,     Attn: Bankruptcy Department,
                 3476 Stateview Blvd, MAC #D3347-014,    Fort Mill, SC 29715-7203
515377482      +Wells Fargo Bank, NA,    C/O WF Business Direct,    P.O. Box 348750,     Sacramento, CA 95834-8750
516219797       Wilmington Savings Fund Society, et al,     c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708
516219798      +Wilmington Savings Fund Society, et al,     c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708,    Wilmington Savings Fund Society, et al,
                 c/o Rushmore Loan Management Services 92619-2708
515377483     #+Zucker, Goldberg & Ackerman,    200 Sheffield St, Suite 101,POBox 1024,
                 Mountainside, NJ 07092-0024
```

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Dec 27, 2016
                              Form ID: 169             Total Noticed: 52


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Dec 28 2016 02:42:24     Dist Dir of IRS,
                 Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2016 02:42:48     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2016 02:42:45     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
515377461      +E-mail/Text: kzoepfel@credit-control.com Dec 28 2016 02:42:49     Central Loan Admin & R,
                 425 Phillips Blvd.,   Ewing, NJ  08618-1430
515407899       E-mail/Text: mrdiscen@discover.com Dec 28 2016 02:42:01     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
515377464      +E-mail/Text: mrdiscen@discover.com Dec 28 2016 02:42:01     Discover Fin Svcs Llc,
                 Po Box15316,   Wilmington, DE  19850-5316
515377467      +E-mail/Text: bankruptcy@icsystem.com Dec 28 2016 02:43:18     I C System,   Po Box 64378,
                 Saint Paul, MN  55164-0378
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX  75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,   Dallas, TX  75261-9741)
cr*            +OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCH,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ  08054-3437
cr*            +Seterus, Inc. as authorized Subservicer for Federa,    RAS Citron, LLC,   130 Clinton Road,
                 Suite 202,   Fairfield, NJ  07004-2927
515625077*      DEUTSCHE BANK NATIONAL TRUST COMPANY,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,   P.O. BOX 24605,   West Palm Beach, FL  33416-4605
515432619*      Internal Revenue Service,    Centralized Insolvency Operation,   PO Box 7346,
                 Philadelphia, PA  19101-7346
515603306*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX  75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, Texas  75261-9741)
515377471*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX  75261-9096
                 (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,   Lewisville, TX  75067)
516265381*     +Wilmington Savings Fund Society, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,   Irvine, CA 92619-2708,    Wilmington Savings Fund Society, et al,
                 c/o Rushmore Loan Management Services 92619-2708
516265380*      Wilmington Savings Fund Society, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,   Irvine, CA 92619-2708
app            ##+Richard A. Worob,   Accurate Real Estate Appraisers, LLC,   PO Box 8582,
                 Trenton, NJ  08650-0582
515377468      ##+Joseph Bethea,   38 Atterbury Avenue,   Trenton, NJ  08618-5612
515377476       ##Seterus,   P.O. Box 2008,   Grand Rapids, MI  49501-2008
                                                                              TOTALS: 0, * 9, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Dec 27, 2016
                              Form ID: 169             Total Noticed: 52
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:

```
              Brian E Caine     on behalf of Creditor    Wilmington Savings Fund Society, et al
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Denise E. Carlon     on behalf of Creditor    U.S. Bank National Associatio, Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
               NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
               SECURED ASSETS et.al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    U.S. Bank, National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust Series 2016-CTT dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
               jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
              Jennifer R. Gorchow     on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES
               2005-A15 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-O nj.bkecf@fedphe.com
              Jerome B. Blank     on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
               NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
               SECURED ASSETS et.al. nj.bkecf@fedphe.com
              Jerome B. Blank     on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4
               MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
              John D. Krohn     on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER
               THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-5 nj.bkecf@fedphe.com
              John D. Krohn     on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
              John Philip Schneider     on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
              John Philip Schneider     on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR
               DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST
               SERIES 2006-A4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
              John Philip Schneider     on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO
               IMPAC SECURED ASSETS et.al. nj.bkecf@fedphe.com
              John Philip Schneider     on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY nj.bkecf@fedphe.com
              John Philip Schneider     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,
               servicer for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-S2
               nj.bkecf@fedphe.com
              John Philip Schneider     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Joseph  Garibyan     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION joegaribyan@gmail.com
              Joshua I. Goldman     on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    U.S. Bank National Associatio, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Melissa N. Licker     on behalf of Creditor    Nationstar Mortgage LLC
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker     on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent
               for U.S. Bank National Association, as Trustee, for JPMorgan Mortgage Trust 2007-S2 Mortgage
               Pass-through Certificates NJ_ECF_Notices@buckleymadole.com
              Patrick O. Lacsina     on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal
               National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Patrick O. Lacsina     on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Robert P. Saltzman     on behalf of Creditor    Wilmington Savings Fund Society, et al dnj@pbslaw.org
              Robert P. Saltzman     on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              Robert P. Saltzman     on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Scott Eric Kaplan     on behalf of Debtor Kenneth G McNeil scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com
              Steven  Eisenberg     on behalf of Creditor    Ocwen Loan Servcing, LLC, as servicer for Deutsche
               Bank National Trust Company, as Trustee for American Home Mortgage Asset Trust 2007-3,
               Mortgage-Backed Pass-Through Certificates Series 2007-3 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg     on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren S. Jones, Jr.     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               wsjonesesq@verizon.net, bestcasewsj@gmail.com
                                                                                             TOTAL: 31
```