769574
**PHELAN HALLINAN DIAMOND & JONES, PC**
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for Secured Creditor: BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5</u>

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| **In Re:**<br><br>KENNETH G. MCNEIL<br>BRENDA R. MCNEIL | Case No: 15-14218 - MBK<br><br>Hearing Date: 08/18/2016<br><br>Judge: Michael B. Kaplan |

**CERTIFICATE OF CONSENT
REGARDING CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION**

  **I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(a) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(b) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(c) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(d) I acknowledge the signing of same for all purposes, including those under Fed.R.Bankr.P.9011

            /s/ Andrew Spivack
            Andrew Spivack, Esq.
            Phelan Hallinan Diamond & Jones, PC
            400 Fellowship Road, Suite 100
            Mt. Laurel, NJ 08054
            Tel: 856-813-5500 Ext. 31566
            Fax: 856-813-5501
            Email: andrew.spivack@phelanhallinan.com