UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY_____

In re  KENNETH G McNEIL _____

Case No. _____15-14218 MBK
Reporting Period: October 31, 2016

### MONTHLY OPERATING REPORT
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Kenneth G. McNeil                                    12/8/2016
_____          _____
Signature of Debtor                                      Date


_____          _____
Signature of Joint Debtor                              Date


_____          _____
Signature of Authorized Individual*                Date


_____          _____
Printed Name of Authorized Individual          Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re  KENNETH G McNEIL _____

Case No. _____15-14218 MBK

**Reporting Period: October 31, 2016**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | | | | | | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | PLEASE SEE ATTACHED QUICKBOOKS STATEMENTS & CODED BANK STATEMENTS | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | |
| | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH  ACTUAL COLUMN) | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $ | 7,078.00 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ | 7,078.00 |

In re  KENNETH G McNEIL _____

Case No. _____15-14218 MBK
**Reporting Period: October 31, 2016**

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**
A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | | Operating | | Payroll | | Tax | | Other |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | **PLEASE SEE ATTACHED QUICKBOOKS & BANK STATEMENTS** | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1b
(04/07)

In re KENNETH G McNEIL

Case No. _____ 15-14218 MBK

Reporting Period: October 31, 2016

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re  KENNETH G McNEIL

Case No. _____ 15-14218 MBK
Reporting Period: October 31, 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

Federal and State Income Tax withheld from salary

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | Debtor is filing an amended Plan of Reorganization wherein this matter's resolution is proposed. | | | | | |
| Personal Property | Also, the Debtor has settled this matter with several secured creditors by motion practice. | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | $ - |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | Debtor is filing an amended Plan of Reorganization wherein this matter's resolution is proposed. | | | | | |
| Professional Fees | Also, the Debtor has settled this matter with several secured creditors by motion practice. | | | | | 0 |
| Amounts Due to Insiders* | | | | | | 0 |
| | | | | | | |
| | | | | | | |
| **Total Postpetition Debts** | | | | | | $0.00 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re  KENNETH G McNEIL
Case No. _15-14218 MBK
Reporting Period: October 31, 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

**See Note 1 below:**

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $    4,720 | |
| + Amounts billed during the period | - | |
| - Amounts collected during the period | - | |
| Total Accounts Receivable at the end of the reporting period | $    4,720 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $        - | |
| 31 - 60 days old | - | |
| 61 - 90 days old | - | |
| 91+ days old | 4,720 | |
| Total Accounts Receivable | 4,720 | |
| Amount considered uncollectible (Bad Debt) | - | |
| Accounts Receivable (net) | $    4,720 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | N/A | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Note 1: Debtor is quantifying any amounts owed.**

## Kenneth McNeil
# Balance Sheet
### As of October 31, 2016

|  | Oct 31, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **10000 · Bank** | |
| 10300 · WF HOUSE ACCOUNT | 400 |
| 10400 · WF MAIN CHECKING | 156,061 |
| 10500 · WF BK-SAVINGS ACCOUNT | 500 |
| **Total 10000 · Bank** | 156,961 |
| **Total Checking/Savings** | 156,961 |
| **Accounts Receivable** | |
| Accounts Receivable | 4,720 |
| **Total Accounts Receivable** | 4,720 |
| **Total Current Assets** | 161,682 |
| **Fixed Assets** | |
| **Fixed Assets** | |
| 1420 Genesee, Hamilton | 46,038 |
| 196 Rosemont, Trenton | 20,000 |
| 219 Woodlawn, Hamilton | 37,115 |
| 244 Cleveland, Trenton | 29,000 |
| 251 Woodlawn, Hamilton | 40,000 |
| 29 S Olden, Trenton | 19,780 |
| 324 Mary St., Hamilton | 40,000 |
| 329 Cleveland, Trenton | 26,662 |
| 343 Garfield, Trenton | 28,694 |
| 44 S Hermitage, Trenton | 29,841 |
| 48 S Olden, Trenton | 17,000 |
| 5 Cortelyou, Jackson | 375,000 |
| 52 S Olden, Trenton | 21,117 |
| 59 Edgemere, Trenton | 20,000 |
| 631 Norway, Hamilton | 35,990 |
| **Total Fixed Assets** | 786,238 |
| **12000 · Renovations** | 10,605 |
| **Total Fixed Assets** | 796,843 |
| **TOTAL ASSETS** | **958,525** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 59 · Edgemer, Trenton Payments Post | (1,500) |
| **Total Other Current Liabilities** | (1,500) |
| **Total Current Liabilities** | (1,500) |
| **Long Term Liabilities** | |
| **Mortgage Loans-Prepetition** | |
| 1420 Genesee, Hamilton | 136,250 |
| 196 Rosemont, Trenton | 113,982 |
| 219 Woodlawn, Hamilton | 91,499 |
| 244 Cleveland, Trenton | 146,334 |
| 251 Woodlawn, Hamilton | 92,322 |
| 29 S Olden, Trenton | 114,018 |
| 324 Mary St, Hamilton | 120,744 |
| 329 Cleveland, Trenton | 136,644 |
| 343 Garfield, Trenton | 157,751 |
| 44 S Hermitage, Trenton | 247,460 |
| 48 S Olden, Trenton | 118,464 |
| 5 Cortelyou Rd, Jackson | 538,823 |

## Kenneth McNeil
# Balance Sheet
### As of October 31, 2016

|  | Oct 31, 16 |
|---|---|
| 52 S Olden, Trenton | 124,664 |
| 59 Edgemere, Trenton | 64,581 |
| 631 Norway, Hamilton | 92,590 |
| **Total Mortgage Loans-Prepetition** | 2,296,126 |
| **Total Long Term Liabilities** | 2,296,126 |
| **Total Liabilities** | 2,294,626 |
| Equity |  |
| 30000 · Begining Balance Equity | (1,533,497) |
| 30700 · Members Draw | 1,000 |
| 32000 · Members Equity | 82,306 |
| Net Income | 114,090 |
| **Total Equity** | (1,336,101) |
| **TOTAL LIABILITIES & EQUITY** | **958,525** |

# Kenneth McNeil
## Profit & Loss by Class
### October 2016

| | General/P... | 1420 Gene... (Residenti... | 196 Rose... (Residenti... | 219 Woodl... (Residenti... | 244 Clevel... (Residenti... | 251 Woodl... (Residenti... |
|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| **Income/Receipts** | | | | | | |
| Disability Income | 5,030 | 0 | 0 | 0 | 0 | 0 |
| Other Income | 1 | 0 | 0 | 0 | 0 | 0 |
| Rental Income | 0 | 1,025 | 855 | 1,275 | 1,224 | 1,275 |
| **Total Income/Receipts** | 5,032 | 1,025 | 855 | 1,275 | 1,224 | 1,275 |
| **Total Income** | 5,032 | 1,025 | 855 | 1,275 | 1,224 | 1,275 |
| **Expense** | | | | | | |
| **Disbursements** | | | | | | |
| Food/ Entertainment/Personal | 1,539 | 0 | 0 | 0 | 0 | 0 |
| Gas & Tolls | 244 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 706 | 0 | 0 | 0 | 0 | 0 |
| Other Taxes | 0 | 157 | 0 | 157 | 0 | 157 |
| Service Charges-Checks, Etc | 10 | 0 | 0 | 0 | 0 | 0 |
| Travel Expense | 173 | 0 | 0 | 0 | 0 | 0 |
| **Total Disbursements** | 2,671 | 157 | 0 | 157 | 0 | 157 |
| **General Expenses** | | | | | | |
| 67100 · Rent Expense | 1,700 | 0 | 0 | 0 | 0 | 0 |
| 67200 · Repairs and Maintenance | 0 | 150 | 0 | 0 | 0 | 0 |
| 68100 · Telephone Expense | 468 | 0 | 0 | 0 | 0 | 0 |
| **Total General Expenses** | 2,168 | 150 | 0 | 0 | 0 | 0 |
| **Total Expense** | 4,840 | 307 | 0 | 157 | 0 | 157 |
| **Net Ordinary Income** | 192 | 718 | 855 | 1,118 | 1,224 | 1,118 |
| **Net Income** | **192** | **718** | **855** | **1,118** | **1,224** | **1,118** |

## Kenneth McNeil
## Profit & Loss by Class
### October 2016

| | 29 S Olde...<br>(Residenti... | 324 Mary ...<br>(Residenti... | 343 Garfiel...<br>(Residenti... | 44 S Herm...<br>(Residenti... | 48 S Olde...<br>(Residenti... | 5 Cortelyo...<br>(Residenti... |
|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| **Income/Receipts** | | | | | | |
| Disability Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Rental Income | 1,000 | 1,100 | 1,000 | 2,025 | 950 | 2,850 |
| **Total Income/Receipts** | 1,000 | 1,100 | 1,000 | 2,025 | 950 | 2,850 |
| **Total Income** | 1,000 | 1,100 | 1,000 | 2,025 | 950 | 2,850 |
| **Expense** | | | | | | |
| **Disbursements** | | | | | | |
| Food/ Entertainment/Personal | 0 | 0 | 0 | 0 | 0 | 0 |
| Gas & Tolls | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 89 | 132 | 80 | 214 | 76 | 0 |
| Other Taxes | 0 | 157 | 0 | 0 | 0 | 0 |
| Service Charges-Checks, Etc | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Disbursements** | 89 | 289 | 80 | 214 | 76 | 0 |
| **General Expenses** | | | | | | |
| 67100 · Rent Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| 67200 · Repairs and Maintenance | 360 | 0 | 182 | 17 | 154 | 0 |
| 68100 · Telephone Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total General Expenses** | 360 | 0 | 182 | 17 | 154 | 0 |
| **Total Expense** | 449 | 289 | 262 | 232 | 229 | 0 |
| **Net Ordinary Income** | 551 | 811 | 738 | 1,793 | 721 | 2,850 |
| **Net Income** | **551** | **811** | **738** | **1,793** | **721** | **2,850** |

## Kenneth McNeil
## Profit & Loss by Class
### October 2016

| | 52 S Olde...<br>(Residenti... | 59 Edgem...<br>(Residenti... | 631 Norwa...<br>(Residenti... | Total Resi... | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| **Income/Receipts** | | | | | |
| Disability Income | 0 | 0 | 0 | 0 | 5,030 |
| Other Income | 0 | 0 | 0 | 0 | 1 |
| Rental Income | 1,050 | 1,037 | 1,250 | 17,916 | 17,916 |
| **Total Income/Receipts** | 1,050 | 1,037 | 1,250 | 17,916 | 22,948 |
| **Total Income** | 1,050 | 1,037 | 1,250 | 17,916 | 22,948 |
| **Expense** | | | | | |
| **Disbursements** | | | | | |
| Food/ Entertainment/Personal | 0 | 0 | 0 | 0 | 1,539 |
| Gas & Tolls | 0 | 0 | 0 | 0 | 244 |
| Insurance | 0 | 0 | 0 | 590 | 1,296 |
| Other Taxes | 0 | 0 | 157 | 784 | 784 |
| Service Charges-Checks, Etc | 0 | 0 | 0 | 0 | 10 |
| Travel Expense | 0 | 0 | 0 | 0 | 173 |
| **Total Disbursements** | 0 | 0 | 157 | 1,375 | 4,046 |
| **General Expenses** | | | | | |
| 67100 · Rent Expense | 0 | 0 | 0 | 0 | 1,700 |
| 67200 · Repairs and Maintenance | 0 | 0 | 0 | 863 | 863 |
| 68100 · Telephone Expense | 0 | 0 | 0 | 0 | 468 |
| **Total General Expenses** | 0 | 0 | 0 | 863 | 3,032 |
| **Total Expense** | 0 | 0 | 157 | 2,238 | 7,078 |
| **Net Ordinary Income** | 1,050 | 1,037 | 1,093 | 15,678 | 15,870 |
| **Net Income** | **1,050** | **1,037** | **1,093** | **15,678** | **15,870** |

# Kenneth McNeil
# Profit & Loss
### October 2016

|  | Oct 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| **Disability Income** | 5,030 |
| **Other Income** | 1 |
| **Rental Income** | 17,916 |
| **Total Income/Receipts** | 22,948 |
| **Total Income** | 22,948 |
| **Expense** | |
| **Disbursements** | |
| **Food/ Entertainment/Personal** | 1,539 |
| **Gas & Tolls** | 244 |
| **Insurance** | 1,296 |
| **Other Taxes** | 784 |
| **Service Charges-Checks, Etc** | 10 |
| **Travel Expense** | 173 |
| **Total Disbursements** | 4,046 |
| **General Expenses** | |
| **67100 · Rent Expense** | 1,700 |
| **67200 · Repairs and Maintenance** | 863 |
| **68100 · Telephone Expense** | 468 |
| **Total General Expenses** | 3,032 |
| **Total Expense** | 7,078 |
| **Net Ordinary Income** | 15,870 |
| **Net Income** | **15,870** |

## Kenneth McNeil
### Profit & Loss by Class
#### March 11, 2015 through October 31, 2016

| | General/Personal | 1420 Genesee, Ha...<br>(Residential Proper... | 196 Rosemont, Tre...<br>(Residential Proper... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | 88,021 | 0 | 0 |
| Opening Deposit Balance | 3,688 | 0 | 0 |
| Other Income | 9 | 0 | 0 |
| Refund | 24,655 | 0 | 0 |
| Rental Income | 0 | 13,995 | 9,880 |
| Social Security | 9,945 | 0 | 0 |
| Tax Refund | 2,441 | 0 | 0 |
| Income/Receipts - Other | 0 | 0 | 855 |
| **Total Income/Receipts** | 128,760 | 13,995 | 10,735 |
| **Total Income** | 128,760 | 13,995 | 10,735 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | 1,096 | 0 | 0 |
| Car Service Taxi/Transportation | 203 | 0 | 0 |
| Food/ Entertainment/Personal | 28,369 | 0 | 0 |
| Gas & Tolls | 2,877 | 0 | 0 |
| Health Club | 103 | 0 | 0 |
| Home Insurance | 783 | 0 | 0 |
| Home Maintenance/Care | 39 | 0 | 0 |
| Housekeeping/Clothing/Laundry | 178 | 0 | 0 |
| Income Tax | 187 | 0 | 0 |
| Insurance | 9,922 | 0 | 665 |
| License/Fees | 0 | 0 | 135 |
| Medical | 8,175 | 0 | 0 |
| Other Taxes | 545 | 632 | 0 |
| Real Estate Taxes | 0 | 0 | 0 |
| Service Charges-Checks, Etc | 294 | 0 | 0 |
| Travel Expense | 4,268 | 0 | 0 |
| Utilities | 2,490 | 0 | 0 |
| **Total Disbursements** | 59,528 | 632 | 800 |
| **General Expenses** | | | |
| 60200 · Automobile Expense | 964 | 0 | 0 |
| 60902 · Office Expense | 303 | 0 | 0 |
| 61700 · Computer and Internet Expenses | 670 | 0 | 0 |
| 63700 · Landscaping and Groundskeeping | 0 | 0 | 0 |
| 64904 · Supplies | 1,015 | 0 | 0 |
| 66500 · Postage and Delivery | 423 | 0 | 0 |
| 67100 · Rent Expense | 35,000 | 0 | 0 |
| 67200 · Repairs and Maintenance | 667 | 1,970 | 1,319 |
| 68100 · Telephone Expense | 4,109 | 0 | 0 |
| **Total General Expenses** | 43,152 | 1,970 | 1,319 |
| **Reorganization Costs** | | | |
| Professional Fees | 766 | 0 | 0 |
| U.S. Trustee Fees | 3,575 | 0 | 0 |
| **Total Reorganization Costs** | 4,341 | 0 | 0 |
| **Total Expense** | 107,020 | 2,601 | 2,118 |
| **Net Ordinary Income** | 21,739 | 11,393 | 8,617 |
| **Net Income** | **21,739** | **11,393** | **8,617** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through October 31, 2016

| | 219 Woodlawn, Ha... (Residential Proper... | 244 Cleveland, Tre... (Residential Proper... | 251 Woodlawn, Ha... (Residential Proper... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | 0 | 0 | 0 |
| Opening Deposit Balance | 0 | 0 | 0 |
| Other Income | 0 | 0 | 0 |
| Refund | 0 | 0 | 0 |
| Rental Income | 20,217 | 23,785 | 21,582 |
| Social Security | 0 | 0 | 0 |
| Tax Refund | 0 | 0 | 0 |
| Income/Receipts - Other | 1,275 | 795 | 1,275 |
| **Total Income/Receipts** | 21,492 | 24,580 | 22,857 |
| **Total Income** | 21,492 | 24,580 | 22,857 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | 0 | 0 | 0 |
| Car Service Taxi/Transportation | 0 | 0 | 0 |
| Food/ Entertainment/Personal | 0 | 0 | 0 |
| Gas & Tolls | 0 | 0 | 0 |
| Health Club | 0 | 0 | 0 |
| Home Insurance | 0 | 0 | 0 |
| Home Maintenance/Care | 0 | 0 | 0 |
| Housekeeping/Clothing/Laundry | 0 | 0 | 0 |
| Income Tax | 0 | 0 | 0 |
| Insurance | 2 | 4 | 0 |
| License/Fees | 25 | 135 | 0 |
| Medical | 0 | 0 | 0 |
| Other Taxes | 946 | 0 | 314 |
| Real Estate Taxes | 0 | 0 | 0 |
| Service Charges-Checks, Etc | 0 | 0 | 0 |
| Travel Expense | 0 | 0 | 0 |
| Utilities | 0 | 0 | 0 |
| **Total Disbursements** | 973 | 139 | 314 |
| **General Expenses** | | | |
| 60200 · Automobile Expense | 0 | 0 | 0 |
| 60902 · Office Expense | 0 | 0 | 0 |
| 61700 · Computer and Internet Expenses | 0 | 0 | 0 |
| 63700 · Landscaping and Groundskeeping | 0 | 0 | 0 |
| 64904 · Supplies | 0 | 0 | 0 |
| 66500 · Postage and Delivery | 0 | 0 | 0 |
| 67100 · Rent Expense | 0 | 0 | 0 |
| 67200 · Repairs and Maintenance | 1,248 | 2,182 | 3,387 |
| 68100 · Telephone Expense | 0 | 0 | 0 |
| **Total General Expenses** | 1,248 | 2,182 | 3,387 |
| **Reorganization Costs** | | | |
| Professional Fees | 0 | 0 | 0 |
| U.S. Trustee Fees | 0 | 0 | 0 |
| **Total Reorganization Costs** | 0 | 0 | 0 |
| **Total Expense** | 2,221 | 2,321 | 3,701 |
| **Net Ordinary Income** | 19,271 | 22,258 | 19,156 |
| **Net Income** | **19,271** | **22,258** | **19,156** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through October 31, 2016

| | 29 S Olden, Trenton (Residential Proper... | 324 Mary St, Hamilt... (Residential Proper... | 329 Cleveland, Tre... (Residential Proper... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | 0 | 0 | 0 |
| Opening Deposit Balance | 0 | 0 | 0 |
| Other Income | 0 | 0 | 0 |
| Refund | 0 | 0 | 0 |
| Rental Income | 8,890 | 16,700 | 9,943 |
| Social Security | 0 | 0 | 0 |
| Tax Refund | 0 | 0 | 0 |
| Income/Receipts - Other | 1,000 | 1,100 | 850 |
| **Total Income/Receipts** | 9,890 | 17,800 | 10,793 |
| **Total Income** | 9,890 | 17,800 | 10,793 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | 0 | 0 | 0 |
| Car Service Taxi/Transportation | 0 | 0 | 0 |
| Food/ Entertainment/Personal | 27 | 0 | 0 |
| Gas & Tolls | 0 | 0 | 0 |
| Health Club | 0 | 0 | 0 |
| Home Insurance | 0 | 0 | 0 |
| Home Maintenance/Care | 0 | 12 | 0 |
| Housekeeping/Clothing/Laundry | 0 | 0 | 0 |
| Income Tax | 0 | 0 | 0 |
| Insurance | 89 | 132 | 0 |
| License/Fees | 135 | 0 | 135 |
| Medical | (636) | 0 | 0 |
| Other Taxes | 0 | 473 | 0 |
| Real Estate Taxes | 231 | 338 | 0 |
| Service Charges-Checks, Etc | 0 | 0 | 0 |
| Travel Expense | 0 | 0 | 0 |
| Utilities | 45 | 316 | 604 |
| **Total Disbursements** | (109) | 1,271 | 739 |
| **General Expenses** | | | |
| 60200 · Automobile Expense | 0 | 0 | 0 |
| 60902 · Office Expense | 0 | 0 | 0 |
| 61700 · Computer and Internet Expenses | 0 | 0 | 0 |
| 63700 · Landscaping and Groundskeeping | 0 | 0 | 0 |
| 64904 · Supplies | 91 | 0 | 0 |
| 66500 · Postage and Delivery | 0 | 0 | 0 |
| 67100 · Rent Expense | 700 | 0 | 0 |
| 67200 · Repairs and Maintenance | 10,903 | 8,367 | 6,469 |
| 68100 · Telephone Expense | 0 | 0 | 0 |
| **Total General Expenses** | 11,694 | 8,367 | 6,469 |
| **Reorganization Costs** | | | |
| Professional Fees | 0 | 0 | 0 |
| U.S. Trustee Fees | 0 | 0 | 0 |
| **Total Reorganization Costs** | 0 | 0 | 0 |
| **Total Expense** | 11,585 | 9,638 | 7,208 |
| **Net Ordinary Income** | (1,695) | 8,162 | 3,585 |
| **Net Income** | **(1,695)** | **8,162** | **3,585** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through October 31, 2016

| | 343 Garfield, Trenton (Residential Proper... | 44 S Hermitage, Tr... (Residential Proper... | 48 S Olden, Trenton (Residential Proper... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | 0 | 0 | 0 |
| Opening Deposit Balance | 0 | 0 | 0 |
| Other Income | 0 | 0 | 0 |
| Refund | 0 | 0 | 0 |
| Rental Income | 11,655 | 15,429 | 12,256 |
| Social Security | 0 | 0 | 0 |
| Tax Refund | 0 | 0 | 0 |
| Income/Receipts - Other | 429 | 588 | 950 |
| **Total Income/Receipts** | 12,084 | 16,017 | 13,206 |
| **Total Income** | 12,084 | 16,017 | 13,206 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | 0 | 0 | 0 |
| Car Service Taxi/Transportation | 0 | 0 | 0 |
| Food/ Entertainment/Personal | 0 | 0 | 0 |
| Gas & Tolls | 0 | 0 | 0 |
| Health Club | 0 | 0 | 0 |
| Home Insurance | 725 | 685 | 693 |
| Home Maintenance/Care | 0 | 0 | 0 |
| Housekeeping/Clothing/Laundry | 0 | 0 | 0 |
| Income Tax | 0 | 0 | 0 |
| Insurance | 80 | 214 | 76 |
| License/Fees | 250 | 205 | 135 |
| Medical | 0 | 0 | 0 |
| Other Taxes | 0 | 0 | 0 |
| Real Estate Taxes | 209 | 1,878 | 586 |
| Service Charges-Checks, Etc | 0 | 0 | 0 |
| Travel Expense | 0 | 0 | 0 |
| Utilities | 832 | 3,269 | 393 |
| **Total Disbursements** | 2,095 | 6,252 | 1,884 |
| **General Expenses** | | | |
| 60200 · Automobile Expense | 0 | 0 | 0 |
| 60902 · Office Expense | 0 | 0 | 0 |
| 61700 · Computer and Internet Expenses | 0 | 0 | 0 |
| 63700 · Landscaping and Groundskeeping | 0 | 275 | 0 |
| 64904 · Supplies | 0 | 0 | 0 |
| 66500 · Postage and Delivery | 0 | 0 | 0 |
| 67100 · Rent Expense | 0 | 0 | 0 |
| 67200 · Repairs and Maintenance | 5,477 | 5,847 | 11,032 |
| 68100 · Telephone Expense | 0 | 0 | 0 |
| **Total General Expenses** | 5,477 | 6,122 | 11,032 |
| **Reorganization Costs** | | | |
| Professional Fees | 0 | 0 | 0 |
| U.S. Trustee Fees | 0 | 0 | 0 |
| **Total Reorganization Costs** | 0 | 0 | 0 |
| **Total Expense** | 7,572 | 12,373 | 12,916 |
| **Net Ordinary Income** | 4,512 | 3,643 | 290 |
| **Net Income** | **4,512** | **3,643** | **290** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through October 31, 2016

| | 5 Cortelyou Road, ... (Residential Proper... | 52 S Olden, Trenton (Residential Proper... | 59 Edgemere, Trent... (Residential Proper... |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | 0 | 0 | 0 |
| Opening Deposit Balance | 0 | 0 | 0 |
| Other Income | 0 | 0 | 0 |
| Refund | 0 | 0 | 0 |
| Rental Income | 36,990 | 15,198 | 17,827 |
| Social Security | 0 | 0 | 0 |
| Tax Refund | 0 | 0 | 0 |
| Income/Receipts - Other | 2,850 | 1,015 | 1,037 |
| **Total Income/Receipts** | 39,840 | 16,213 | 18,864 |
| **Total Income** | 39,840 | 16,213 | 18,864 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | 0 | 0 | 0 |
| Car Service Taxi/Transportation | 0 | 0 | 0 |
| Food/ Entertainment/Personal | 0 | 0 | 0 |
| Gas & Tolls | 0 | 0 | 0 |
| Health Club | 0 | 0 | 0 |
| Home Insurance | 0 | 10 | 0 |
| Home Maintenance/Care | 0 | 0 | 0 |
| Housekeeping/Clothing/Laundry | 0 | 0 | 0 |
| Income Tax | 0 | 0 | 0 |
| Insurance | 0 | 1,000 | 0 |
| License/Fees | 0 | 0 | 135 |
| Medical | 0 | 0 | 0 |
| Other Taxes | 0 | 0 | 0 |
| Real Estate Taxes | 0 | 0 | 0 |
| Service Charges-Checks, Etc | 0 | 0 | 0 |
| Travel Expense | 0 | 0 | 0 |
| Utilities | 0 | 5,096 | 106 |
| **Total Disbursements** | 0 | 6,106 | 241 |
| **General Expenses** | | | |
| 60200 · Automobile Expense | 0 | 0 | 0 |
| 60902 · Office Expense | 0 | 0 | 0 |
| 61700 · Computer and Internet Expenses | 0 | 0 | 0 |
| 63700 · Landscaping and Groundskeeping | 0 | 0 | 0 |
| 64904 · Supplies | 0 | 0 | 0 |
| 66500 · Postage and Delivery | 0 | 0 | 0 |
| 67100 · Rent Expense | 100 | 3,400 | 0 |
| 67200 · Repairs and Maintenance | 0 | 1,060 | 994 |
| 68100 · Telephone Expense | 0 | 0 | 0 |
| **Total General Expenses** | 100 | 4,460 | 994 |
| **Reorganization Costs** | | | |
| Professional Fees | 0 | 0 | 0 |
| U.S. Trustee Fees | 0 | 0 | 0 |
| **Total Reorganization Costs** | 0 | 0 | 0 |
| **Total Expense** | 100 | 10,566 | 1,235 |
| **Net Ordinary Income** | 39,740 | 5,647 | 17,629 |
| **Net Income** | **39,740** | **5,647** | **17,629** |

## Kenneth McNeil
### Profit & Loss by Class
March 11, 2015 through October 31, 2016

| | 631 Norway, Hamilt...<br>(Residential Proper... | Total Residential P... | Unclassified |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| **Income/Receipts** | | | |
| Disability Income | 0 | 0 | 0 |
| Opening Deposit Balance | 0 | 0 | 0 |
| Other Income | 0 | 0 | 0 |
| Refund | 0 | 0 | 0 |
| Rental Income | 18,856 | 253,202 | 0 |
| Social Security | 0 | 0 | 0 |
| Tax Refund | 0 | 0 | 0 |
| Income/Receipts - Other | 2,524 | 16,543 | 0 |
| **Total Income/Receipts** | 21,380 | 269,745 | 0 |
| **Total Income** | 21,380 | 269,745 | 0 |
| **Expense** | | | |
| **Disbursements** | | | |
| Cable, TV, Phone-Bus/Personal | 0 | 0 | 0 |
| Car Service Taxi/Transportation | 0 | 0 | 0 |
| Food/ Entertainment/Personal | 0 | 27 | (218) |
| Gas & Tolls | 0 | 0 | 0 |
| Health Club | 0 | 0 | 0 |
| Home Insurance | 0 | 2,113 | 0 |
| Home Maintenance/Care | 0 | 12 | 0 |
| Housekeeping/Clothing/Laundry | 0 | 0 | 0 |
| Income Tax | 0 | 0 | 0 |
| Insurance | 0 | 2,261 | 0 |
| License/Fees | 52 | 1,342 | 0 |
| Medical | 0 | (636) | 0 |
| Other Taxes | 1,115 | 3,480 | 0 |
| Real Estate Taxes | 0 | 3,242 | 0 |
| Service Charges-Checks, Etc | 0 | 0 | 0 |
| Travel Expense | 0 | 0 | 0 |
| Utilities | 0 | 10,662 | 0 |
| **Total Disbursements** | 1,167 | 22,502 | (218) |
| **General Expenses** | | | |
| 60200 · Automobile Expense | 0 | 0 | 0 |
| 60902 · Office Expense | 0 | 0 | 0 |
| 61700 · Computer and Internet Expenses | 0 | 0 | 0 |
| 63700 · Landscaping and Groundskeeping | 0 | 275 | 0 |
| 64904 · Supplies | 33 | 124 | 0 |
| 66500 · Postage and Delivery | 0 | 0 | 0 |
| 67100 · Rent Expense | 0 | 4,200 | 0 |
| 67200 · Repairs and Maintenance | 7,951 | 68,205 | 0 |
| 68100 · Telephone Expense | 0 | 0 | 0 |
| **Total General Expenses** | 7,984 | 72,804 | 0 |
| **Reorganization Costs** | | | |
| Professional Fees | 0 | 0 | 0 |
| U.S. Trustee Fees | 0 | 0 | 0 |
| **Total Reorganization Costs** | 0 | 0 | 0 |
| **Total Expense** | 9,151 | 95,306 | (218) |
| **Net Ordinary Income** | 12,229 | 174,439 | 218 |
| **Net Income** | **12,229** | **174,439** | **218** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through October 31, 2016

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 88,021 |
| Opening Deposit Balance | 3,688 |
| Other Income | 9 |
| Refund | 24,655 |
| Rental Income | 253,202 |
| Social Security | 9,945 |
| Tax Refund | 2,441 |
| Income/Receipts - Other | 16,543 |
| **Total Income/Receipts** | 398,504 |
| **Total Income** | 398,504 |
| **Expense** | |
| **Disbursements** | |
| Cable, TV, Phone-Bus/Personal | 1,096 |
| Car Service Taxi/Transportation | 203 |
| Food/ Entertainment/Personal | 28,177 |
| Gas & Tolls | 2,877 |
| Health Club | 103 |
| Home Insurance | 2,896 |
| Home Maintenance/Care | 50 |
| Housekeeping/Clothing/Laundry | 178 |
| Income Tax | 187 |
| Insurance | 12,183 |
| License/Fees | 1,342 |
| Medical | 7,539 |
| Other Taxes | 4,025 |
| Real Estate Taxes | 3,242 |
| Service Charges-Checks, Etc | 294 |
| Travel Expense | 4,268 |
| Utilities | 13,152 |
| **Total Disbursements** | 81,812 |
| **General Expenses** | |
| 60200 · Automobile Expense | 964 |
| 60902 · Office Expense | 303 |
| 61700 · Computer and Internet Expenses | 670 |
| 63700 · Landscaping and Groundskeeping | 275 |
| 64904 · Supplies | 1,139 |
| 66500 · Postage and Delivery | 423 |
| 67100 · Rent Expense | 39,200 |
| 67200 · Repairs and Maintenance | 68,872 |
| 68100 · Telephone Expense | 4,109 |
| **Total General Expenses** | 115,955 |
| **Reorganization Costs** | |
| Professional Fees | 766 |
| U.S. Trustee Fees | 3,575 |
| **Total Reorganization Costs** | 4,341 |
| **Total Expense** | 202,108 |
| **Net Ordinary Income** | 196,396 |
| **Net Income** | **196,396** |

# Kenneth McNeil
## Profit & Loss
### March 11, 2015 through October 31, 2016

| | Mar 11, '15 - Oct 31, 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 88,020.70 |
| Opening Deposit Balance | 3,688.09 |
| Other Income | 8.95 |
| Refund | 24,655.40 |
| Rental Income | 253,202.34 |
| Social Security | 9,945.02 |
| Tax Refund | 2,440.85 |
| Income/Receipts - Other | 16,543.00 |
| **Total Income/Receipts** | 398,504.35 |
| **Total Income** | 398,504.35 |
| **Expense** | |
| **Disbursements** | |
| Cable, TV, Phone-Bus/Personal | 1,095.72 |
| Car Service Taxi/Transportation | 202.77 |
| Food/ Entertainment/Personal | 28,177.33 |
| Gas & Tolls | 2,876.98 |
| Health Club | 102.72 |
| Home Insurance | 2,896.05 |
| Home Maintenance/Care | 50.24 |
| Housekeeping/Clothing/Laundry | 177.95 |
| Income Tax | 186.82 |
| Insurance | 12,183.26 |
| License/Fees | 1,342.00 |
| Medical | 7,538.81 |
| Other Taxes | 4,024.70 |
| Real Estate Taxes | 3,242.27 |
| Service Charges-Checks, Etc | 293.56 |
| Travel Expense | 4,268.41 |
| Utilities | 13,151.97 |
| **Total Disbursements** | 81,811.56 |
| **General Expenses** | |
| 60200 · Automobile Expense | 964.49 |
| 60902 · Office Expense | 303.05 |
| 61700 · Computer and Internet Expenses | 670.44 |
| 63700 · Landscaping and Groundskeeping | 275.00 |
| 64904 · Supplies | 1,138.73 |
| 66500 · Postage and Delivery | 423.31 |
| 67100 · Rent Expense | 39,200.00 |
| 67200 · Repairs and Maintenance | 68,871.59 |
| 68100 · Telephone Expense | 4,108.81 |
| **Total General Expenses** | 115,955.42 |
| **Reorganization Costs** | |
| Professional Fees | 766.00 |
| U.S. Trustee Fees | 3,575.00 |
| **Total Reorganization Costs** | 4,341.00 |
| **Total Expense** | 202,107.98 |
| **Net Ordinary Income** | 196,396.37 |
| **Net Income** | **196,396.37** |

# Wells Fargo Combined Statement of Accounts



Primary account number:  **1632178321**  ■  October 1, 2016 - October 31, 2016  ■  Page 1 of 8

KENNETH MCNEIL
DEBTOR IN POSSESSION
CH 11 CASE# 15-14218(NJ)
174 NASSAU ST PMB 277
PRINCETON NJ 08542-7005

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY: 1-800-877-4833*
*En español: 1-877-727-2932*

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

# Summary of accounts

## Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo® Preferred Checking | 2 | 1632178321 | 142,499.02 | 156,060.86 |
| Wells Fargo Everyday Checking | 6 | 1632178354 | 280.26 | 400.41 |
| Wells Fargo Way2Save® Savings | 7 | 5631706024 | 500.06 | 500.06 |
| **Total deposit accounts** | | | **$143,279.34** | **$156,961.33** |

Primary account number:   **1632178321**   ■   October 1, 2016 - October 31, 2016   ■   Page 2 of 8



# Wells Fargo® Preferred Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $142,499.02 |
| Deposits/Additions | 23,006.77 |
| Withdrawals/Subtractions | - 9,444.93 |
| **Ending balance on 10/31** | **$156,060.86** |

Account number:   **1632178321**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 15-14218(NJ)**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■   Savings - 000005631706024

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.19 |
| Average collected balance | $140,485.98 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.19 |
| Interest paid this year | $8.30 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/3 | | SSA Treas 310 Xxsoc Sec 100316 xxxxx3034A SSA Kenneth G McNeil | 1,982.00 | | |
| 10/3 | | Purchase authorized on 09/30 Njt Mobile 3001 Newark NJ S466274770578694 Card 8921 | | 7.65 | |
| 10/3 | | Purchase authorized on 09/30 Uber US SEP30 Lv Help.Uber.Com CA S466274771671887 Card 8921 | | 6.55 | |
| 10/3 | | Purchase authorized on 09/30 Macy*S East #0003 New York NY S616276547840070 Card 8921 | | 52.00 | |
| 10/3 | | ATM Withdrawal authorized on 10/01 1300 Hamilton Ave. Trenton NJ 0001390 ATM ID 0083Z Card 8921 | | 300.00 | |
| 10/3 | | Purchase authorized on 10/02 Cheesecake Quaker Lawrenceville NJ S586276025254274 Card 8921 | | 14.00 | |
| 10/3 | | Purchase authorized on 10/02 Frontier Ai F3715F Denver CO S386276663680941 Card 8921 | | 25.00 | 144,075.82 |
| 10/4 | | Purchase authorized on 10/02 Waffle House 0356 Rock Hill SC S386277110298681 Card 8921 | | 19.00 | |
| 10/4 | | Purchase authorized on 10/04 Apl* Itunes.Com/Bi 866-712-7753 CA S306277623382306 Card 8921 | | 32.09 | |
| 10/4 | | Purchase authorized on 10/03 Good Life Cafe Columbia SC S466277634025788 Card 8921 | | 24.09 | |
| 10/4 | | Purchase authorized on 10/04 Jasmine Buffet Columbia SC S306278039291757 Card 8921 | | 188.30 | |
| 10/4 | | Bill Pay 29 S Olden Ave T Recurringxxxxx39887 on 10-04 | | 700.00 | |
| 10/4 | | Bill Pay Ocwen-219 Recurringxxxxx24512 on 10-04 | | 726.00 | |
| 10/4 | | Bcbsnj Primary 1 Online 161003 000000752567693 Kenneth McNeil | | 234.32 | 142,152.02 |

Primary account number:  **1632178321**   ■  October 1, 2016 - October 31, 2016   ■  Page 3 of 8



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/5 | | Purchase authorized on 10/03 Spinx #149 Columbia SC S386278073439332 Card 8921 | | 31.69 | 142,120.33 |
| 10/6 | | Purchase authorized on 10/04 Wholefds Crh #1046 Columbia SC S386279044581264 Card 8921 | | 199.76 | |
| 10/6 | | Bill Pay Andrew Yates Recurringno Account Number on 10-06 | | 150.00 | |
| 10/6 | | Bill Pay 52 S. Olden Rush Recurringxxxxx79675 on 10-06 | | 761.84 | 141,008.73 |
| 10/7 | | Purchase Return authorized on 10/07 Apl* Itunes.Com/Bi 866-712-7753 CA S626281555239594 Card 8921 | 48.14 | | |
| 10/7 | | Purchase authorized on 10/05 Marble Slab Cmry S Columbia SC S306280074152144 Card 8921 | | 51.78 | |
| 10/7 | | Purchase authorized on 10/07 Apl* Itunes.Com/Bi 866-712-7753 CA S466280534068343 Card 8921 | | 48.14 | |
| 10/7 | | Purchase authorized on 10/06 WM Supercenter #22 Columbia SC S306281018731216 Card 8921 | | 35.79 | |
| 10/7 | | Purchase authorized on 10/06 Food Lion #0053 Columbia SC S386281034702479 Card 8921 | | 18.84 | 140,902.32 |
| 10/11 | | Purchase authorized on 10/06 Earth Fare #220 Columbia SC S466280855639045 Card 8921 | | 44.62 | |
| 10/11 | | Purchase authorized on 10/07 Food Lion #0053 Columbia SC S586281694325965 Card 8921 | | 9.46 | |
| 10/11 | | Purchase authorized on 10/08 Little Caesars 146 Columbia SC S586283084030874 Card 8921 | | 44.64 | |
| 10/11 | | Purchase authorized on 10/08 Little Caesars 146 Columbia SC S386283086854135 Card 8921 | | 2.52 | |
| 10/11 | | Purchase authorized on 10/08 Spinx #149 Columbia SC S306283122119840 Card 8921 | | 3.96 | |
| 10/11 | | Purchase authorized on 10/08 Spinx #149 Columbia SC S386283131593646 Card 8921 | | 41.47 | |
| 10/11 | | WFB Hr Benefits Wfc04810379 McNeil Kenneth | | 45.92 | 140,709.73 |
| 10/12 | | Bill Pay 48 - Foremost IN on-Line xxxxxxxx48077 on 10-12 | | 75.54 | |
| 10/12 | | Bill Pay 343 - Foremost I on-Line xxxxxxxx48134 on 10-12 | | 79.50 | |
| 10/12 | | Bill Pay 29 - Foremost IN on-Line xxxxxxxx46972 on 10-12 | | 88.83 | |
| 10/12 | | Bill Pay 324 - Foremost I on-Line xxxxxxxx48119 on 10-12 | | 132.30 | |
| 10/12 | | Bill Pay 44 - Foremost IN on-Line xxxxxxxx48101 on 10-12 | | 214.32 | 140,119.24 |
| 10/13 | | Purchase authorized on 10/12 Amazon Mktplace Pm Amzn.Com/Bill WA S586286569258713 Card 8921 | | 17.25 | 140,101.99 |
| 10/14 | | Purchase authorized on 10/13 Travel Guard Group 800-826-1300 WI S306287674272402 Card 8921 | | 10.95 | |
| 10/14 | | Purchase authorized on 10/13 Frontier Ai E7Yhkj 720-3744390 CO S386287676447371 Card 8921 | | 36.60 | |
| 10/14 | | Purchase authorized on 10/14 Burger King #3963 Lexington SC S306287843920215 Card 8921 | | 30.80 | 140,023.64 |
| 10/17 | | Purchase authorized on 10/14 Blake Glass and SC 609-393-2575 NJ S086288448394774 Card 8921 | | 80.50 | |
| 10/17 | | Purchase authorized on 10/14 The Home Depot #09 Ewing NJ S586288449625057 Card 8921 | | 153.86 | |
| 10/17 | | Purchase authorized on 10/14 Longhorn Steak0005 Columbia SC S466288672033514 Card 8921 | | 36.00 | |
| 10/17 | | Purchase authorized on 10/14 Pilot 0000 Columbia SC S586288752198513 Card 8921 | | 48.63 | |
| 10/17 | | Purchase authorized on 10/14 Family Dollar #123 Columbia SC S306288780080173 Card 8921 | | 40.00 | |
| 10/17 | | Purchase authorized on 10/14 Family Dollar #123 Columbia SC S306288781519606 Card 8921 | | 5.10 | |
| 10/17 | | Recurring Transfer to McNeil K Ref #Opekfcf63M Everyday Checking House Expense | | 500.00 | |
| 10/17 | | Prudential Ins Ins Prem Oct 16 063413632Trnll2 Kenneth G McNeil | | 73.67 | |
| 10/17 | | Metlife Payment 161017 50001060323 Kenneth McNeil | | 331.69 | 138,754.19 |
| 10/18 | | Purchase Return authorized on 10/17 Travel Guard Group Stevens Point WI S626292547012904 Card 8921 | 10.95 | | 138,765.14 |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/20 | | Minnesota Life Prem Pymt 161017 342974100000 McNeil, Kenneth G. | | 19.91 | 138,745.23 |
| 10/21 | | Purchase authorized on 10/20 Uber Technologies 866-576-1039 CA S586294452440294 Card 8921 | | 5.70 | 138,739.53 |
| 10/24 | | Purchase authorized on 10/21 Spinx #149 Columbia SC S466295524998229 Card 8921 | | 26.81 | |
| 10/24 | | Purchase authorized on 10/21 Spinx #149 Columbia SC S586295528001069 Card 8921 | | 5.39 | |
| 10/24 | | Purchase authorized on 10/21 Uber US Oct21 Oris 415-8014068 CA S386295618332164 Card 8921 | | 19.74 | |
| 10/24 | | Purchase authorized on 10/21 Healthy Home Marke Charlotte NC S586295694833054 Card 8921 | | 54.48 | |
| 10/24 | | Purchase authorized on 10/23 Uber US Oct23 Kb Help.Uber.Com CA S386297620702213 Card 8921 | | 12.58 | |
| 10/24 | | Purchase authorized on 10/23 Uber US Oct23 Tg Help.Uber.Com CA S306297847239454 Card 8921 | | 9.87 | 138,610.66 |
| 10/25 | | Recurring Payment authorized on 10/24 Verizon*Onetimepay Verizon.Com FL S586295454620491 Card 8921 | | 241.32 | |
| 10/25 | | Purchase authorized on 10/24 Wilcohess 04578 10 Winnsboro SC S386298720066207 Card 8921 | | 10.66 | |
| 10/25 | | Purchase authorized on 10/24 Chipotle 1402 Columbia SC S466299021131481 Card 8921 | | 14.30 | |
| 10/25 | | Non-WF ATM Withdrawal authorized on 10/25 2904 Yorkmont Rd Charlotte NC 0030629981148264 ATM ID 82581338 Card 8921 | | 202.00 | 138,142.38 |
| 10/26 | | Purchase authorized on 10/24 Shell Oil 53997200 Winnsboro SC S306299046359433 Card 8921 | | 23.00 | |
| 10/26 | | Purchase authorized on 10/25 Publix #17 Irmo SC S466299670555682 Card 8921 | | 13.55 | |
| 10/26 | | Purchase authorized on 10/25 Home Things 4 U Trenton NJ S306299816979564 Card 8921 | | 101.65 | |
| 10/26 | | Purchase authorized on 10/25 Frontier Ai E7Yhkj 720-3744390 CO S466299832442307 Card 8921 | | 25.00 | 137,979.18 |
| 10/27 | | Wachovia Corpora Ltdbenefit 161025 56070655 McNeil, Kenneth G | 555.07 | | |
| 10/27 | | Massachusetts Mu Di ACH Pus 161026 Dz9Y2N2Vxt Kenneth G McNeil | 2,493.42 | | |
| 10/27 | | Purchase authorized on 10/25 Exxonmobil 4227 Irmo SC S586299737767988 Card 8921 | | 16.51 | |
| 10/27 | 241 | Cashed Check | | 1,700.00 | |
| 10/27 | 240 | Check | | 156.87 | |
| 10/27 | 239 | Check | | 156.87 | |
| 10/27 | 237 | Check | | 156.87 | |
| 10/27 | 238 | Check | | 156.87 | |
| 10/27 | 236 | Check | | 156.87 | 138,526.81 |
| 10/28 | | Purchase authorized on 10/27 Audible Adbl.CO/Bill NJ S466301450558406 Card 8921 | | 16.00 | 138,510.81 |
| 10/31 | | Deposit | 17,916.00 | | |
| 10/31 | | Purchase authorized on 10/28 Orbitz Orbitz.Com WA S386302217534246 Card 8921 | | 8.00 | |
| 10/31 | | Purchase authorized on 10/29 Princetonparking Princeton NJ S586303676274284 Card 8921 | | 3.75 | |
| 10/31 | | Purchase authorized on 10/29 Verizon Wrl My Acc 800-9220204 CA S306303696389517 Card 8921 | | 227.01 | |
| 10/31 | | Purchase authorized on 10/30 Cracker Barrel #50 Trenton NJ S466304634453751 Card 8921 | | 63.00 | |
| 10/31 | | Purchase authorized on 10/30 Panera Bread #6014 Princeton NJ S586304816385657 Card 8921 | | 44.39 | |

Primary account number: **1632178321** ■ October 1, 2016 - October 31, 2016 ■ Page 5 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|-----------|-------------|---------|
| 10/31 | | Purchase authorized on 10/31 Uber US Oct30 Q7Lf 415-8014068 CA S586305049687120 Card 8921 | | 20.99 | |
| 10/31 | | Interest Payment | 1.19 | | 156,060.86 |
| **Ending balance on 10/31** | | | | | **156,060.86** |
| **Totals** | | | **$23,006.77** | **$9,444.93** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 236 | 10/27 | 156.87 | 238 | 10/27 | 156.87 | 240 | 10/27 | 156.87 |
| 237 | 10/27 | 156.87 | 239 | 10/27 | 156.87 | 241 | 10/27 | 1,700.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/01/2016 - 10/31/2016 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $5,030.49 ☑ |
| · Linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $138,901.30 ☑ |
|   - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

JD/JD

# ✓ IMPORTANT ACCOUNT INFORMATION



It's important for you to have peace of mind.

We want to ensure you're comfortable with your accounts and have the tools you need to manage your money. We recommend you visit your local Wells Fargo bank location, or call the toll-free number that appears on this statement, to make sure you are satisfied with all your accounts and services.

We'll spend time understanding your financial needs and reviewing your accounts and options. We'll also help you close any accounts or discontinue services you do not recognize or want, and discuss the process that's been established to address any remaining concerns resulting from accounts and services opened on your behalf.

Primary account number: **1632178321**  ■  October 1, 2016 - October 31, 2016  ■  Page 6 of 8



# Wells Fargo Everyday Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $280.26 |
| Deposits/Additions | 500.00 |
| Withdrawals/Subtractions | - 379.85 |
| **Ending balance on 10/31** | **$400.41** |

Account number: **1632178354**

**KENNETH MCNEIL
DEBTOR IN POSSESSION
CH 11 CASE# 15-14218(NJ)**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

### Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/11 | | Purchase authorized on 10/06 Perelandra Natural Brooklyn NY S466280720677276 Card 7491 | | 9.01 | |
| 10/11 | | Purchase authorized on 10/08 Target 0001 Princeton NJ S306282583575373 Card 7491 | | 80.36 | |
| 10/11 | | ATM Withdrawal authorized on 10/09 2495 US Hwy 1 Lawrenceville NJ 0001961 ATM ID 6689B Card 7491 | | 60.00 | 130.89 |
| 10/13 | | Purchase authorized on 10/12 Harbor Freight Too Ewing NJ S586286695007641 Card 7491 | | 17.31 | 113.58 |
| 10/17 | | Recurring Transfer From McNeil K Ref #Opekfcf63M Preferred Checking House Expense | 500.00 | | 613.58 |
| 10/25 | | Purchase with Cash Back $ 40.00 authorized on 10/25 Wholefds Prn 101 3495 Princeton NJ P00586299809323471 Card 7491 | | 203.17 | 410.41 |
| 10/31 | | Monthly Service Fee | | 10.00 | 400.41 |
| **Ending balance on 10/31** | | | | | **400.41** |
| **Totals** | | | **$500.00** | **$379.85** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/01/2016 - 10/31/2016 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |

Primary account number:  **1632178321**  ■ October 1, 2016 - October 31, 2016  ■ Page 7 of 8



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | | Minimum required | This fee period | |
|---|---|---|---|---|
| · | Minimum daily balance | $1,500.00 | $113.58 | ☐ |
| · | Total amount of qualifying direct deposits | $500.00 | $0.00 | ☐ |
| · | Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 4 | ☐ |
| · | The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)    ☐

RC/RC

---

# Wells Fargo Way2Save® Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $500.06 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 10/31** | **$500.06** |

Account number:  **5631706024**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 15-14218 NJ**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $500.06 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.04 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/01/2016 - 10/31/2016 | | Standard monthly service fee $5.00 | You paid $0.00 | |
|---|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | | |
| · | Minimum daily balance | $300.00 | $500.06 | ☑ |
| · | Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 | ☐ ^ |
| · | Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 | ☐ |
| · | Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 | ☐ ^ |
| · | The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | | |

^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.

AM/AM



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.                    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| **Total** $ |        |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.      = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total** $        |        |

- $ _____

**E** **Subtract** **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.