UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E Kaplan LLC
12 N. Main St, P.O. Box 157
Allentown, New Jersey 08501
(609)259-1112
Attorney for Debtor

In Re:

Kenneth G. McNeil,

                Debtor

Case No.: 15-14218

Chapter: 11

Hearing Date: 1/19/2017

Judge: KAPLAN

## ADJOURNMENT REQUEST

1. I, Scott E Kplan,

   ☒ am the attorney for: Debtor,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Confirmation of Plan

   Current hearing date and time: 1/19/2017

   New date requested: 2/1/2017

   Reason for adjournment request: Requested by secured creditor to consent to brief adjournment so final 3 Consent Orders Resolving Objections to Confirmation could be obtained

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: September 19, 2017        /s/ Scott E Kaplan
                                                       Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 2/1/2017 at 10:00 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

*new.8/1/15*