767377
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
 Attorneys for Secured Creditor: OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

KENNETH MCNEIL

**Order Filed on January 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 15-14218 - MBK

Hearing Date: 01/19/2017

Judge: MICHAEL B KAPLAN

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 19, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NJID 767377**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE
BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL
ASSET SECURITIZATION TRUST SERIES 2006-A4 MORTGAGE PASS-
THROUGH CERTIFICATES SERIES 2006-D</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    KENNETH MCNEIL                      CASE NO. 15-14218 - MBK

                                                  CHAPTER 11

    Debtor                                 CONSENT ORDER RESOLVING
                                                  OBJECTION TO CONFIRMATION

                                                  HEARING DATE: 01/19/2017

      This Consent Order pertains to the property located at 244 CLEVELAND AVENUE, TRENTON, NJ 08629-1701, mortgage account ending with "4519";

      THIS MATTER having been brought before the Court by, SCOTT ERIC KAPLAN, Esquire attorney for debtor, KENNETH MCNEIL upon the filing of a Chapter 11 Plan, OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 11 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

      IT IS on the                day of                    , 2017, ORDERED as follows:

1. The Secured Creditor has filed a Secured Proof of Claim on July 15, 2015 in the total secured claim amount of $146,408.48 and the pre-petition arrearage amount of $62,391.74.  See Claim 9.

2. The Parties have agreed that for purposes of the instant Chapter 11 case the value of the property is $42,500.

3. The Parties agree that since the filing of the current bankruptcy case the Secured Creditor has disbursed $5,450.66 in escrow.

4. The Parties agree that the Escrow Advances of $5,450.66 shall be paid within 3 months of the effective date of the confirmation of the plan.

5. The Parties agree that the Secured Creditor will have a secured claim in the amount of $42,500.00 and an unsecured claim amount of $103,908.48.

6. The Interest Rate shall be 5.75%.

7. Debtors agree to pay the secured claim amount of $42,500.00 at 5.75% fixed interest rate amortized over 10 years with payments calculated at a 120 month amortization schedule, with all remaining amounts due upon the maturity date February 1, 2027.

8. The new Principal and Interest payment shall be $466.52 with payments commencing on February 1, 2017.

9. The loan shall remain an escrow account.  Monthly taxes and insurance shall be escrowed by the Secured Creditor and included in the monthly mortgage payment.

10. The Parties agree that the new monthly mortgage payment shall be calculated by the Secured Creditor and an Escrow Analysis shall be sent to the debtor after the Chapter 11 Plan is confirmed and the terms of this agreement are boarded.

11. All amounts still outstanding upon the maturity date under this agreement will be due and owing in full on the maturity date.

12. Payments shall be made directly to Secured Creditor at **OCWEN LOAN SERVICING 1661 WORTHINGTON ROAD STE 100 WEST PALM BEACH, FL 33409**, with reference to the complete loan number, where the last 4 digits are 4519, or as otherwise directed.

13. Due to the cram down and recapitalization, the escrow account will begin at zero and the payments will reflect deposits for taxes and insurance plus any amounts needed to fund the escrow account going forward. The payment required under this agreement does not include an escrow shortage payment. The escrow shortage will be calculated and added to the monthly payment once this agreement is boarded with the Secured Creditor and all permanent loan adjustments are made and post confirmation mortgage statement is sent out reflecting the new loan terms and monthly payment amount.

14. All other terms of the Mortgage and Note not directly altered by this agreement will remain in full force and effect.

15. Secured Creditor has relief from the automatic stay as to the Subject Property upon confirmation of Debtor's Chapter 11 Plan.

16. In the event of a default on payments to Secured Creditor under the terms of this agreement Secured Creditor may proceed pursuant to the terms of the underlying mortgage and note, and state and federal law, to obtain complete possession of the Subject Property, without further court order or proceeding being necessary. Any and all default provisions that may be included in Debtor's Chapter 11 plan are not applicable to Secured Creditor with regard to the Subject Property, and Secured Creditor is only bound by the terms included in this agreement.

17. Debtors agree that this agreement shall be included in all existing and future proposed Chapter 11 Plans through either exact language or by attaching this stipulation as an exhibit to the plan, and if any terms in Debtors' Chapter 11 Plan conflict with the terms of this agreement the terms of this agreement will control. In the event that Debtors' Chapter 11 Plan does not reflect the language of this agreement, Debtors agree that the agreement terms will be incorporated into the confirmation order through exact language, attachment of the agreement as an exhibit to the confirmation order, or by reference in the confirmation order of the agreement by document number.

18. Secured Creditor agrees to vote for Debtors' Chapter 11 Plan provided it Debtors have complied with all provisions of this agreement.

19. If this instant Chapter 11 bankruptcy petition is dismissed and/or converted to another chapter under title 11, Secured Creditor's lien shall remain a valid secured lien for the full amount due under the original Promissory Note and all payments received under this agreement will be applied contractually under the original terms of the Deed of Trust and original Promissory Note.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D

/s/ Michael Dingerdissen
Michael Dingerdissen, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 31614
Fax: 856-813-5501
Email: Michael.Dingerdissen@phelanhallinan.com

Dated: 1-17-2017

/s/Scott E Kaplan        Dated: 1-17-2017
 SCOTT ERIC KAPLAN, Esquire
 Attorney for debtor

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth G McNeil
    Debtor

Case No. 15-14218-MBK
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jan 19, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
db         +Kenneth G McNeil,   52 S. Olden Avenue,   Trenton, NJ 08609-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
         Andrew L. Spivack   on behalf of Creditor   BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
          NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
          SECURED ASSETS et.al. nj.bkecf@fedphe.com
         Brian E Caine   on behalf of Creditor   Wilmington Savings Fund Society, et al
          bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
         Denise E. Carlon   on behalf of Creditor   U.S. Bank, National Association, not in its individual
          capacity but solely as Trustee for the RMAC Trust Series 2016-CTT dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon   on behalf of Creditor   U.S. Bank National Associatio, Et Al...
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
          NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
          SECURED ASSETS et.al. dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Jeffrey M. Sponder   on behalf of U.S. Trustee   United States Trustee
          jeffrey.m.sponder@usdoj.gov,   jeffrey.m.sponder@usdoj.gov
         Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee. jeffrey.m.sponder@usdoj.gov,
          jeffrey.m.sponder@usdoj.gov
         Jennifer R. Gorchow   on behalf of Creditor   OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
          BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES
          2005-A15 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-O nj.bkecf@fedphe.com
         Jerome B. Blank   on behalf of Creditor   BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
          NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
          SECURED ASSETS et.al. nj.bkecf@fedphe.com
         Jerome B. Blank   on behalf of Creditor   OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
          BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4
          MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
         John D. Krohn   on behalf of Creditor   OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
         John D. Krohn   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER
          THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
          PASS-THROUGH CERTIFICATES, SERIES 2006-5 nj.bkecf@fedphe.com
         John Philip Schneider   on behalf of Creditor   WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
          COMPANY nj.bkecf@fedphe.com
         John Philip Schneider   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         John Philip Schneider   on behalf of Creditor   OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
         John Philip Schneider   on behalf of Creditor   OCWEN LOAN SERVICING, LLC, AS SERVICER FOR
          DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST
          SERIES 2006-A4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
         John Philip Schneider   on behalf of Creditor   BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE
          BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO
          IMPAC SECURED ASSETS et.al. nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jan 19, 2017
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John Philip Schneider   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, servicer for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-S2 nj.bkecf@fedphe.com

        Joseph Garibyan   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION joegaribyan@gmail.com

        Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

        Joshua I. Goldman   on behalf of Creditor   U.S. Bank National Associatio, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

        Melissa N. Licker   on behalf of Creditor   Specialized Loan Servicing, LLC, as servicing agent for U.S. Bank National Association, as Trustee, for JPMorgan Mortgage Trust 2007-S2 Mortgage Pass-through Certificates NJ_ECF_Notices@buckleymadole.com

        Melissa N. Licker   on behalf of Creditor   Nationstar Mortgage LLC NJ_ECF_Notices@buckleymadole.com

        Patrick O. Lacsina   on behalf of Creditor   Seterus, Inc. as authorized Subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com

        Patrick O. Lacsina   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com

        Robert P. Saltzman   on behalf of Creditor   Nationstar Mortgage LLC dnj@pbslaw.org

        Robert P. Saltzman   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org

        Robert P. Saltzman   on behalf of Creditor   Wilmington Savings Fund Society, et al dnj@pbslaw.org

        Robert P. Saltzman   on behalf of Creditor   Rushmore Loan Management Services, servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust dnj@pbslaw.org

        Scott E. Kaplan   on behalf of Debtor Kenneth G McNeil scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com

        Steven Eisenberg   on behalf of Creditor   Ocwen Loan Servcing, LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Asset Trust 2007-3, Mortgage-Backed Pass-Through Certificates Series 2007-3 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

        Steven K. Eisenberg   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov

        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov

        Warren S. Jones, Jr.   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION wsjonesesq@verizon.net, bestcasewsj@gmail.com

        TOTAL: 35