```
688538
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: OCWEN LOAN
SERVICING, LLC,
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
```

| In Re: | Case No: 15-14218 - MBK |
|---|---|
| KENNETH G. MCNEIL | Judge:  MICHAEL B KAPLAN |

## CERTIFICATE OF CONSENT
### REGARDING CONSENT ORDER RESOLVING
### OBJECTION TO CONFIRMATION

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(a)  The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(b)  I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(c)  I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(d)  I acknowledge the signing of same for all purposes, including those under Fed.R.Bankr.P.9011

/s/ Michael Dingerdissen
Michael Dingerdissen
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500
Fax: 856-813-5501