# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

In re:     KENNETH G. MCNEIL            Case No.    15-14218 - MBK
       **Debtor(s)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5 BY SELECT PORTFOLIO SERVICING, INC | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5 BY BANK OF AMERICA |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

SELECT PORTFOLIO SERVICING INC.
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

Court Claim # (if known): 12
Amount of Claim: $119,879.95
Date Claim Filed: 02/25/16

Phone:    800-258-8602                            Phone:    800-669-6607
Last Four Digits of Acct #:    0271         Last Four Digits of Acct #:    1877

Name and Address where transferee payments should be sent (if different from above):

SELECT PORTFOLIO SERVICING INC.
PO BOX 65450
SALT LAKE CITY, UT 84165-00450

Phone:    800-258-8602
Last Four Digits of Acct #:    0271

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Nicholas V. Rogers               Date:    February 2, 2017
      Transferee/Transferee's Agent

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>769574<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5 BY SELECT PORTFOLIO SERVICING, INC | |
| In Re:<br><br>KENNETH G. MCNEIL | Case No: 15-14218 - MBK<br><br>Hearing Date: _____<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 11 |

# CERTIFICATION OF SERVICE

1. I, Dylan Shaw:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5 BY SELECT PORTFOLIO SERVICING, INC in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 3, 2017 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 3, 2017                    /s/ *Dylan Shaw*
                                              Dylan Shaw

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KENNETH G MCNEIL<br>52 S. OLDEN AVENUE,<br>TRENTON, NJ 08609 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| SCOTT ERIC KAPLAN, Esquire<br>12 NORTH MAIN ST., PO BOX 157<br>ALLENTOWN, NJ 08501 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| UNITED STATES TRUSTEE, Trustee<br>ONE NEWARK CENTER, STE 1401<br>NEWARK, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2