UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 596-8900
Attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, its successors and/or assigns

Order Filed on February 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KENNETH G. McNEIL

Case No. 15-14218-MBK

Hearing Date: February 1, 2017

Judge: KAPLAN

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

LAW OFFICE
PARKER McCAY P.A.

DATED: February 2, 2017

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2   CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION
15-14218-MBK

1. Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust ("Secured Creditor") is the holder of a mortgage on the real property, located at 48 South Olden Avenue, Trenton, New Jersey 08609

2. The Parties have agreed that for purposes of the instant Chapter 11 case, the Secured Creditor shall have an allowed secured claim of $42,000.00. This amount has been determined to be a combination of outstanding escrow advances and an undetermined fair market value of the property.

3. The interest rate shall be 4.50%.

4. Debtor agrees to pay the secured claim amount of $42,000 at 4.50% fixed interest rate amortized over 5 years with payments calculated at a 60 month amortization schedule. The first payment will be due February 1, 2017, and maturing January 1, 2022.

5. The new monthly mortgage payment will be $783.01 (principal and interest only).

6. The balance of the claim shall be deemed an undisputed unsecured, allowed claim and shall be paid a pro-rate share of the unsecured dividend in addition to the secured amounts.

7. The Secured Creditor has agreed to allow this loan to change to a non-escrowed loan upon proof of receipt of insurance obtained by the debtor. Monthly taxes and insurance shall be paid directly by the debtor, and not included in the in the monthly mortgage payment starting with mortgage payment due February 1, 2017.

8. If the debtor is in default of any taxes and insurance, the Secured Creditor may provide written notice to the debtor and debtor's attorney of same, and debtor has fifteen (15) days to cure the default. If the default is not cured, creditor may protect its interests by advancing the delinquent amounts and thereafter may require taxes and insurance to be escrowed again.

9. All amounts still outstanding upon the maturity date under this agreement will be due and owing in full on the maturity date.

Page 3   CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION
15-14218-MBK

10. All other terms of the Mortgage and Note not directly altered by this agreement will remain in full force and effect.

11. Secured Creditor has relief from the automatic stay as to the Subject Property upon confirmation of Debtor's Chapter 11 Plan.

12. In the event of a default on payments to Secured Creditor under the terms of this Agreement, Secured Creditor may proceed pursuant to the terms of the underlying mortgage and note, and state and federal law, to obtain possession of the Subject Property, without further court order of the Bankruptcy Court.

13. If this instant Chapter 11 bankruptcy petition is dismissed and/or converted to another chapter under title 11, Secured Creditor's lien shall remain a valid secured lien for the full amount due under the original Promissory Note and all payments received under this agreement will be applied contractually under the original terms of the Deed of Trust and original Promissory Note.

14. Debtors agree that this agreement shall be included in all existing and future proposed Chapter 11 Plans through either exact language or by attaching this stipulation as an exhibit to the plan, and if any terms in Debtors' Chapter 11 Plan conflict with the terms of this agreement the terms of this agreement will control. In the event that Debtors' Chapter 11 Plan does not reflect the language of this agreement, Debtors agree that the agreement terms will be incorporated into the confirmation order through exact language, attachment of the agreement as an exhibit to the confirmation order, or by reference in the confirmation order of the agreement by document number.

Page 4  CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION
15-14218-MBK

15. This matter resolves Secured Creditor's objection to confirmation of plan filed at docket number 124.

16. Secured Creditor agrees to vote for Debtors' Chapter 11 Plan.

_____   Dated: 2-1-17
Brian E. Caine, Esq.
Parker McCay P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, NJ 08054
Tel (856) 985-4059
Fax (856) 596-3427
BCaine@parkermccay.com
Attorneys for Wilmington Savings Fund Society, FSB,
d/b/a Christiana Trust, not individually but as trustee
for Carlsbad Funding Mortgage Trust

_____   Dated: 2-1-17
Scott E. Kaplan, Esq.
Law Offices of Scott E. Kaplan, LLC
12 N. Main Street, P.O. Box 157
Allentown, New Jersey 08501
Tel 609-259-1112
Fax 609-259-5600
scott@sekaplanlaw.com
Attorneys for Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-14218-MBK
Kenneth G McNeil                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2              Date Rcvd: Feb 02, 2017
                          Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
db             +Kenneth G McNeil,    52 S. Olden Avenue,    Trenton, NJ 08609-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
        Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
         NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
         SECURED ASSETS et.al. nj.bkecf@fedphe.com
        Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al
         bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, not in its individual
         capacity but solely as Trustee for the RMAC Trust Series 2016-CTT dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Associatio, Et Al...
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
         NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
         SECURED ASSETS et.al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
         jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
        Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee. jeffrey.m.sponder@usdoj.gov,
         jeffrey.m.sponder@usdoj.gov
        Jennifer R. Gorchow    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
         BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES
         2005-A15 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-O nj.bkecf@fedphe.com
        Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
         NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
         SECURED ASSETS et.al. nj.bkecf@fedphe.com
        Jerome B. Blank    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
         BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4
         MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
        John D. Krohn    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
        John D. Krohn    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER
         THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
         PASS-THROUGH CERTIFICATES, SERIES 2006-5 nj.bkecf@fedphe.com
        John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
         COMPANY nj.bkecf@fedphe.com
        John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        John Philip Schneider    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
        John Philip Schneider    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR
         DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST
         SERIES 2006-A4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
        John Philip Schneider    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE
         BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO
         IMPAC SECURED ASSETS et.al. nj.bkecf@fedphe.com
        John Philip Schneider    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,
         servicer for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-S2
         nj.bkecf@fedphe.com

```
District/off: 0312-3           User: admin               Page 2 of 2               Date Rcvd: Feb 02, 2017
                               Form ID: pdf903           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joseph  Garibyan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION joegaribyan@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Associatio, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent
               for U.S. Bank National Association, as Trustee, for JPMorgan Mortgage Trust 2007-S2 Mortgage
               Pass-through Certificates NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC
               NJ_ECF_Notices@buckleymadole.com
              Michael Frederick Dingerdissen    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
              Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal
               National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, et al dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Rushmore Loan Management Services, servicer for
               Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee
               for Carlsbad Funding Mortgage Trust dnj@pbslaw.org
              Scott E. Kaplan    on behalf of Debtor Kenneth G McNeil scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com
              Steven  Eisenberg    on behalf of Creditor    Ocwen Loan Servcing, LLC, as servicer for Deutsche
               Bank National Trust Company, as Trustee for American Home Mortgage Asset Trust 2007-3,
               Mortgage-Backed Pass-Through Certificates Series 2007-3 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren S. Jones, Jr.    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               wsjonesesq@verizon.net, bestcasewsj@gmail.com
                                                                                             TOTAL: 37
```