Gavin N. Stewart
Buckley Madole, P.C.
4300 West Cypress Street
Suite 160
Tampa, FL 33607
Telephone: (813) 321-5105
BKNJ@BuckleyMadole.com
Attorneys for Movant



Order Filed on February 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Kenneth G. McNeil, | Case No. 15-14218-MBK |
| | Hearing Date: February 1, 2017 at 10:00 AM |
| Debtor. | Judge: Michael B. Kaplan |

**CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR SPECIALIZED LOAN SERVICING LLC AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR JPMORGAN MORTGAGE TRUST 2007-S2 MORTGAGE PASS-THROUGH CERTIFICATES**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: February 8, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Kenneth G. McNeil |
| Case No.: | 15-14218-MBK |
| Caption of Order: | **ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR SPECIALIZED LOAN SERVICING LLC AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR JPMORGAN MORTGAGE TRUST 2007-S2 MORTGAGE PASS-THROUGH CERTIFICATES** |

The parties have resolved Debtor's treatment of the claim filed by Specialized Loan Servicing LLC as servicing agent for U.S. Bank National Association, as Trustee, for JPMorgan Mortgage Trust 2007-S2 Mortgage pass-Through Certificates with respect to real property located at 59 Edgemere Avenue, Trenton, New Jersey 08618, as follows and have consented to the entry of the within Order;

**ORDERED AS FOLLOWS:**

1. Debtor shall surrender the property located at 59 Edgemere Avenue, Trenton, New Jersey 08618 to the Secured Creditor.

2. Upon entry of this order the automatic stay is vacated as it applies to the Secured Creditor, the property is deemed surrendered for purposes of the instant bankruptcy case, and the Secured Creditor may proceed with the sale of the property.

3. Notwithstanding the above, the parties are permitted but not obligated to communicate further regarding the possible retention of the above property.

Consent to Form and Entry

| | |
|---|---|
| **Buckley Madole, P.C.** | **Scott E. Kaplan, LLC** |
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: /s/ Gavin N. Stewart | By: /s/ Scott E. Kaplan |
|     Gavin N. Stewart |     Scott E. Kaplan |
| Date: February 6, 2017 | Date: February 2, 2017 |