Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–14218–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth G McNeil
   52 S. Olden Avenue
   Trenton, NJ 08609

Social Security No.:
   xxx–xx–3034

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       4/6/17
Time:       10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Kaplan, Attorney for Debtor
Period: 3/5/2015 to 3/1/2017

COMMISSION OR FEES
$58,802.50

EXPENSES
$800.60

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: March 2, 2017
JAN:

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 15-14218-MBK
   Kenneth G McNeil                                                Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 4                  Date Rcvd: Mar 02, 2017
                              Form ID: 137                Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
db             +Kenneth G McNeil,    52 S. Olden Avenue,     Trenton, NJ 08609-1524
acc            +Anthony D Nini, CPA,    12 N. Main Street,    P.O. Box 157,    Allentown, NJ 08501-0157
cr             +BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BAN,      Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,      Stern & Eisenberg, PC,    1040 North Kings Highway,
                 Suite 407,   Cherry Hill, NJ 08034-1925
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE U,      Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,,      Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, service,      Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,       350 Highland Drive,
                 Lewisville, TX   075067)
cr             +OCWEN LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,     400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCH,      Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              Rushmore Loan Management Services, servicer for Wi,      PO Box 52708,    Irvine, CA 92619-2708
cr             +Seterus, Inc. as authorized Subservicer for Federa,      RAS Citron, LLC,   130 Clinton Road,
                 Suite 202,   Fairfield, NJ 07004-2927
cr             +Seterus, Inc. as the authorized subservicer for Fe,      PO Box 1047,    Hartford, CT 06143-1047
cr             +Specialized Loan Servicing, LLC, as servicing agen,      P. O. Box 9013,   Addison, TX 75001-9013
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,     400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,      Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515580426       American InfoSource LP as agent for,     DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
515377460       Americas Servicing Company,    P.O. Box 10388,     Des Moines, IA 50306-0388
515377462      +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
515625076       DEUTSCHE BANK NATIONAL TRUST COMPANY,     c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,     West Palm Beach, FL 33416-4605
516018680       DEUTSCHE BANK NATIONAL TRUST COMPANY, AS et.al.,      BANK OF AMERICA, N.A.,   PO BOX 31785,
                 TAMPA FL 33631-3785
516629548       DEUTSCHE BANK NATIONAL TRUST COMPANY, AS et.al.,      SELECT PORTFOLIO SERVICING INC.,
                 PO BOX 65250,    SALT LAKE CITY, UT 84165-0250
516629549      +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS et.al.,      SELECT PORTFOLIO SERVICING INC.,
                 PO BOX 65250,    SALT LAKE CITY, UT 84165-0250,     DEUTSCHE BANK NATIONAL TRUST COMPANY, AS,
                 SELECT PORTFOLIO SERVICING INC. 84165-0250
515377463       Deutsche Bank National Trust Co,     171 East Street, Andrews Place,     Santa Ana, CA 92705
515802779       Deutsche Bank National Trust Company, as Trustee,      c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,     West Palm Beach, FL 33416-4605
515377465      +Fein, Such, Kahn & Shepard, P.C.,     7 Century Drive, Suite 201,     Parsippany, NJ 07054-4673
515377466      +Homevestors of America,    Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
515377469      +Kelvin McLaurin,    138 Buckingham Drive,    Willingboro, NJ 08046-3929
515377470      +Mercantile Adjmnt Bur,    6390 Main St S-160,     Williamsville, NY 14221-5859
515377472      +Ocwen Loan Servicing LLC,    12650 Ingenuity Dr,     Orlando, FL 32826-2703
515377473       Ocwen Loan Servicing LLC,    P.O. Box 24738,     West Palm Beach, FL 33416-4738
515377474      +Phelan Hallinan & Diamond, PC,     400 Fellowship Road,    My Laurel, NJ 08054-3437
515377475      +Pluese Becker & Saltzman, LLC,     20000 Horizon Way, Ste 900,    Mt Laurel, NJ 08054-4318
516628479       Rushmore Loan Management Services,LLC,     P.O.BOx 514707,    Los Angeles,CA 90051-4707
516628480       Rushmore Loan Management Services,LLC,     P.O.BOx 514707,    Los Angeles,CA 90051-4707,
                 Rushmore Loan Management Services,LLC,     P.O.BOx 514707,    Los Angeles,CA 90051-4707
515884576      +Seterus, Inc.,   Pluese, Becker & Saltzman, LLC,      20000 Horizon Way, Suite 900,
                 Mt. Laurel, NJ 08054-4318
515881013      +Seterus, Inc. as the authorized subservicer for,      Federal National Mortgage Association(Fa,
                 c/o Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047
515377477      +Sonia Darden,    5850 Hillandale Drive, Apt #413,     Lithonia, GA 30058-1888
515377478      +Stern Leventhal & Frankenberg,     105 Eisenhower Pky, Ste 302,    Roseland, NJ 07068-1640
515377479      +Sure Recovery Service,    Po Box 818,    Jackson, NJ 08527-0818
515377480      +Todd Jackson,    38 Nimitz Lane,    Willingboro, NJ 08046-1227
515377481      +Tony Reaves,    71 South Orange Ave, #366,    S. Orange, NJ 07079-1715
515466935      +U.S. Bank National Assoc., et al,,     assignees and/or successors in interest,
                 c/o Prober & Raphael, A Law Corporation,     20750 Ventura Blvd., Suite 100,
                 Woodland Hills, CA 91364-6207
515603361      +U.S. Bank National Association, (See B10),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
515572597      +U.S. Bank National Association, as Trustee,      c/o Nationstar Mortgage LLC,   PO Box 619094,
                 Dallas, TX 75261-9094
515584259      +U.S. Bank National Association, as Trustee,,     successor in interest to Wilmington Trus,
                 c/o Nationstar Mortgage LLC,    PO Box 619094,     Dallas, TX 75261-9094
```

```
District/off: 0312-3          User: admin              Page 2 of 4                   Date Rcvd: Mar 02, 2017
                              Form ID: 137             Total Noticed: 60


515621252     +Wells Fargo Bank, N.A.,   C/O Americas Servicing Company,    Attn: Bankruptcy Department,
               3476 Stateview Blvd, MAC #D3347-014,    Fort Mill, SC 29715-7203
515377482     +Wells Fargo Bank, NA,   C/O WF Business Direct,    P.O. Box 348750,    Sacramento, CA 95834-8750
516602123      Wilmington Savings Fund Society, FSB,   c/o Rushmore Loan Management Services,    P.O. Box 52708,
               Irvine, CA 92619-2708
516615487     +Wilmington Savings Fund Society, FSB, et al,    Rushmore Loan Management Services,
               P.O. Box 55005,    Irvine, CA 92619-5005
516219797      Wilmington Savings Fund Society, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 52708,    Irvine, CA 92619-2708
516219798     +Wilmington Savings Fund Society, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 52708,    Irvine, CA 92619-2708,    Wilmington Savings Fund Society, et al,
               c/o Rushmore Loan Management Services 92619-2708
515377483    #+Zucker, Goldberg & Ackerman,    200 Sheffield St, Suite 101,POBox 1024,
               Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Mar 02 2017 22:44:55      Dist Dir of IRS,
               Insolvency Function,    PO Box 724,   Springfield, NJ   07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2017 22:45:17      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2017 22:45:14      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515377461     +E-mail/Text: kzoepfel@credit-control.com Mar 02 2017 22:45:18      Central Loan Admin & R,
               425 Phillips Blvd.,   Ewing, NJ 08618-1430
515407899      E-mail/Text: mrdiscen@discover.com Mar 02 2017 22:44:35      Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH   43054-3025
515377464     +E-mail/Text: mrdiscen@discover.com Mar 02 2017 22:44:35      Discover Fin Svcs Llc,
               Po Box15316,   Wilmington, DE 19850-5316
515377467     +E-mail/Text: bankruptcy@icsystem.com Mar 02 2017 22:45:46      I C System,    Po Box 64378,
               Saint Paul, MN 55164-0378
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage LLC,     PO Box 619096,    Dallas, TX   75261-9741)
cr*           +OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCH,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr*           +Seterus, Inc. as authorized Subservicer for Federa,     RAS Citron, LLC,    130 Clinton Road,
               Suite 202,   Fairfield, NJ 07004-2927
515625077*     DEUTSCHE BANK NATIONAL TRUST COMPANY,    c/o Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,    P.O. BOX 24260,    West Palm Beach, FL 33416-4605
515432619*     Internal Revenue Service,   Centralized Insolvency Operation,    PO Box 7346,
               Philadelphia, PA 19101-7346
515603306*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage LLC,     PO Box 619096,
               Dallas, Texas 75261-9741)
515377471*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage Ll,     350 Highland Dr,   Lewisville, TX   75067)
516265381*    +Wilmington Savings Fund Society, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 52708,    Irvine, CA 92619-2708,    Wilmington Savings Fund Society, et al,
               c/o Rushmore Loan Management Services 92619-2708
516265380*     Wilmington Savings Fund Society, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 52708,    Irvine, CA 92619-2708
516612944*     Wilmington Savings Fund Society, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 52708,    Irvine, CA 92619-2708
app          ##+Richard A. Worob,    Accurate Real Estate Appraisers, LLC,    PO Box 8582,
               Trenton, NJ 08650-0582
515377468    ##+Joseph Bethea,   38 Atterbury Avenue,    Trenton, NJ 08618-5612
515377476    ##Seterus,    P.O. Box 2008,   Grand Rapids, MI   49501-2008
                                                                                   TOTALS: 0, * 10, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3              User: admin              Page 3 of 4              Date Rcvd: Mar 02, 2017
                                  Form ID: 137             Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
               NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
               SECURED ASSETS et.al. nj.bkecf@fedphe.com
              Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Associatio, Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
               NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
               SECURED ASSETS et.al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust Series 2016-CTT dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    WestVue NPL Trust II vbarber@udren.com,
               ewassall@udren.com
              Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent
               for U.S. Bank National Association, as Trustee, for JPMorgan Mortgage Trust 2007-S2 Mortgage
               Pass-through Certificates BKNJ@buckleymadole.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
               jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee. jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jennifer R. Gorchow    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES
               2005-A15 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-O nj.bkecf@fedphe.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
               NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
               SECURED ASSETS et.al. nj.bkecf@fedphe.com
              Jerome B. Blank    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4
               MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
              John D. Krohn    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER
               THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-5 nj.bkecf@fedphe.com
              John D. Krohn    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO
               IMPAC SECURED ASSETS et.al. nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,
               servicer for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-S2
               nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR
               DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST
               SERIES 2006-A4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
              Joseph Garibyan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION joegaribyan@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Associatio, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent
               for U.S. Bank National Association, as Trustee, for JPMorgan Mortgage Trust 2007-S2 Mortgage
               Pass-through Certificates NJ_ECF_Notices@buckleymadole.com
```

```
District/off: 0312-3          User: admin              Page 4 of 4                  Date Rcvd: Mar 02, 2017
                              Form ID: 137             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC
    NJ_ECF_Notices@buckleymadole.com
    Michael Frederick Dingerdissen    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
    nj.bkecf@fedphe.com
    Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
    nj.bkecf@fedphe.com
    Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP., MORTGAGE et.al. nj.bkecf@fedphe.com
    Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
    Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
    Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
    Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
    Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, et al dnj@pbslaw.org
    Robert P. Saltzman    on behalf of Creditor    Rushmore Loan Management Services, servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust dnj@pbslaw.org
    Scott E. Kaplan    on behalf of Debtor Kenneth G McNeil scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com
    Steven  Eisenberg    on behalf of Creditor    Ocwen Loan Servcing, LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Asset Trust 2007-3, Mortgage-Backed Pass-Through Certificates Series 2007-3 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
    Steven K. Eisenberg    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
    U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
    United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
    Warren S. Jones, Jr.    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION wsjonesesq@verizon.net,    bestcasewsj@gmail.com

                                               TOTAL: 41