UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Scott E Kaplan, LLC
12 N. Main Street, P.O. Box 157
Allentown, New Jersey 08501
(609)259-1112
Attorney for Debtor

Order Filed on March 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth G. McNeil

               Debtor

Case No.: _____15-14218-MBK_____

Hearing Date: _____4/6/17_____

Judge: _____MBK_____

Chapter: _____11_____

## REVISED ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 13, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and the US Trustee having filed an informal objection  resulting in a reduction in the fee of $5,880.25 and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scott E Kaplan, Esquire | $52,922.25 | $800.60 |

*rev.8/1/15*

2