ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agent for PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY - TRENTON DIVISION

| | |
|---|---|
| In Re: | Case No. 15-14218-MBK |
| KENNETH G MCNEIL, | Chapter 11 |
| Debtor(s). | |

### REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee and not as counsel of record.  The filing of this Request for Notice and Service of Copies should not be construed as an appearance pursuant to D.N.J. LBR 2090-1.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Jenelle C. Arnold
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. ' 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

        d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

        e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: March 15, 2017                            ALDRIDGE PITE, LLP

                                                /s/ Jenelle C. Arnold
                                                Jenelle C. Arnold
                                                ALDRIDGE PITE, LLP
                                                4375 Jutland Dr., Suite 200
                                                P.O. Box 17933
                                                San Diego, CA 92117-0933
                                                Telephone: (858) 750 7600
                                                Facsímile: (619) 590-1385
                                                JArnold@aldridgepite.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177 0933
Telephone: (858) 750 7600
Facsimile: (619) 590-1385
E-mail: JArnold@aldridgepite.com

Agent for PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee

In Re:

KENNETH G MCNEIL,

Case No.: 15-14218-MBK

Chapter: 11

Adv. No.:

Hearing Date:

Judge: Honorable Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Agustina Sandoval _____ :

   ☐ represent the ____ in the above-captioned matter.

   ☐ am the secretary/paralegal for __, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

   ☒ See Attachment Page

2. On March 15, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Request for Special Notice and Service of Copies

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 15, 2017          /s/Agustina Sandoval
                               Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Kenneth G McNeil<br>52 S. Olden Avenue<br>Trenton, NJ 08609 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Scott Eric Kaplan<br>Scott E. Kaplan, LLC<br>12 North Main St., PO Box 157<br>Allentown, NJ 08501<br>scott@sekaplanlaw.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | U/S/ Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for _____Jenelle C. Arnold_____, agent for the PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, secured creditor in the above captioned matter.