UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WARREN S. JONES, JR., ESQ., Bar #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly, New Jersey 08060
(609) 261-8400
U.S. Bank Nationals Association, et al

N.102-1736

In Re:

Kenneth G. McNeil

**Order Filed on March 16, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:   15-14218-MBK

Adv. No.:

Hearing Date:   02/01/2017 at 10:00 a.m.

Judge:   Michael B. Kaplan

## CONSENT ORDER RE ADEQUATE PROTECTION

The relief set forth on the following pages, numbered two (2) through  three (3)        is
hereby **ORDERED**.

**DATED: March 16, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
**Debtor: Kenneth G McNeil**
**Case No. 15-14218-MBK**
**Caption of Order: Consent Order Adequate Protection**

---

IT IS HEREBY CONSENTED by and between Movant, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-14H, its assignees and/or successors in interest, through its retained counsel, Warren S. Jones, Jr., Esquire, and Debtor Kenneth G McNeil, through his counsel, Scott E. Kaplan, Esquire, as follows:

1.      Debtor agrees to pay to Movant and Movant agrees to accept a payment of $52,649.12 ("Settlement Funds") in full satisfaction of all amounts owed to Movant by Debtor, with respect to the real property described as **631 Norway Avenue, Hamilton, New Jersey 08629**. The full agreed settlement amount includes the mutually agreed upon settlement total of $45,500.00, plus the current amount of escrow of $7,149.12. The Settlement funds shall be paid over a 10 year period (120 months), with an interest rate of 5.25% per annum. The monthly payment of the settlement funds will be $564.88 per month. Said payment shall be tendered to Movant's servicing agent Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9741, Attention: Bankruptcy Department.

2.      The monthly payment shall be received no later than the 1st day of the month in which it is due. If payment is not received in the manner set forth in this agreement, the debtor will be in default under the terms and conditions of this agreement. In the event of default, a 15 day notice will be sent to the debtor and debtor's attorney. If the default is not cured within 15 days, the movant may move forward with collection or any action against the subject property pursuant to the terms of the loan documents.

3.      Debtor shall maintain taxes and insurance on the subject property, described as **631 Norway Avenue, Hamilton, New Jersey 08629**. Should debtor fail to maintain taxes and insurance the debtor will be in default under the terms and conditions of this agreement. In the event of default, a 15 day notice will be sent to the debtor and debtor's attorney. If the default is not cured within 15 days, the movant may move forward with collection or any action against the subject property pursuant to the terms of the loan documents. Additionally Movant may, at its option, advance payment of taxes or insurance in order to protect its security interest in the property. Any sums advanced shall be deemed payable under the terms of the note.

4.      Movant agrees that Debtor's Attorney has the Movant's vote for the plan, and that the Class 19 vote cast on February 3, 2016 voting against confirmation as Docket No. 74 as to the unsecured portion of the claim of Movant is hereby withdrawn.

(Page 3)
**Debtor: Kenneth G McNeil**
**Case No. 15-14218-MBK**
**Caption of Order: Consent Order Adequate Protection**

---

5.      The terms and conditions of this Stipulation may not be modified, altered or changed in any Chapter 11 Plan for Reorganization without the express written consent of Movant.  The terms of this consent order shall be fully incorporated into the terms of the order confirming Chapter 11 Plan.

6.      In the event the instant bankruptcy proceeding is dismissed or converted to another chapter of the bankruptcy code, this Consent Order shall be terminated and have no further force or effect.

7.      The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Dated: January 31, 2017                    By Warren S. Jones, Jr.
                                           WARREN S. JONES, JR., ESQUIRE
                                           Retained Counsel for Movant

                                           Of Counsel:
                                           Prober & Raphael, A Law Corporation
                                           P.O. Box 4365
                                           Woodland Hills, CA 91365-4365
                                           (818) 227-0100
                                           N.102-1736


Dated: January 31, 2017                    By /s/ Scott E.Kaplan
                                           SCOTT E. KAPLAN, ESQUIRE
                                           Attorney for Debtor