UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WARREN S. JONES, JR., ESQ., Bar #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly, New Jersey 08060
(609) 261-8400
U.S. Bank Nationals Association, et al

N.102-1736

Order Filed on March 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth G. McNeil

Case No.:   15-14218-MBK

Adv. No.:

Hearing Date:   02/01/2017 at 10:00 a.m.

Judge:   Michael B. Kaplan

## CONSENT ORDER RE ADEQUATE PROTECTION

The relief set forth on the following pages, numbered two (2) through _three (3)_     is
hereby **ORDERED**.

**DATED: March 16, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Kenneth G McNeil
Case No. 15-14218-MBK
Caption of Order: Consent Order Adequate Protection

---

IT IS HEREBY CONSENTED by and between Movant, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-14H, its assignees and/or successors in interest, through its retained counsel, Warren S. Jones, Jr., Esquire, and Debtor Kenneth G McNeil, through his counsel, Scott E. Kaplan, Esquire, as follows:

1.      Debtor agrees to pay to Movant and Movant agrees to accept a payment of $52,649.12 ("Settlement Funds") in full satisfaction of all amounts owed to Movant by Debtor, with respect to the real property described as **631 Norway Avenue, Hamilton, New Jersey 08629**. The full agreed settlement amount includes the mutually agreed upon settlement total of $45,500.00, plus the current amount of escrow of $7,149.12. The Settlement funds shall be paid over a 10 year period (120 months), with an interest rate of 5.25% per annum. The monthly payment of the settlement funds will be $564.88 per month. Said payment shall be tendered to Movant's servicing agent Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9741, Attention: Bankruptcy Department.

2.      The monthly payment shall be received no later than the 1st day of the month in which it is due. If payment is not received in the manner set forth in this agreement, the debtor will be in default under the terms and conditions of this agreement. In the event of default, a 15 day notice will be sent to the debtor and debtor's attorney. If the default is not cured within 15 days, the movant may move forward with collection or any action against the subject property pursuant to the terms of the loan documents.

3.      Debtor shall maintain taxes and insurance on the subject property, described as **631 Norway Avenue, Hamilton, New Jersey 08629**. Should debtor fail to maintain taxes and insurance the debtor will be in default under the terms and conditions of this agreement. In the event of default, a 15 day notice will be sent to the debtor and debtor's attorney. If the default is not cured within 15 days, the movant may move forward with collection or any action against the subject property pursuant to the terms of the loan documents. Additionally Movant may, at its option, advance payment of taxes or insurance in order to protect its security interest in the property. Any sums advanced shall be deemed payable under the terms of the note.

4.      Movant agrees that Debtor's Attorney has the Movant's vote for the plan, and that the Class 19 vote cast on February 3, 2016 voting against confirmation as Docket No. 74 as to the unsecured portion of the claim of Movant is hereby withdrawn.

(Page 3)
**Debtor: Kenneth G McNeil**
**Case No. 15-14218-MBK**
**Caption of Order: Consent Order Adequate Protection**

---

5.    The terms and conditions of this Stipulation may not be modified, altered or changed in any Chapter 11 Plan for Reorganization without the express written consent of Movant.  The terms of this consent order shall be fully incorporated into the terms of the order confirming Chapter 11 Plan.

6.    In the event the instant bankruptcy proceeding is dismissed or converted to another chapter of the bankruptcy code, this Consent Order shall be terminated and have no further force or effect.

7.    The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Dated:  January 31, 2017          By  Warren S. Jones, Jr.
                                      WARREN S. JONES, JR., ESQUIRE
                                  Retained Counsel for Movant

                                  Of Counsel:
                                  Prober & Raphael, A Law Corporation
                                  P.O. Box 4365
                                  Woodland Hills, CA 91365-4365
                                  (818) 227-0100
                                  N.102-1736


Dated:  January 31, 2017          By  /s/ Scott E.Kaplan
                                      SCOTT E. KAPLAN, ESQUIRE
                                  Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-14218-MBK
Kenneth G McNeil                                                    Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2          Date Rcvd: Mar 17, 2017
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
db              +Kenneth G McNeil,    52 S. Olden Avenue,    Trenton, NJ 08609-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor   BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
           NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
           SECURED ASSETS et.al. nj.bkecf@fedphe.com
          Brian E Caine    on behalf of Creditor   Wilmington Savings Fund Society, et al
           bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank, National Association, not in its individual
           capacity but solely as Trustee for the RMAC Trust Series 2016-CTT dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Associatio, Et Al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
           NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
           SECURED ASSETS et.al. dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Elizabeth L. Wassall    on behalf of Creditor   WestVue NPL Trust II vbarber@udren.com,
           ewassall@udren.com
          Gavin N. Stewart    on behalf of Creditor   Specialized Loan Servicing, LLC, as servicing agent
           for U.S. Bank National Association, as Trustee, for JPMorgan Mortgage Trust 2007-S2 Mortgage
           Pass-through Certificates BKNJ@buckleymadole.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee   United States Trustee
           jeffrey.m.sponder@usdoj.gov,  jeffrey.m.sponder@usdoj.gov
          Jeffrey M. Sponder    on behalf of U.S. Trustee   U.S. Trustee. jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Jennifer R. Gorchow    on behalf of Creditor   OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
           BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES
           2005-A15 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-O nj.bkecf@fedphe.com
          Jerome B. Blank    on behalf of Creditor   BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
           NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
           SECURED ASSETS et.al. nj.bkecf@fedphe.com
          Jerome B. Blank    on behalf of Creditor   OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
           BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4
           MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
          John D. Krohn    on behalf of Creditor   OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
          John D. Krohn    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER
           THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2006-5 nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor   WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
           COMPANY nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor   OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com

District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Mar 17, 2017
                             Form ID: pdf903           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John Philip Schneider    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR
           DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST
           SERIES 2006-A4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE
           BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO
           IMPAC SECURED ASSETS et.al. nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,
           servicer for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-S2
           nj.bkecf@fedphe.com
          Joseph Garibyan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION joegaribyan@gmail.com
          Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Associatio, Et Al...
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent
           for U.S. Bank National Association, as Trustee, for JPMorgan Mortgage Trust 2007-S2 Mortgage
           Pass-through Certificates NJ_ECF_Notices@buckleymadole.com
          Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC
           NJ_ECF_Notices@buckleymadole.com
          Michael Frederick Dingerdissen    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
           nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON
           BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP., MORTGAGE et.al. nj.bkecf@fedphe.com
          Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal
           National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. gshasa@rasnj.com,
           bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
          Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. gshasa@rasnj.com,
           bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
          Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, et al dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Rushmore Loan Management Services, servicer for
           Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee
           for Carlsbad Funding Mortgage Trust dnj@pbslaw.org
          Scott E. Kaplan    on behalf of Debtor Kenneth G McNeil scott@sekaplanlaw.com,
           felisha@sekaplanlaw.com,sekparalegal@gmail.com
          Steven Eisenberg    on behalf of Creditor    Ocwen Loan Servcing, LLC, as servicer for Deutsche
           Bank National Trust Company, as Trustee for American Home Mortgage Asset Trust 2007-3,
           Mortgage-Backed Pass-Through Certificates Series 2007-3 bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren S. Jones, Jr.    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           wsjonesesq@verizon.net,  bestcasewsj@gmail.com
                                                                                     TOTAL: 41