# UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW JERSEY_____

In re  KENNETH G McNEIL _____

Case No. _____ 15-14218 MBK

Reporting Period: January 31, 2017

## MONTHLY OPERATING REPORT
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | x | | |
| Statement of Operations | MOR-2 | N/A | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Kenneth McNeil _____

3/24/217 _____

Signature of Debtor

Date

_____

_____

Signature of Joint Debtor

Date

_____

_____

Signature of Authorized Individual*

Date

_____

_____

Printed Name of Authorized Individual

Title of Authorized Individual

MOR
(04/07)

In re  KENNETH G McNEIL

Case No. _____ 15-14218 MBK

Reporting Period: January 31, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.   The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.   The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE  OF ASSETS | | | | PLEASE SEE ATTACHED QUICKBOOKS STATEMENTS & CODED BANK STATEMENTS | | | | |
| OTHER  (ATTACH LIST) | | | | | | | | |
| TRANSFERS  (FROM DIP ACCTS) | | | | | | | | |
| **TOTAL  RECEIPTS** | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER  (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 8,652.00 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ | - |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ | 8,652.00 |

In re  KENNETH G McNEIL

Case No. _____15-14218 MBK

Reporting Period: January 31, 2017

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | | **PLEASE SEE ATTACHED QUICKBOOKS & BANK STATEMENTS** | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1b
(04/07)

In re KENNETH G McNEIL

Case No. _____ 15-14218 MBK

Reporting Period: January 31, 2017

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|-------|----------------|-----------------|-------|--------------|------|------------------|----------------------|-------------------|-----------------------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# Kenneth McNeil
# Balance Sheet
### As of January 31, 2017

|  | Jan 31, 17 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **10000 · Bank** | |
| **10400 · WF MAIN CHECKING** | 144,992 |
| **10500 · WF BK-SAVINGS ACCOUNT** | 500 |
| **Total 10000 · Bank** | 145,492 |
| **Total Checking/Savings** | 145,492 |
| **Accounts Receivable** | |
| **Accounts Receivable** | 4,720 |
| **Total Accounts Receivable** | 4,720 |
| **Total Current Assets** | 150,213 |
| **Fixed Assets** | |
| **Fixed Assets** | |
| **1420 Genesee, Hamilton** | 46,038 |
| **196 Rosemont, Trenton** | 20,000 |
| **219 Woodlawn, Hamilton** | 37,115 |
| **244 Cleveland, Trenton** | 29,000 |
| **251 Woodlawn, Hamilton** | 40,000 |
| **29 S Olden, Trenton** | 19,780 |
| **324 Mary St., Hamilton** | 40,000 |
| **329 Cleveland, Trenton** | 26,662 |
| **343 Garfield, Trenton** | 28,694 |
| **44 S Hermitage, Trenton** | 29,841 |
| **48 S Olden, Trenton** | 17,000 |
| **5 Cortelyou, Jackson** | 375,000 |
| **52 S Olden, Trenton** | 21,117 |
| **59 Edgemere, Trenton** | 20,000 |
| **631 Norway, Hamilton** | 35,990 |
| **Total Fixed Assets** | 786,238 |
| **12000 · Renovations** | |
| **Renovations 44 S.** | 35,960 |
| **12000 · Renovations - Other** | 10,605 |
| **Total 12000 · Renovations** | 46,565 |
| **Total Fixed Assets** | 832,803 |
| **TOTAL ASSETS** | 983,015 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **24800 · Tenant Security Deposits Held** | (14) |
| **59 · Edgemer, Trenton Payments Post** | (1,500) |
| **Total Other Current Liabilities** | (1,514) |
| **Total Current Liabilities** | (1,514) |
| **Long Term Liabilities** | |
| **Mortgage Loans-Prepetition** | |
| **1420 Genesee, Hamilton** | 136,250 |
| **196 Rosemont, Trenton** | 113,982 |
| **219 Woodlawn, Hamilton** | 89,321 |
| **244 Cleveland, Trenton** | 146,334 |
| **251 Woodlawn, Hamilton** | 92,322 |
| **29 S Olden, Trenton** | 111,218 |
| **324 Mary St, Hamilton** | 120,744 |
| **329 Cleveland, Trenton** | 136,644 |
| **343 Garfield, Trenton** | 157,751 |

## Kenneth McNeil
## Balance Sheet
### As of January 31, 2017

|  | Jan 31, 17 |
|---|---:|
| 44 S Hermitage, Trenton | 247,460 |
| 48 S Olden, Trenton | 118,464 |
| 5 Cortelyou Rd, Jackson | 538,823 |
| 52 S Olden, Trenton | 123,140 |
| 59 Edgemere, Trenton | 64,581 |
| 631 Norway, Hamilton | 92,590 |
| **Total Mortgage Loans-Prepetition** | 2,289,624 |
| **Total Long Term Liabilities** | 2,289,624 |
| **Total Liabilities** | 2,288,109 |
| **Equity** | |
| 30000 · Begining Balance Equity | (1,533,497) |
| 30700 · Members Draw | 1,000 |
| 32000 · Members Equity | 215,021 |
| Net Income | 12,382 |
| **Total Equity** | (1,305,094) |
| **TOTAL LIABILITIES & EQUITY** | **983,015** |

# Kenneth McNeil
# Profit & Loss
### January 2017

|  | Jan 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 5,103 |
| Other Income | 1 |
| Rental Income | 16,692 |
| Income/Receipts - Other | (762) |
| **Total Income/Receipts** | 21,035 |
| **Total Income** | 21,035 |
| **Expense** | |
| **Disbursements** | |
| Food/ Entertainment/Personal | 2,391 |
| Gas & Tolls | 68 |
| Insurance | 1,042 |
| Medical | 239 |
| Travel Expense | 575 |
| Utilities | 623 |
| **Total Disbursements** | 4,937 |
| **General Expenses** | |
| 60200 · Automobile Expense | 692 |
| 67100 · Rent Expense | 1,700 |
| 67200 · Repairs and Maintenance | 1,045 |
| 68100 · Telephone Expense | 277 |
| **Total General Expenses** | 3,715 |
| **Total Expense** | 8,652 |
| **Net Ordinary Income** | 12,382 |
| **Net Income** | **12,382** |

# Kenneth McNeil
## Profit & Loss
### March 11, 2015 through January 31, 2017

|  | Mar 11, '15 - Jan 31, 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income/Receipts** | |
| Disability Income | 103,185 |
| Opening Deposit Balance | 3,688 |
| Other Income | 12 |
| Refund | 24,655 |
| Rental Income | 321,829 |
| Social Security | 9,945 |
| Tax Refund | 2,441 |
| Income/Receipts - Other | (762) |
| **Total Income/Receipts** | 464,994 |
| **Total Income** | 464,994 |
| **Expense** | |
| **Disbursements** | |
| Cable, TV, Phone-Bus/Personal | 1,096 |
| Car Service Taxi/Transportation | 203 |
| Food/ Entertainment/Personal | 35,839 |
| Gas & Tolls | 3,025 |
| Health Club | 103 |
| Home Insurance | 2,896 |
| Home Maintenance/Care | 50 |
| Housekeeping/Clothing/Laundry | 178 |
| Income Tax | 187 |
| Insurance | 15,457 |
| License/Fees | 1,342 |
| Medical | 8,353 |
| Other Taxes | 4,025 |
| Real Estate Taxes | 3,242 |
| Service Charges-Checks, Etc | 469 |
| Travel Expense | 7,579 |
| Utilities | 15,499 |
| **Total Disbursements** | 99,542 |
| **General Expenses** | |
| 60200 · Automobile Expense | 1,657 |
| 60902 · Office Expense | 303 |
| 61700 · Computer and Internet Expenses | 675 |
| 63700 · Landscaping and Groundskeeping | 275 |
| 64904 · Supplies | 1,306 |
| 66500 · Postage and Delivery | 457 |
| 67100 · Rent Expense | 43,600 |
| 67200 · Repairs and Maintenance | 77,860 |
| 68100 · Telephone Expense | 4,730 |
| **Total General Expenses** | 130,863 |
| **Reorganization Costs** | |
| Professional Fees | 2,960 |
| U.S. Trustee Fees | 4,225 |
| **Total Reorganization Costs** | 7,185 |
| **Total Expense** | 237,591 |
| **Net Ordinary Income** | 227,403 |
| **Net Income** | **227,403** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through January 31, 2017

| | General/Personal | 1420 Genesee, Hamilton (Residential Properties) |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Income/Receipts** | | |
| Disability Income | 103,185 | |
| Opening Deposit Balance | 3,688 | |
| Other Income | 12 | |
| Refund | 24,655 | |
| Rental Income | 0 | 17,070 |
| Social Security | 9,945 | |
| Tax Refund | 2,441 | |
| Income/Receipts - Other | | |
| **Total Income/Receipts** | 143,927 | 17,070 |
| **Total Income** | 143,927 | 17,070 |
| **Expense** | | |
| **Disbursements** | | |
| Cable, TV, Phone-Bus/Personal | 1,096 | |
| Car Service Taxi/Transportation | 203 | |
| Food/ Entertainment/Personal | 36,030 | |
| Gas & Tolls | 3,025 | |
| Health Club | 103 | |
| Home Insurance | 783 | |
| Home Maintenance/Care | 39 | |
| Housekeeping/Clothing/Laundry | 178 | |
| Income Tax | 187 | |
| Insurance | 11,316 | |
| License/Fees | | |
| Medical | 8,989 | |
| Other Taxes | 545 | 632 |
| Real Estate Taxes | | |
| Service Charges-Checks, Etc | 469 | |
| Travel Expense | 7,579 | |
| Utilities | 2,490 | 350 |
| **Total Disbursements** | 73,031 | 982 |
| **General Expenses** | | |
| 60200 · Automobile Expense | 1,657 | |
| 60902 · Office Expense | 303 | |
| 61700 · Computer and Internet Expenses | 675 | |
| 63700 · Landscaping and Groundskeeping | | |
| 64904 · Supplies | 1,182 | |
| 66500 · Postage and Delivery | 457 | |
| 67100 · Rent Expense | 40,100 | |
| 67200 · Repairs and Maintenance | 509 | 3,790 |
| 68100 · Telephone Expense | 4,730 | |
| **Total General Expenses** | 49,613 | 3,790 |
| **Reorganization Costs** | | |
| Professional Fees | 866 | 698 |
| U.S. Trustee Fees | 4,225 | |
| **Total Reorganization Costs** | 5,091 | 698 |
| **Total Expense** | 127,735 | 5,470 |
| **Net Ordinary Income** | 16,192 | 11,599 |
| **Net Income** | **16,192** | **11,599** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through January 31, 2017

| | 196 Rosemont, Trenton (Residential Properties) | 219 Woodlawn, Hamilton (Residential Properties) |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Income/Receipts** | | |
| **Disability Income** | | |
| **Opening Deposit Balance** | | |
| **Other Income** | | |
| **Refund** | | |
| **Rental Income** | 13,300 | 25,317 |
| **Social Security** | | |
| **Tax Refund** | | |
| **Income/Receipts - Other** | | |
| **Total Income/Receipts** | 13,300 | 25,317 |
| **Total Income** | 13,300 | 25,317 |
| **Expense** | | |
| **Disbursements** | | |
| **Cable, TV, Phone-Bus/Personal** | | |
| **Car Service Taxi/Transportation** | | |
| **Food/ Entertainment/Personal** | | |
| **Gas & Tolls** | | |
| **Health Club** | | |
| **Home Insurance** | | |
| **Home Maintenance/Care** | | |
| **Housekeeping/Clothing/Laundry** | | |
| **Income Tax** | | |
| **Insurance** | 665 | 2 |
| **License/Fees** | 135 | 25 |
| **Medical** | | |
| **Other Taxes** | | 946 |
| **Real Estate Taxes** | | |
| **Service Charges-Checks, Etc** | | |
| **Travel Expense** | | |
| **Utilities** | | |
| **Total Disbursements** | 800 | 973 |
| **General Expenses** | | |
| **60200 · Automobile Expense** | | |
| **60902 · Office Expense** | | |
| **61700 · Computer and Internet Expenses** | | |
| **63700 · Landscaping and Groundskeeping** | | |
| **64904 · Supplies** | | |
| **66500 · Postage and Delivery** | | |
| **67100 · Rent Expense** | | |
| **67200 · Repairs and Maintenance** | 1,319 | 2,652 |
| **68100 · Telephone Expense** | | |
| **Total General Expenses** | 1,319 | 2,652 |
| **Reorganization Costs** | | |
| **Professional Fees** | | |
| **U.S. Trustee Fees** | | |
| **Total Reorganization Costs** | | |
| **Total Expense** | 2,118 | 3,625 |
| **Net Ordinary Income** | 11,182 | 21,692 |
| **Net Income** | **11,182** | **21,692** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through January 31, 2017

| | 244 Cleveland, Trenton (Residential Properties) | 251 Woodlawn, Hamilton (Residential Properties) |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Income/Receipts** | | |
| **Disability Income** | | |
| **Opening Deposit Balance** | | |
| **Other Income** | | |
| **Refund** | | |
| **Rental Income** | 27,028 | 26,682 |
| **Social Security** | | |
| **Tax Refund** | | |
| **Income/Receipts - Other** | | |
| **Total Income/Receipts** | 27,028 | 26,682 |
| **Total Income** | 27,028 | 26,682 |
| **Expense** | | |
| **Disbursements** | | |
| **Cable, TV, Phone-Bus/Personal** | | |
| **Car Service Taxi/Transportation** | | |
| **Food/ Entertainment/Personal** | | |
| **Gas & Tolls** | | |
| **Health Club** | | |
| **Home Insurance** | | |
| **Home Maintenance/Care** | | |
| **Housekeeping/Clothing/Laundry** | | |
| **Income Tax** | | |
| **Insurance** | 268 | |
| **License/Fees** | 135 | |
| **Medical** | | |
| **Other Taxes** | | 314 |
| **Real Estate Taxes** | | |
| **Service Charges-Checks, Etc** | | |
| **Travel Expense** | | |
| **Utilities** | 641 | |
| **Total Disbursements** | 1,044 | 314 |
| **General Expenses** | | |
| **60200 · Automobile Expense** | | |
| **60902 · Office Expense** | | |
| **61700 · Computer and Internet Expenses** | | |
| **63700 · Landscaping and Groundskeeping** | | |
| **64904 · Supplies** | | |
| **66500 · Postage and Delivery** | | |
| **67100 · Rent Expense** | | |
| **67200 · Repairs and Maintenance** | 2,182 | 5,681 |
| **68100 · Telephone Expense** | | |
| **Total General Expenses** | 2,182 | 5,681 |
| **Reorganization Costs** | | |
| **Professional Fees** | | |
| **U.S. Trustee Fees** | | |
| **Total Reorganization Costs** | | |
| **Total Expense** | 3,226 | 5,995 |
| **Net Ordinary Income** | 23,802 | 20,687 |
| **Net Income** | **23,802** | **20,687** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through January 31, 2017

| | 29 S Olden, Trenton (Residential Properties) | 324 Mary St, Hamilton (Residential Properties) |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Income/Receipts** | | |
| **Disability Income** | | |
| **Opening Deposit Balance** | | |
| **Other Income** | | |
| **Refund** | | |
| **Rental Income** | 12,890 | 21,100 |
| **Social Security** | | |
| **Tax Refund** | | |
| **Income/Receipts - Other** | | |
| **Total Income/Receipts** | 12,890 | 21,100 |
| **Total Income** | 12,890 | 21,100 |
| **Expense** | | |
| **Disbursements** | | |
| **Cable, TV, Phone-Bus/Personal** | | |
| **Car Service Taxi/Transportation** | | |
| **Food/ Entertainment/Personal** | 27 | |
| **Gas & Tolls** | | |
| **Health Club** | | |
| **Home Insurance** | | |
| **Home Maintenance/Care** | | 12 |
| **Housekeeping/Clothing/Laundry** | | |
| **Income Tax** | | |
| **Insurance** | 266 | 397 |
| **License/Fees** | 135 | |
| **Medical** | (636) | |
| **Other Taxes** | | 473 |
| **Real Estate Taxes** | 231 | 338 |
| **Service Charges-Checks, Etc** | | |
| **Travel Expense** | | |
| **Utilities** | 45 | 316 |
| **Total Disbursements** | 69 | 1,535 |
| **General Expenses** | | |
| **60200 · Automobile Expense** | | |
| **60902 · Office Expense** | | |
| **61700 · Computer and Internet Expenses** | | |
| **63700 · Landscaping and Groundskeeping** | | |
| **64904 · Supplies** | 91 | |
| **66500 · Postage and Delivery** | | |
| **67100 · Rent Expense** | | |
| **67200 · Repairs and Maintenance** | 11,699 | 9,737 |
| **68100 · Telephone Expense** | | |
| **Total General Expenses** | 11,790 | 9,737 |
| **Reorganization Costs** | | |
| **Professional Fees** | | |
| **U.S. Trustee Fees** | | |
| **Total Reorganization Costs** | | |
| **Total Expense** | 11,858 | 11,272 |
| **Net Ordinary Income** | 1,032 | 9,828 |
| **Net Income** | **1,032** | **9,828** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through January 31, 2017

| | 329 Cleveland, Trenton (Residential Properties) | 343 Garfield, Trenton (Residential Properties) |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Income/Receipts** | | |
| **Disability Income** | | |
| **Opening Deposit Balance** | | |
| **Other Income** | | |
| **Refund** | | |
| **Rental Income** | 10,793 | 15,084 |
| **Social Security** | | |
| **Tax Refund** | | |
| **Income/Receipts - Other** | | |
| **Total Income/Receipts** | 10,793 | 15,084 |
| **Total Income** | 10,793 | 15,084 |
| **Expense** | | |
| **Disbursements** | | |
| **Cable, TV, Phone-Bus/Personal** | | |
| **Car Service Taxi/Transportation** | | |
| **Food/ Entertainment/Personal** | | |
| **Gas & Tolls** | | |
| **Health Club** | | |
| **Home Insurance** | | 725 |
| **Home Maintenance/Care** | | |
| **Housekeeping/Clothing/Laundry** | | |
| **Income Tax** | | |
| **Insurance** | | 239 |
| **License/Fees** | 135 | 250 |
| **Medical** | | |
| **Other Taxes** | | |
| **Real Estate Taxes** | | 209 |
| **Service Charges-Checks, Etc** | | |
| **Travel Expense** | | |
| **Utilities** | 854 | 832 |
| **Total Disbursements** | 989 | 2,254 |
| **General Expenses** | | |
| **60200 · Automobile Expense** | | |
| **60902 · Office Expense** | | |
| **61700 · Computer and Internet Expenses** | | |
| **63700 · Landscaping and Groundskeeping** | | |
| **64904 · Supplies** | | |
| **66500 · Postage and Delivery** | | |
| **67100 · Rent Expense** | | |
| **67200 · Repairs and Maintenance** | 6,978 | 5,766 |
| **68100 · Telephone Expense** | | |
| **Total General Expenses** | 6,978 | 5,766 |
| **Reorganization Costs** | | |
| **Professional Fees** | 698 | |
| **U.S. Trustee Fees** | | |
| **Total Reorganization Costs** | 698 | |
| **Total Expense** | 8,665 | 8,020 |
| **Net Ordinary Income** | 2,129 | 7,064 |
| **Net Income** | **2,129** | **7,064** |

## Kenneth McNeil
# Profit & Loss by Class
### March 11, 2015 through January 31, 2017

|  | 44 S Hermitage, Trenton (Residential Properties) | 48 S Olden, Trenton (Residential Properties) |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Income/Receipts** | | |
| Disability Income | | |
| Opening Deposit Balance | | |
| Other Income | | |
| Refund | | |
| Rental Income | 21,652 | 16,056 |
| Social Security | | |
| Tax Refund | | |
| Income/Receipts - Other | | |
| **Total Income/Receipts** | 21,652 | 16,056 |
| **Total Income** | 21,652 | 16,056 |
| **Expense** | | |
| **Disbursements** | | |
| Cable, TV, Phone-Bus/Personal | | |
| Car Service Taxi/Transportation | | |
| Food/ Entertainment/Personal | | |
| Gas & Tolls | | |
| Health Club | | |
| Home Insurance | 685 | 693 |
| Home Maintenance/Care | | |
| Housekeeping/Clothing/Laundry | | |
| Income Tax | | |
| Insurance | 643 | 227 |
| License/Fees | 205 | 135 |
| Medical | | |
| Other Taxes | | |
| Real Estate Taxes | 1,878 | 586 |
| Service Charges-Checks, Etc | | |
| Travel Expense | | |
| Utilities | 3,822 | 393 |
| **Total Disbursements** | 7,234 | 2,035 |
| **General Expenses** | | |
| 60200 · Automobile Expense | | |
| 60902 · Office Expense | | |
| 61700 · Computer and Internet Expenses | | |
| 63700 · Landscaping and Groundskeeping | 275 | |
| 64904 · Supplies | | |
| 66500 · Postage and Delivery | | |
| 67100 · Rent Expense | | |
| 67200 · Repairs and Maintenance | 25,627 | 11,202 |
| 68100 · Telephone Expense | | |
| **Total General Expenses** | 25,902 | 11,202 |
| **Reorganization Costs** | | |
| Professional Fees | 698 | |
| U.S. Trustee Fees | | |
| **Total Reorganization Costs** | 698 | |
| **Total Expense** | 33,833 | 13,237 |
| **Net Ordinary Income** | (12,182) | 2,819 |
| **Net Income** | **(12,182)** | **2,819** |

## Kenneth McNeil
# Profit & Loss by Class
### March 11, 2015 through January 31, 2017

| | 5 Cortelyou Road, Jackson (Residential Properties) | | 52 S Olden, Trenton (Residential Properties) | |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| **Income/Receipts** | | | | |
| Disability Income | | | | |
| Opening Deposit Balance | | | | |
| Other Income | | | | |
| Refund | | | | |
| Rental Income | 48,390 | | 19,363 | |
| Social Security | | | | |
| Tax Refund | | | | |
| Income/Receipts - Other | | | (762) | |
| **Total Income/Receipts** | | 48,390 | | 18,601 |
| **Total Income** | | 48,390 | | 18,601 |
| **Expense** | | | | |
| **Disbursements** | | | | |
| Cable, TV, Phone-Bus/Personal | | | | |
| Car Service Taxi/Transportation | | | | |
| Food/ Entertainment/Personal | | | | |
| Gas & Tolls | | | | |
| Health Club | | | | |
| Home Insurance | | | 10 | |
| Home Maintenance/Care | | | | |
| Housekeeping/Clothing/Laundry | | | | |
| Income Tax | | | | |
| Insurance | | | 1,435 | |
| License/Fees | | | | |
| Medical | | | | |
| Other Taxes | | | | |
| Real Estate Taxes | | | | |
| Service Charges-Checks, Etc | | | | |
| Travel Expense | | | | |
| Utilities | | | 5,649 | |
| **Total Disbursements** | | | | 7,094 |
| **General Expenses** | | | | |
| 60200 · Automobile Expense | | | | |
| 60902 · Office Expense | | | | |
| 61700 · Computer and Internet Expenses | | | | |
| 63700 · Landscaping and Groundskeeping | | | | |
| 64904 · Supplies | | | | |
| 66500 · Postage and Delivery | | | | |
| 67100 · Rent Expense | 100 | | 3,400 | |
| 67200 · Repairs and Maintenance | | | 1,072 | |
| 68100 · Telephone Expense | | | | |
| **Total General Expenses** | | 100 | | 4,472 |
| **Reorganization Costs** | | | | |
| Professional Fees | | | | |
| U.S. Trustee Fees | | | | |
| **Total Reorganization Costs** | | | | |
| **Total Expense** | | 100 | | 11,566 |
| **Net Ordinary Income** | | 48,290 | | 7,035 |
| **Net Income** | | **48,290** | | **7,035** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through January 31, 2017

|  | 59 Edgemere, Trenton (Residential Properties) | 631 Norway, Hamilton (Residential Properties) |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Income/Receipts** | | |
| **Disability Income** | | |
| **Opening Deposit Balance** | | |
| **Other Income** | | |
| **Refund** | | |
| **Rental Income** | 21,975 | 25,130 |
| **Social Security** | | |
| **Tax Refund** | | |
| **Income/Receipts - Other** | | |
| **Total Income/Receipts** | 21,975 | 25,130 |
| **Total Income** | 21,975 | 25,130 |
| **Expense** | | |
| **Disbursements** | | |
| **Cable, TV, Phone-Bus/Personal** | | |
| **Car Service Taxi/Transportation** | | |
| **Food/ Entertainment/Personal** | | |
| **Gas & Tolls** | | |
| **Health Club** | | |
| **Home Insurance** | | |
| **Home Maintenance/Care** | | |
| **Housekeeping/Clothing/Laundry** | | |
| **Income Tax** | | |
| **Insurance** | | |
| **License/Fees** | 135 | 52 |
| **Medical** | | |
| **Other Taxes** | | 1,115 |
| **Real Estate Taxes** | | |
| **Service Charges-Checks, Etc** | | |
| **Travel Expense** | | |
| **Utilities** | 106 | |
| **Total Disbursements** | 241 | 1,167 |
| **General Expenses** | | |
| **60200 · Automobile Expense** | | |
| **60902 · Office Expense** | | |
| **61700 · Computer and Internet Expenses** | | |
| **63700 · Landscaping and Groundskeeping** | | |
| **64904 · Supplies** | | 33 |
| **66500 · Postage and Delivery** | | |
| **67100 · Rent Expense** | | |
| **67200 · Repairs and Maintenance** | 994 | 8,432 |
| **68100 · Telephone Expense** | | |
| **Total General Expenses** | 994 | 8,466 |
| **Reorganization Costs** | | |
| **Professional Fees** | | |
| **U.S. Trustee Fees** | | |
| **Total Reorganization Costs** | | |
| **Total Expense** | 1,235 | 9,633 |
| **Net Ordinary Income** | 20,740 | 15,498 |
| **Net Income** | **20,740** | **15,498** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through January 31, 2017

| | Total Residential Properties | Unclassified |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Income/Receipts** | | |
| Disability Income | | |
| Opening Deposit Balance | | |
| Other Income | | 0 |
| Refund | | |
| Rental Income | 321,829 | |
| Social Security | | |
| Tax Refund | | |
| Income/Receipts - Other | (762) | |
| **Total Income/Receipts** | 321,067 | 0 |
| **Total Income** | 321,067 | 0 |
| **Expense** | | |
| **Disbursements** | | |
| Cable, TV, Phone-Bus/Personal | | |
| Car Service Taxi/Transportation | | |
| Food/ Entertainment/Personal | 27 | (218) |
| Gas & Tolls | | |
| Health Club | | |
| Home Insurance | 2,113 | |
| Home Maintenance/Care | 12 | |
| Housekeeping/Clothing/Laundry | | |
| Income Tax | | |
| Insurance | 4,141 | |
| License/Fees | 1,342 | |
| Medical | (636) | |
| Other Taxes | 3,480 | |
| Real Estate Taxes | 3,242 | |
| Service Charges-Checks, Etc | | |
| Travel Expense | | |
| Utilities | 13,009 | |
| **Total Disbursements** | 26,730 | (218) |
| **General Expenses** | | |
| 60200 · Automobile Expense | | |
| 60902 · Office Expense | | |
| 61700 · Computer and Internet Expenses | | |
| 63700 · Landscaping and Groundskeeping | 275 | |
| 64904 · Supplies | 124 | |
| 66500 · Postage and Delivery | | |
| 67100 · Rent Expense | 3,500 | |
| 67200 · Repairs and Maintenance | 97,131 | (19,780) |
| 68100 · Telephone Expense | | |
| **Total General Expenses** | 101,031 | (19,780) |
| **Reorganization Costs** | | |
| Professional Fees | 2,094 | |
| U.S. Trustee Fees | | |
| **Total Reorganization Costs** | 2,094 | |
| **Total Expense** | 129,854 | (19,998) |
| **Net Ordinary Income** | 191,213 | 19,998 |
| **Net Income** | **191,213** | **19,998** |

# Kenneth McNeil
## Profit & Loss by Class
### March 11, 2015 through January 31, 2017

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| **Income/Receipts** |  |
| Disability Income | 103,185 |
| Opening Deposit Balance | 3,688 |
| Other Income | 12 |
| Refund | 24,655 |
| Rental Income | 321,829 |
| Social Security | 9,945 |
| Tax Refund | 2,441 |
| Income/Receipts - Other | (762) |
| **Total Income/Receipts** | 464,994 |
| **Total Income** | 464,994 |
| **Expense** |  |
| **Disbursements** |  |
| Cable, TV, Phone-Bus/Personal | 1,096 |
| Car Service Taxi/Transportation | 203 |
| Food/ Entertainment/Personal | 35,839 |
| Gas & Tolls | 3,025 |
| Health Club | 103 |
| Home Insurance | 2,896 |
| Home Maintenance/Care | 50 |
| Housekeeping/Clothing/Laundry | 178 |
| Income Tax | 187 |
| Insurance | 15,457 |
| License/Fees | 1,342 |
| Medical | 8,353 |
| Other Taxes | 4,025 |
| Real Estate Taxes | 3,242 |
| Service Charges-Checks, Etc | 469 |
| Travel Expense | 7,579 |
| Utilities | 15,499 |
| **Total Disbursements** | 99,542 |
| **General Expenses** |  |
| 60200 · Automobile Expense | 1,657 |
| 60902 · Office Expense | 303 |
| 61700 · Computer and Internet Expenses | 675 |
| 63700 · Landscaping and Groundskeeping | 275 |
| 64904 · Supplies | 1,306 |
| 66500 · Postage and Delivery | 457 |
| 67100 · Rent Expense | 43,600 |
| 67200 · Repairs and Maintenance | 77,860 |
| 68100 · Telephone Expense | 4,730 |
| **Total General Expenses** | 130,863 |
| **Reorganization Costs** |  |
| Professional Fees | 2,960 |
| U.S. Trustee Fees | 4,225 |
| **Total Reorganization Costs** | 7,185 |
| **Total Expense** | 237,591 |
| **Net Ordinary Income** | 227,403 |
| **Net Income** | **227,403** |

# Wells Fargo Combined Statement of Accounts



Primary account number:  **1632178321**  ▪  January 1, 2017 - January 31, 2017  ▪  Page 1 of 9

KENNETH MCNEIL
DEBTOR IN POSSESSION
CH 11 CASE# 15-14218(NJ)
174 NASSAU ST PMB 277
PRINCETON NJ 08542-7005

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo® Preferred Checking | 2 | 1632178321 | 133,471.33 | 145,018.83 |
| Wells Fargo Everyday Checking | 6 | 1632178354 | 564.41 | -26.66 |
| Wells Fargo Way2Save® Savings | 8 | 5631706024 | 500.07 | 500.08 |
| **Total deposit accounts** | | | **$134,535.81** | **$145,492.25** |

Primary account number:  **1632178321**  ■ January 1, 2017 - January 31, 2017  ■ Page 2 of 9



# Wells Fargo® Preferred Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $133,471.33 |
| Deposits/Additions | 22,264.66 |
| Withdrawals/Subtractions | - 10,717.16 |
| **Ending balance on 1/31** | **$145,018.83** |

Account number:  **1632178321**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 15-14218(NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
- Savings - 000005631706024

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.12 |
| Average collected balance | $132,109.94 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.12 |
| Interest paid this year | $1.12 |
| Total interest paid in 2016 | $10.56 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | SSA Treas 310 Xxsoc Sec 010317 xxxxx3034A SSA Kenneth G McNeil | 1,980.60 | | |
| 1/3 | | Purchase authorized on 12/30 United 016260 800-932-2732 TX S306365737665195 Card 8921 | | 25.00 | |
| 1/3 | | Purchase authorized on 12/30 Carolina Concessio West Columbia SC S306365773424152 Card 8921 | | 31.00 | |
| 1/3 | | Purchase authorized on 12/31 Salata - Energy CO Houston TX S386366723573609 Card 8921 | | 32.00 | |
| 1/3 | | Purchase authorized on 01/01 Kroger #315 Katy TX S587002156853040 Card 8921 | | 14.18 | |
| 1/3 | | Purchase authorized on 01/02 WM Supercenter #45 Katy TX S587002717147968 Card 8921 | | 18.37 | |
| 1/3 | | Purchase authorized on 01/02 LA Madeleine #134 Katy TX S307003031165103 Card 8921 | | 6.88 | 135,324.50 |
| 1/4 | | Purchase authorized on 01/02 Salata - Katy Katy TX S467002804336700 Card 8921 | | 57.00 | |
| 1/4 | | Purchase authorized on 01/02 Dsw Shoppes at Par Katy TX S467002863825829 Card 8921 | | 21.60 | |
| 1/4 | | Bill Pay 29 S Olden Ave T Recurringxxxxx39887 on 01-04 | | 700.00 | |
| 1/4 | | Bill Pay Ocwen-219 Recurringxxxxx24512 on 01-04 | | 726.00 | 133,819.90 |
| 1/5 | | Purchase authorized on 01/03 The Health Museum Houston TX S587003784862109 Card 8921 | | 65.00 | |
| 1/5 | | Purchase authorized on 01/03 Canopy Restaurant Houston TX S387004042009753 Card 8921 | | 67.12 | |
| 1/5 | | Purchase authorized on 01/04 Starbucks Store 06 Houston TX S307004062373654 Card 8921 | | 6.39 | |

Primary account number:  **1632178321**  ▪ January 1, 2017 - January 31, 2017 ▪ Page 3 of 9



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/5 | | Purchase authorized on 01/03 Cinemark Theatres Katy TX S467004145012593 Card 8921 | | 11.36 | |
| 1/5 | | Purchase authorized on 01/04 Walgreens #4696 Katy TX S467004253275467 Card 8921 | | 12.98 | |
| 1/5 | | Bcbsnj Primary 1 Online 170103 000000780277311 Kenneth McNeil | | 239.01 | 133,418.04 |
| 1/6 | | Purchase authorized on 01/04 Salata - Energy CO Houston TX S307004785657072 Card 8921 | | 25.00 | |
| 1/6 | | Recurring Payment authorized on 01/05 Amazonprime Member Amzn.Com/Prme WA S307005601878302 Card 8921 | | 11.75 | |
| 1/6 | | Bill Pay Andrew Yates Recurringno Account Number on 01-06 | | 150.00 | |
| 1/6 | | Bill Pay 52 S. Olden Rush Recurringxxxxx79675 on 01-06 | | 761.84 | 132,469.45 |
| 1/9 | | Purchase authorized on 01/06 Travel Insurance P 800-729-6021 VA S467005529156201 Card 8921 | | 21.88 | |
| 1/9 | | Purchase authorized on 01/05 American Air001210 Fort Worth TX S467005533582090 Card 8921 | | 230.30 | |
| 1/9 | | Purchase authorized on 01/05 Salata - Energy CO Houston TX S587005670208153 Card 8921 | | 21.00 | |
| 1/9 | | Recurring Payment authorized on 01/06 Verizon*Onetimepay Verizon.Com FL S467006412140422 Card 8921 | | 266.68 | |
| 1/9 | | Purchase authorized on 01/06 The Home Depot #09 Ewing NJ S307006630510482 Card 8921 | | 94.05 | |
| 1/9 | | Purchase authorized on 01/06 Italian Pizza and Katy TX S467007092592234 Card 8921 | | 17.73 | |
| 1/9 | | Purchase authorized on 01/08 Apl* Itunes.Com/Bi 866-712-7753 CA S587007660067102 Card 8921 | | 32.05 | |
| 1/9 | | Purchase authorized on 01/07 Wholefds Kty #1047 Katy TX S587007834049148 Card 8921 | | 22.04 | |
| 1/9 | | Purchase authorized on 01/07 Salata - Katy Katy TX S467008067042875 Card 8921 | | 13.00 | |
| 1/9 | | Purchase authorized on 01/08 Heb #109 Houston TX S387008789267820 Card 8921 | | 100.00 | 131,650.72 |
| 1/10 | | WFB Hr Benefits Wfc04810379 McNeil Kenneth | | 45.92 | 131,604.80 |
| 1/12 | | Purchase authorized on 01/10 Salata - Katy Katy TX S307011015514389 Card 8921 | | 9.00 | |
| 1/12 | | Purchase authorized on 01/11 Kroger #122 Katy TX S387011621040457 Card 8921 | | 120.53 | 131,475.27 |
| 1/13 | | Purchase authorized on 01/13 Apl* Itunes.Com/Bi 866-712-7753 CA S467012664042927 Card 8921 | | 48.08 | 131,427.19 |
| 1/17 | | Purchase authorized on 01/14 Cinemark Theatres Katy TX S587015036293649 Card 8921 | | 44.58 | |
| 1/17 | | Purchase authorized on 01/14 Cinemark Theatres Katy TX S307015047079491 Card 8921 | | 27.91 | |
| 1/17 | | Recurring Transfer to McNeil K Ref #Op034Bqrz4 Everyday Checking House Expense | | 500.00 | |
| 1/17 | | Purchase authorized on 01/15 American Air001027 Fort Worth TX S387015512931823 Card 8921 | | 25.00 | |
| 1/17 | | Purchase authorized on 01/15 Njt Mobile 3001 Newark NJ S587016019389088 Card 8921 | | 10.65 | |
| 1/17 | | Purchase authorized on 01/15 Seasons 52 0004 Princeton NJ S307016092601389 Card 8921 | | 61.00 | |
| 1/17 | | Purchase authorized on 01/16 Macy*S East #0065 Lawrenceville NJ S587017022263509 Card 8921 | | 473.99 | |
| 1/17 | | Purchase authorized on 01/16 Target 0001 Princeton NJ S467017111070743 Card 8921 | | 24.74 | |
| 1/17 | | Prudential Ins Ins Prem Jan 17 063413632Trnll2 Kenneth G McNeil | | 73.67 | |
| 1/17 | | Metlife Payment 170117 50001060323 Kenneth McNeil | | 331.69 | 129,853.96 |
| 1/18 | | Purchase authorized on 01/16 Wholefds Prn 10187 Princeton NJ S307017045643903 Card 8921 | | 6.41 | |
| 1/18 | | Purchase authorized on 01/16 Wholefds Prn 10187 Princeton NJ S467017098259752 Card 8921 | | 140.85 | |

Primary account number: **1632178321** ■ January 1, 2017 - January 31, 2017 ■ Page 4 of 9



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|--------------------|--------------------------|---------------------|
| 1/18 | | ATM Withdrawal authorized on 01/18 1300 Hamilton Ave. Trenton NJ 0006279 ATM ID 0083Z Card 8921 | | 300.00 | 129,406.70 |
| 1/20 | | Purchase authorized on 01/19 Uber US Jan19 WA Help.Uber.Com CA S587019520206360 Card 8921 | | 5.65 | 129,401.05 |
| 1/23 | | Purchase Return authorized on 01/19 The Home Depot #09 Ewing NJ S617021669330338 Card 8921 | 457.96 | | |
| 1/23 | | Purchase Return authorized on 01/22 Uber Technologies 8005928996 CA S627022551830915 Card 8921 | 10.33 | | |
| 1/23 | | Purchase authorized on 01/20 United 016233 800-932-2732 TX S587020763137822 Card 8921 | | 246.40 | |
| 1/23 | | Purchase authorized on 01/20 Quick Chek Food St Trenton NJ S467021000093785 Card 8921 | | 20.00 | |
| 1/23 | | Purchase authorized on 01/21 Uber US Jan21 4Q Help.Uber.Com CA S307021841843025 Card 8921 | | 16.28 | |
| 1/23 | | Purchase authorized on 01/21 Uber US Jan21 67 Help.Uber.Com CA S467022050707061 Card 8921 | | 5.95 | 129,580.71 |
| 1/24 | | Massachusetts Mu Di ACH Pus 170123 Dz9Y2N2Vxt Kenneth G McNeil | 2,567.58 | | |
| 1/24 | | Purchase authorized on 01/22 Wholefds Prn 10187 Princeton NJ S467022853430702 Card 8921 | | 151.00 | |
| 1/24 | | Purchase authorized on 01/23 Fsi*Sce&G Payment 866-416-0649 SC S587023739979033 Card 8921 | | 250.00 | |
| 1/24 | 252 | Check | | 1,700.00 | 130,047.29 |
| 1/27 | | Wachovia Corpora Ltdbenefit 170125 56095000 McNeil, Kenneth G | 555.07 | | |
| 1/27 | | Purchase authorized on 01/25 The Home Depot #09 Ewing NJ S387025840007673 Card 8921 | | 25.62 | |
| 1/27 | | Purchase authorized on 01/26 Deals Ewing NJ S467027001189862 Card 8921 | | 15.91 | |
| 1/27 | | Public Service Pseg 006574546702 McNeil | | 27.55 | |
| 1/27 | | Public Service Pseg 007283559809 Kenneth McNeil | | 56.10 | |
| 1/27 | | Public Service Pseg 007224492906 Kenneth McNeil | | 111.06 | |
| 1/27 | | Public Service Pseg 006644238408 Kenneth McNeil | | 428.32 | 129,937.80 |
| 1/30 | | Deposit | 16,692.00 | | |
| 1/30 | | Purchase authorized on 01/26 The Home Depot #09 Ewing NJ S387027011119179 Card 8921 | | 14.90 | |
| 1/30 | | Purchase authorized on 01/27 Audible Adbl.CO/Bill NJ S387027454883570 Card 8921 | | 15.98 | |
| 1/30 | | Purchase authorized on 01/27 The Home Depot #09 Ewing NJ S387027731469936 Card 8921 | | 112.62 | |
| 1/30 | 254 | Cashed Check | | 500.00 | |
| 1/30 | | Purchase authorized on 01/28 Quick Chek Food St Trenton NJ S467028720046125 Card 8921 | | 28.49 | |
| 1/30 | | Purchase authorized on 01/28 Roots Asian Kitche Princeton NJ S287029135228820 Card 8921 | | 51.00 | |
| 1/30 | 255 | Cashed Check | | 250.00 | |
| 1/30 | 256 | Cashed Check | | 40.00 | |
| 1/30 | | Bill Pay 48 - Foremost IN on-Line xxxxxxxx48077 on 01-30 | | 75.54 | |
| 1/30 | | Bill Pay 343 - Foremost I on-Line xxxxxxxx48134 on 01-30 | | 79.50 | |
| 1/30 | | Bill Pay 29 - Foremost IN on-Line xxxxxxxx46972 on 01-30 | | 88.83 | |
| 1/30 | | Bill Pay 324 - Foremost I on-Line xxxxxxxx48119 on 01-30 | | 132.30 | |
| 1/30 | | Bill Pay 44 - Foremost I on-Line xxxxxxxx48101 on 01-30 | | 214.32 | 145,026.32 |
| 1/31 | | Purchase authorized on 01/31 Uber Technologies 866-576-1039 CA S467031028909416 Card 8921 | | 2.00 | |

Primary account number:  **1632178321**  ■  January 1, 2017 - January 31, 2017  ■  Page 5 of 9



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|--------------------|--------------------------|---------------------|
| 1/31 | | Purchase authorized on 01/30 Uber US Jan30 RV Help.Uber.Com CA S587031084031787 Card 8921 | | 6.61 | |
| 1/31 | | Interest Payment | 1.12 | | 145,018.83 |
| **Ending balance on 1/31** | | | | | **145,018.83** |
| **Totals** | | | **$22,264.66** | **$10,717.16** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 252 | 1/24 | 1,700.00 | 255 | 1/30 | 250.00 | 256 | 1/30 | 40.00 |
| 254 * | 1/30 | 500.00 | | | | | | |

\* *Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/01/2017 - 01/31/2017 | Standard monthly service fee $15.00 | You paid $0.00 |
|-----------------------------------|------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $5,103.25 ☑ |
| · Linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $130,128.16 ☑ |
|   - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

JD/JD

---

### Important Account Information

### Important Information About the Wells Fargo ExpressSend® Service

**Effective 4/8/2017:**
Wells Fargo Preferred Checking account owners will no longer receive a discounted transfer fee for the Wells Fargo ExpressSend service. Standard ExpressSend transfer fees will apply.

For an estimate of the current fee for an ExpressSend remittance transfer, visit the ExpressSend Cost Estimator online at www.wellsfargo.com/costestimator.

If you have questions about this information, please contact your local banker or call the number listed on your statement. Please note that the Consumer Account Fee and Information Schedule, the Consumer Account Agreement, as amended, and the ExpressSend Terms and Conditions continue to apply.

We appreciate your business and look forward to continuing to serve your financial needs.

Primary account number:   **1632178321**   ■ January 1, 2017 - January 31, 2017 ■ Page 6 of 9



 IMPORTANT ACCOUNT INFORMATION

**Amendment to our Funds Availability Policy**

Good news! Effective April 5, 2017, we've updated our funds availability policy to remove the delay of funds by one additional business day for certain checks deposited at a Wells Fargo location in Alaska. This applies only if the check was drawn on or payable at or through a paying bank not located in Alaska. Other funds availability policies are still in effect. Please see our Consumer Account Agreement for additional funds availability policies and details.

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate or compounding frequency.

# Wells Fargo Everyday Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $564.41 |
| Deposits/Additions | 649.78 |
| Withdrawals/Subtractions | - 1,240.85 |
| **Ending balance on 1/31** | **-$26.66** |

Account number:   **1632178354**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 15-14218(NJ)**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | Purchase authorized on 12/30 Sprouts Farmers MA Houston TX S586365617921208 Card 7491 | | 48.22 | |
| 1/3 | | Purchase authorized on 12/31 LA Madeleine #134 Katy TX S387001013203572 Card 7491 | | 20.79 | 495.40 |
| 1/13 | | Purchase authorized on 01/12 Sq *Gregorys Coffe Brooklyn NY S307012493238533 Card 7491 | | 5.35 | 490.05 |
| 1/17 | | Purchase Return authorized on 01/14 Target 0001 Princeton NJ S617016546015041 Card 7491 | 64.19 | | |
| 1/17 | | Purchase Return authorized on 01/14 Target 0001 Princeton NJ S617016546015040 Card 7491 | 85.59 | | |
| 1/17 | | Recurring Transfer From McNeil K Ref #Op034Bqrz4 Preferred Checking House Expense | 500.00 | | |
| 1/17 | | Purchase authorized on 01/13 Sq *Gregorys Coffe Brooklyn NY S307013483881419 Card 7491 | | 5.35 | |
| 1/17 | | Purchase authorized on 01/14 Marshalls #0505 Princeton NJ S587014583859880 Card 7491 | | 18.14 | |

Primary account number: **1632178321** ▪ January 1, 2017 - January 31, 2017 ▪ Page 7 of 9



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 1/17 | | Purchase authorized on 01/14 Target 0001 Princeton NJ S387014590164028 Card 7491 | | 20.08 | |
| 1/17 | | Purchase authorized on 01/14 Volvo of Princeton Lawrenceville NJ S387014598503189 Card 7491 | | 692.28 | |
| 1/17 | | Purchase authorized on 01/14 PF Changs #9984 Princeton NJ S387015008162453 Card 7491 | | 12.39 | |
| 1/17 | | Purchase authorized on 01/14 Target 0001 Princeton NJ S617016545975258 Card 7491 | | 64.19 | |
| 1/17 | | Purchase authorized on 01/15 Wwpa Alexander Rd/ West Windsor NJ S587015794773741 Card 7491 | | 5.00 | |
| 1/17 | | Purchase authorized on 01/16 Woodys Towne Cafe Allentown NJ S387016667588949 Card 7491 | | 9.62 | |
| 1/17 | | Purchase authorized on 01/16 Woodys Towne Cafe Allentown NJ S307016668009300 Card 7491 | | 10.00 | 302.78 |
| 1/18 | | Purchase authorized on 01/15 Sunoco 0005026004 Princeton Jct NJ S307016059916810 Card 7491 | | 19.26 | 283.52 |
| 1/19 | | ATM Withdrawal authorized on 01/19 194 Nassau St. Princeton NJ 0007857 ATM ID 0061Q Card 7491 | | 40.00 | 243.52 |
| 1/20 | | Purchase authorized on 01/18 Perelandra Natural Brooklyn NY S467018745908093 Card 7491 | | 28.13 | 215.39 |
| 1/23 | | Purchase authorized on 01/20 Sq *Gregorys Coffe Brooklyn NY S307020487707672 Card 7491 | | 5.35 | |
| 1/23 | | Purchase authorized on 01/20 Perelandra Natural Brooklyn NY S587020743373180 Card 7491 | | 6.52 | 203.52 |
| 1/24 | | Purchase authorized on 01/23 Wwpa Alexander Rd/ West Windsor NJ S307023428074994 Card 7491 | | 5.00 | 198.52 |
| 1/25 | | Purchase authorized on 01/23 Princeton Junction West Windsor NJ S467024087955000 Card 7491 | | 30.00 | 168.52 |
| 1/30 | | Purchase authorized on 01/27 Wwpa Alexander Rd/ West Windsor NJ S467027429293520 Card 7491 | | 5.00 | |
| 1/30 | | Purchase authorized on 01/29 Marshalls #0505 Princeton NJ S387029859176588 Card 7491 | | 47.97 | 115.55 |
| 1/31 | | Purchase authorized on 01/29 Wholefds Prn 10187 Princeton NJ S387030036179793 Card 7491 | | 142.21 | -26.66 |
| **Ending balance on 1/31** | | | | | **-26.66** |
| **Totals** | | | **$649.78** | **$1,240.85** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/01/2017 - 01/31/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | -$26.66 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 21 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)        ☐

RC/RC

Primary account number:  **1632178321**  ■  January 1, 2017 - January 31, 2017  ■  Page 8 of 9



---

# Wells Fargo Way2Save® Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $500.07 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 1/31** | **$500.08** |

Account number:  **5631706024**

**KENNETH MCNEIL**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 15-14218 NJ**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $500.07 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |
| Total interest paid in 2016 | $0.05 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 1/31 | Interest Payment | 0.01 | | 500.08 |
| **Ending balance on 1/31** | | | | **500.08** |
| **Totals** | | **$0.01** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/01/2017 - 01/31/2017 | Standard monthly service fee $5.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $300.00 | $500.07 | ☑ |
| · Daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 | ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 | ☐ |
| · Monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 | ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | | |

AM/AM

Primary account number:    **1632178321**    ■ January 1, 2017 - January 31, 2017    ■ Page 9 of 9



**WELLS FARGO**

---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

---

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.

In re  KENNETH G McNEIL _____

Case No. _____15-14218 MBK

**Reporting Period: January 31, 2017**

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

**Federal and State Income Tax withheld from salary**

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | Debtor's Plan has been confirmed. | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | $   - |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | Debtor's Plan has been confirmed | | | | | |
| Professional Fees | | | | | | 0 |
| Amounts Due to Insiders* | | | | | | 0 |
| | | | | | | |
| | | | | | | |
| **Total Postpetition Debts** | | | | | | $0.00 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re  KENNETH G McNEIL

Case No. _15-14218 MBK

Reporting Period: January 31, 2017

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

### See Note 1 below:

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $    4,720 | |
| + Amounts billed during the period | - | |
| - Amounts collected during the period | - | |
| Total Accounts Receivable at the end of the reporting period | $    4,720 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $         - | |
| 31 - 60 days old | - | |
| 61 - 90 days old | - | |
| 91+ days old | 4,720 | |
| Total Accounts Receivable | 4,720 | |
| Amount considered uncollectible (Bad Debt) | - | |
| Accounts Receivable (net) | $    4,720 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | N/A | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Note 1: Debtor's Plan has been Confirmed.**