| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**UDREN LAW OFFICES, P.C.**<br>**By:     Elizabeth Wassall, Esquire**<br>**Woodcrest Corporate Center**<br>**111 Woodcrest Road, Suite 200**<br>**Cherry Hill, NJ  08003-3620**<br>**856-669-5400**<br>Attorneys for Movant: LongVue Mortgage Capital, Inc., servicer for WestVue NPL Trust II | Order Filed on May 2, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: Kenneth G McNeil<br><br>Debtor(s) | Case No.:  15-14218-MBK<br><br>Chapter:  11<br><br>Hearing Date: 05/01/2017 at 10:00 a.m.<br><br>Judge:  Michael B. Kaplan |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

......

**DATED: May 2, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Kenneth G McNeil
Case No: 15-14218-MBK
Caption of Order:  ORDER VACATING STAY

---

Upon the motion of LongVue Mortgage Capital, Inc., servicer for WestVue NPL Trust II, under Bankruptcy Code section 362(a) for relief from the automatic stay and relief from the co-debtor stay with regard to co-debtor and co-owner Kenneth G McNeil under Bankruptcy Code section 1301 and relief from Automatic Stay against co-owner, obligor and mortgagor, Brenda McNeil, to proceed with state court remedies for default under the mortgage, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒    Real property more fully described as:

14 Sharpless Boulevard, Mount Holly, NJ 08060

☐    Personal property more fully described as:

It is further ORDERED that relief from co-debtor stay of 11 U.S.C. section 1301 is granted with regard to co-debtor Brenda McNeil.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.