| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>794730<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION ("FANNIE MAE") | |
| In Re:<br><br>KENNETH G MCNEIL | Case No: 15-14218 - MBK<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 11 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")</u> with regards to its mortgage. Said Mortgage was recorded on February 23, 2006, Book 9378, Page 673 on the real property, located at 196 ROSEMONT AVENUE, TRENTON, NJ 08618-4424 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| | |
|---|---|
| Dated: June 5, 2017 | <u>/s/ Michael Dingerdissen</u><br>Michael Dingerdissen, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>Tel: 856-813-5500 Ext. 31614<br>Fax: 856-813-5501<br>Email:<br>michael.dingerdissen@phelanhallinan.com |