| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**UDREN LAW OFFICES, P.C.**<br>**By:     Elizabeth Wassall, Esquire**<br>**Woodcrest Corporate Center**<br>**111 Woodcrest Road, Suite 200**<br>**Cherry Hill, NJ  08003-3620**<br>**856-669-5400**<br>Attorneys for Movant: LongVue Mortgage Capital, Inc., servicer for WestVue NPL Trust II | Order Filed on July 27, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re: Kenneth G McNeil<br><br>Debtor(s) | Case No.:  15-14218-MBK<br><br>Chapter:  11<br><br>Hearing Date: 07/24/2017 at 10:00 a.m.<br><br>Judge:  Hon. Michael B. Kaplan |

### ORDER GRANTING MOTION TO ANNUL AUTOMATIC STAY *NUNC PRO TUNC* AND CONFIRM VALIDITY OF FORECLOSURE ACTION

The relief set forth on the following pages, number two (2) through two (2) is

hereby **ORDERED**

......

**DATED: July 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Kenneth G McNeil
Case No: 15-14218-MBK
Caption of Order:  ORDER GRANTING MOTION TO ANNUL AUTOMATIC STAY *NUNC PRO TUNC* AND CONFIRM VALIDITY OF FORECLOSURE ACTION

---

Upon the motion of LongVue Mortgage Capital, Inc., servicer for WestVue NPL Trust II, for an Order annulling the automatic stay *nunc pro tunc*, to confirm the validity of and proceed proceed with state court foreclosure action for default under the mortgage, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated and annulled *nunc pro tunc* as of October 26, 2015 to permit the movant to resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒     Real property more fully described as:

14 Sharpless Boulevard, Mount Holly, NJ 08060

☐     Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.