UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

UDREN LAW OFFICES, P.C.
By:     Elizabeth Wassall, Esquire
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ  08003-3620
856-669-5400
Attorneys for Movant: LongVue Mortgage Capital, Inc., servicer for WestVue NPL Trust II

Order Filed on July 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Kenneth G McNeil

Debtor(s)

Case No.:  15-14218-MBK

Chapter:  11

Hearing Date: 07/24/2017 at 10:00 a.m.

Judge:  Hon. Michael B. Kaplan

### ORDER GRANTING MOTION TO ANNUL AUTOMATIC STAY *NUNC PRO TUNC* AND CONFIRM VALIDITY OF FORECLOSURE ACTION

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: July 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Kenneth G McNeil
Case No: 15-14218-MBK
Caption of Order:  ORDER GRANTING MOTION TO ANNUL AUTOMATIC STAY *NUNC PRO TUNC* AND CONFIRM VALIDITY OF FORECLOSURE ACTION

---

Upon the motion of LongVue Mortgage Capital, Inc., servicer for WestVue NPL Trust II, for an Order annulling the automatic stay *nunc pro tunc*, to confirm the validity of and proceed proceed with state court foreclosure action for default under the mortgage, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated and annulled *nunc pro tunc* as of October 26, 2015 to permit the movant to resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒     Real property more fully described as:

14 Sharpless Boulevard, Mount Holly, NJ 08060

☐     Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 15-14218-MBK
Kenneth G McNeil                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db            +Kenneth G McNeil,    52 S. Olden Avenue,    Trenton, NJ 08609-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, servicer
           for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-S2
           nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
           BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4
           MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
           COMPANY nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
           NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
           SECURED ASSETS et.al. nj.bkecf@fedphe.com
          Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al
           bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, not in its individual
           capacity but solely as Trustee for the RMAC Trust Series 2016-CTT dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor     U.S. Bank National Association, not in its individual
           capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Associatio, Et Al...
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
           NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
           SECURED ASSETS et.al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Elizabeth L. Wassall    on behalf of Creditor    LongVue Mortgage Capital, Inc., servicer for
           WestVue NPL Trust II vbarber@udren.com, ewassall@udren.com
          Elizabeth L. Wassall    on behalf of Creditor    WestVue NPL Trust II vbarber@udren.com,
           ewassall@udren.com
          Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent
           for U.S. Bank National Association, as Trustee, for JPMorgan Mortgage Trust 2007-S2 Mortgage
           Pass-through Certificates BKNJ@buckleymadole.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
           jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee. jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Jennifer R. Gorchow    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
           BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES
           2005-A15 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-O nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: pdf903           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
               NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
               SECURED ASSETS et.al. nj.bkecf@fedphe.com
              Jerome B. Blank    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4
               MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
              John D. Krohn    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
              John D. Krohn    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER
               THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-5 nj.bkecf@fedphe.com
              Joseph  Garibyan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION joegaribyan@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Associatio, Et Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent
               for U.S. Bank National Association, as Trustee, for JPMorgan Mortgage Trust 2007-S2 Mortgage
               Pass-through Certificates NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC
               NJ_ECF_Notices@buckleymadole.com
              Michael Frederick Dingerdissen    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               ("FANNIE MAE") nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON
               BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP., MORTGAGE et.al. nj.bkecf@fedphe.com
              Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal
               National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, et al dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Rushmore Loan Management Services, servicer for
               Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee
               for Carlsbad Funding Mortgage Trust dnj@pbslaw.org
              Scott E. Kaplan    on behalf of Debtor Kenneth G McNeil scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com
              Steven  Eisenberg    on behalf of Creditor    Ocwen Loan Servcing, LLC, as servicer for Deutsche
               Bank National Trust Company, as Trustee for American Home Mortgage Asset Trust 2007-3,
               Mortgage-Backed Pass-Through Certificates Series 2007-3 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren S. Jones, Jr.    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               email@warrensjones.com, bestcasewsj@gmail.com;r46134@notify.bestcase.com
                                                                                             TOTAL: 43
```