UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 15-14218 |
|---|---|---|
| Kenneth G McNeil | Chapter: | 11 |
| | Hearing Date: | 10/16/17 at 10:00 am |
| | Judge: | KAPLAN |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:    DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after  October 16, 2017  unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:    October 16, 2017
Time:    10:00 a.m.
Location:  United States Bankruptcy Court
           402 East State Street
           Trenton, New Jersey 08608


DATED:  September 6, 2017                    JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*