UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br> Kenneth G McNeil | Case No.: _____15-14218_____<br><br>Chapter:        11<br><br>Hearing Date: _10/16/17 at 10:00 am_<br><br>Judge:       KAPLAN |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:    DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after _____October 16, 2017_____ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:        _October 16, 2017_____

Time:        _10:00 a.m._____

Location:    _United States Bankruptcy Court_____

                       _402 East State Street_____

                       _Trenton, New Jersey 08608_____

DATED: _September 6, 2017_____        JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-14218-MBK
Kenneth G McNeil                                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Sep 06, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db              +Kenneth G McNeil,    52 S. Olden Avenue,    Trenton, NJ 08609-1524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                          Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, servicer
               for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Trust 2007-S2
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4
               MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
               COMPANY nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
               NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
               SECURED ASSETS et.al. nj.bkecf@fedphe.com
              Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al
               bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, not in its individual
               capacity but solely as Trustee for the RMAC Trust Series 2016-CTT dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Associatio, Et Al...
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
               NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
               SECURED ASSETS et.al. dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    LongVue Mortgage Capital, Inc., servicer for
               WestVue NPL Trust II vbarber@udren.com,  ewassall@udren.com
              Elizabeth L. Wassall    on behalf of Creditor    WestVue NPL Trust II vbarber@udren.com,
               ewassall@udren.com
              Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent
               for U.S. Bank National Association, as Trustee for JPMorgan Mortgage Trust 2007-S2 Mortgage
               Pass-through Certificates BKNJ@buckleymadole.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
               jeffrey.m.sponder@usdoj.gov,  jeffrey.m.sponder@usdoj.gov
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee. jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Jennifer R. Gorchow    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES
               2005-A15 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-O nj.bkecf@fedphe.com

District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Sep 06, 2017
                             Form ID: pdf903           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK
           NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC
           SECURED ASSETS et.al. nj.bkecf@fedphe.com
          Jerome B. Blank    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR DEUTSCHE
           BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A4
           MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D nj.bkecf@fedphe.com
          John D. Krohn    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nj.bkecf@fedphe.com
          John D. Krohn    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER
           THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2006-5 nj.bkecf@fedphe.com
          Joseph Garibyan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION joegaribyan@gmail.com
          Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Associatio, Et Al...
           jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent
           for U.S. Bank National Association, as Trustee, for JPMorgan Mortgage Trust 2007-S2 Mortgage
           Pass-through Certificates NJ_ECF_Notices@buckleymadole.com
          Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC
           NJ_ECF_Notices@buckleymadole.com
          Michael Frederick Dingerdissen    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
           nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
           nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
           ("FANNIE MAE") nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON
           BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP., MORTGAGE et.al. nj.bkecf@fedphe.com
          Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal
           National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com,
           bkyecf@rasflaw.com,legerman@rasnj.com
          Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc.
           bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
          Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, et al dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Rushmore Loan Management Services, servicer for
           Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee
           for Carlsbad Funding Mortgage Trust dnj@pbslaw.org
          Scott E. Kaplan    on behalf of Debtor Kenneth G McNeil scott@sekaplanlaw.com,
           felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com
          Steven Eisenberg    on behalf of Creditor    Ocwen Loan Servcing, LLC, as servicer for Deutsche
           Bank National Trust Company, as Trustee for American Home Mortgage Asset Trust 2007-3,
           Mortgage-Backed Pass-Through Certificates Series 2007-3 bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren S. Jones, Jr.    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           email@warrensjones.com, bestcasewsj@gmail.com;r46134@notify.bestcase.com
                                                                                    TOTAL: 43