**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Kenneth McNeil      Bank: Wells Fargo
Bankruptcy Number: 15-14218         Account Number: 1632178321
Date of Confirmation: 3-31-17       Account Type: Checking
Reporting Period (month/year): 4-2017 to 7-2017

Beginning Cash Balance:                                $144,747.93

All receipts received by the debtor:

    Cash Sales:                                         $ —

    Collection of Accounts Receivable:                  $ —

    Proceeds from Litigation (settlement or otherwise): $ —

    Sale of Debtor's Assets:                            $ —

    Capital Infusion pursuant to the Plan:              $ 79,589.25

    Total of cash received:                             $ 79,589.25

Total of cash available:                              $ 224,337.18

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:     $ 41,982.12

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:     $ 25,000.00

    All other disbursements made in the ordinary course:     $ 109,209.67

    Total Disbursements                                  $ 176,191.79

Ending Cash Balance                                    $ 48,145.39

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

8-15-2017            Kenneth McNeil
Date                 Name/Title

Debtor: Kenneth McNeil
Case Number: 15-14218

# Kenneth McNeil
## Balance Sheet
As of July 31, 2017

|  | Jul 31, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Bank | |
| WF MAIN CHECKING | 28,029.35 |
| 10300 · WF HOUSE ACCOUNT | 254.95 |
| 10500 · WF BK-SAVINGS ACCOUNT | 19,861.09 |
| **Total 10000 · Bank** | 48,145.39 |
| **Total Checking/Savings** | 48,145.39 |
| Accounts Receivable | |
| Accounts Receivable | 4,720.30 |
| **Total Accounts Receivable** | 4,720.30 |
| **Total Current Assets** | 52,865.69 |
| **Fixed Assets** | |
| Fixed Assets | |
| 1420 Genesee, Hamilton | 46,038.38 |
| 196 Rosemont, Trenton | 20,000.00 |
| 219 Woodlawn, Hamilton | 37,115.42 |
| 244 Cleveland, Trenton | 29,000.00 |
| 251 Woodlawn, Hamilton | 40,000.00 |
| 29 S Olden, Trenton | 19,780.36 |
| 324 Mary St., Hamilton | 40,000.00 |
| 329 Cleveland, Trenton | 26,661.88 |
| 343 Garfield, Trenton | 28,694.28 |
| 44 S Hermitage, Trenton | 29,840.66 |
| 48 S Olden, Trenton | 17,000.00 |
| 5 Cortelyou, Jackson | 375,000.00 |
| 52 S Olden, Trenton | 21,116.77 |
| 59 Edgemere, Trenton | 20,000.00 |
| 631 Norway, Hamilton | 35,990.40 |
| **Total Fixed Assets** | 786,238.15 |
| 12000 · Renovations | |
| Renovations 44 S. | 35,960.00 |
| 12000 · Renovations - Other | 10,604.75 |
| **Total 12000 · Renovations** | 46,564.75 |
| **Total Fixed Assets** | 832,802.90 |
| **TOTAL ASSETS** | **885,668.59** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Other Current Liabilities | |
| 24800 · Tenant Security Deposits Held | -14.36 |
| 59 · Edgemer, Trenton Payments Post | -1,500.00 |
| **Total Other Current Liabilities** | -1,514.36 |
| **Total Current Liabilities** | -1,514.36 |

# Kenneth McNeil
# Balance Sheet
As of July 31, 2017

|  | Jul 31, 17 |
|---|---:|
| **Long Term Liabilities** | |
|   Mortgage Loans-Prepetition | |
|     1420 Genesee, Hamilton | 125,903.21 |
|     196 Rosemont, Trenton | 102,982.22 |
|     219 Woodlawn, Hamilton | 87,142.99 |
|     244 Cleveland, Trenton | 135,055.25 |
|     251 Woodlawn, Hamilton | 88,626.36 |
|     29 S Olden, Trenton | 106,817.68 |
|     324 Mary St, Hamilton | 117,118.00 |
|     329 Cleveland, Trenton | 127,331.19 |
|     343 Garfield, Trenton | 152,116.29 |
|     44 S Hermitage, Trenton | 233,809.48 |
|     48 S Olden, Trenton | 113,759.56 |
|     5 Cortelyou Rd, Jackson | 530,236.89 |
|     52 S Olden, Trenton | 117,453.71 |
|     59 Edgemere, Trenton | 64,580.52 |
|     631 Norway, Hamilton | 89,765.34 |
|     Mortgage Loans-Prepetition - Other | -1,315.01 |
|   Total Mortgage Loans-Prepetition | 2,191,383.68 |
| **Total Long Term Liabilities** | 2,191,383.68 |
| **Total Liabilities** | 2,189,869.32 |
| **Equity** | |
|   30000 · Begining Balance Equity | -1,533,497.36 |
|   30700 · Members Draw | 1,000.00 |
|   32000 · Members Equity | 215,020.89 |
|   Net Income | 13,275.74 |
| **Total Equity** | -1,304,200.73 |
| **TOTAL LIABILITIES & EQUITY** | 885,668.59 |