UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

United States Department of Justice
Office of the United States Trustee
Andrew R. Vara, Acting US Trustee, Region 3
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov

In Re:

Kenneth G. McNeil,

Debtor.

Case No.: _____15-14218_____

Chapter: _____11_____

Adv. No.: _____

Hearing Date: __10/16/17 @ 11am__

Judge: _____MBK_____

## CERTIFICATION OF SERVICE

1. I, _____Jeffrey M. Sponder_____ :

   ☒ represent _____Acting US Trustee_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____October 11, 2017_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
   Objection to Clerk's Notice of Intention to Close Case.

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: ___10/11/17___               /s/ Jeffrey M. Sponder
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Scott E. Kaplan<br>Law Offices of Scott E. Kaplan, LLC<br>5 South Main Street<br>PO Box 157<br>Allentown, NJ 085010157<br>scott@sekaplanlaw.com | Counsel for the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other D.N.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerome B. Blank<br>Phellan Hallinan<br>1617 JFK Blvd.<br>Suite 1400<br>Philadelphia, PA 19103<br>nj.bkecf@fedphe.com | Counsel for Creditor, BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other DNJ LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian E Caine<br>Parker McCay PA<br>9000 Midlantic Drive, Suite 300<br>PO Box 5054<br>Mount Laurel, NJ 08054<br>bcaine@parkermccay.com | Counsel for Creditor, Wilmington Savings Fund Society, et al | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other DNJ LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon<br>KML Law Group PC<br>Sentry Office Plaza<br>216 Haddon Avenue<br>Suite 206<br>Westmont, NJ 08108<br>dcarlon@kmllawgroup.com | Counsel for Creditor, U.S. Bank National Associatio, Et Al | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other DNJ LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Frederick Dingerdissen<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road<br>Ste 100<br>Mt Laurel, NJ 08054<br>nj.bkecf@fedphe.com | Counsel for Creditor, OCWEN LOAN SERVICING, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other DNJ LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steven Eisenberg<br>Stern & Eisenberg, PC<br>1040 N. Kings Highway<br>Suite 407<br>Cherry Hill, NJ 08034<br>bkecf@sterneisenberg.com | Counsel for Creditor, Ocwen Loan Servcing, LLC, as servicer for Deutsche Bank National Trust Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _DNJ LBR 5005-1(d)_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph Garibyan<br>14546 Hamlin Street, 3rd Floor<br>Van Nuys, CA 91411<br>(818) 818-536-2255<br>joegaribyan@gmail.com | Counsel for Creditor, U.S. BANK NATIONAL ASSOCIATION | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _DNJ LBR 5005-1(d)_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua I. Goldman<br>Kivitz, McKeever, Lee, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>jgoldman@kmllawgroup.com | Counsel for Creditor, U.S. Bank National Associatio, Et Al | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _DNJ LBR 5005-1(d)_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Warren S. Jones, Jr.<br>Law Office of Warren S Jones, Jr<br>1 Trinity Lane<br>The Red Barn<br>Mount Holly, NJ 08060<br>email@warrensjones.com | Counsel for Creditor, U.S. BANK NATIONAL ASSOCIATION | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _DNJ LBR 5005-1(d)_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patrick O. Lacsina<br>RAS Citron LLC<br>130 Clinton Rd<br>Fairfield, NJ 07004 | Counsel for Creditor, Seterus, Inc. as authorized Subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Melissa N. Licker, Esq.<br>Buckley Madole, P.C.<br>99 Wood Drive South<br>Suite 803<br>Iselin, NJ 08830<br>NJ_ECF_Notices@buckleymadole.com | Counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>✔ Other D.N.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert P. Saltzman, Esq.<br>Pluese, Becker & Saltzman, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318<br>dnj@pbslaw.org | Counsel for Creditor, Nationstar Mortgage LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>✔ Other D.N.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew L. Spivack, Esq.<br>Phelan Hallnan Schnieg<br>400 Fellowship Road, Suite 100<br>Suite 100<br>Mt. Laurel, NJ 08054<br>nj.bkecf@fedphe.com | Counsel for Creditor, BANK OF AMERICA, N.A. AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>✔ Other D.N.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John Philip Schneider, Esq.<br>Phelan Hallinan & Diamond PC<br>400 Fellowship Rd.<br>Suite 100<br>Mount Laurel, NJ 08054<br>nj.bkecf@fedphe.com | Counsel for Creditor, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, servicer for U.S. Bank National Association | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>✔ Other D.N.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PROBER & RAPHAEL, A LAW CORPORATION<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364<br>cmartin@pralc.com | U.S. Bank National Association, as Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>✔ Other D.N.J. LBR 5005-1(d)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |