**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Kenneth McNeil        Bank: Wells Fargo
Bankruptcy Number: 15-14218          Account Number: 1632178321
Date of Confirmation: 3-31-17        Account Type: Checking
Reporting Period (month/year): 4/1 - 6/30/17

Beginning Cash Balance:                                $ 144,747.93

All receipts received by the debtor:

    Cash Sales:                                         $ _____

    Collection of Accounts Receivable:                  $ _____

    Proceeds from Litigation (settlement or otherwise): $ _____

    Sale of Debtor's Assets:                            $ _____

    Capital Infusion pursuant to the Plan:              $ _____

    Total of cash received:                             $ 60,505.88

Total of cash available:                              $ 205,253.81

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
    claims of bankruptcy professionals:                 $ 74,504.61

    Disbursements made pursuant to the administrative claims of
    bankruptcy professionals:                           $ 27,037.00

    All other disbursements made in the ordinary course: $ 56,074.88

    Total Disbursements                                 $ 157,616.49

Ending Cash Balance                                   $ 47,637.32

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/27/17                    /s/Kenneth McNeil
_____                 _____
Date                        Name/Title

Debtor: Kenneth McNeil
Case Number: 15-14218

1:05 PM
10/26/17
Accrual Basis

# Kenneth McNeil
## Balance Sheet
### As of June 30, 2017

|  | Jun 30, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **10000 · Bank** | |
| WF MAIN CHECKING | 27,559.28 |
| 10300 · WF HOUSE ACCOUNT | 77.94 |
| 10500 · WF BK-SAVINGS ACCOUNT | 20,000.10 |
| **Total 10000 · Bank** | 47,637.32 |
| **Total Checking/Savings** | 47,637.32 |
| **Accounts Receivable** | |
| Accounts Receivable | 4,720.30 |
| **Total Accounts Receivable** | 4,720.30 |
| **Total Current Assets** | 52,357.62 |
| **Fixed Assets** | |
| **Fixed Assets** | |
| 1420 Genesee, Hamilton | 46,038.38 |
| 196 Rosemont, Trenton | 20,000.00 |
| 219 Woodlawn, Hamilton | 37,115.42 |
| 244 Cleveland, Trenton | 29,000.00 |
| 251 Woodlawn, Hamilton | 40,000.00 |
| 29 S Olden, Trenton | 19,780.36 |
| 324 Mary St., Hamilton | 40,000.00 |
| 329 Cleveland, Trenton | 26,661.88 |
| 343 Garfield, Trenton | 28,694.28 |
| 44 S Hermitage, Trenton | 29,840.66 |
| 48 S Olden, Trenton | 17,000.00 |
| 5 Cortelyou, Jackson | 375,000.00 |
| 52 S Olden, Trenton | 21,116.77 |
| 59 Edgemere, Trenton | 20,000.00 |
| 631 Norway, Hamilton | 35,990.40 |
| **Total Fixed Assets** | 786,238.15 |
| **12000 · Renovations** | |
| Renovations 44 S. | 35,960.00 |
| 12000 · Renovations - Other | 10,604.75 |
| **Total 12000 · Renovations** | 46,564.75 |
| **Total Fixed Assets** | 832,802.90 |
| **TOTAL ASSETS** | **885,160.52** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 24300 · Tenant Security Deposits Held | -14.36 |
| 59 · Edgemer, Trenton Payments Post | -1,500.00 |
| **Total Other Current Liabilities** | -1,514.36 |
| **Total Current Liabilities** | -1,514.36 |

1:05 PM
10/26/17
Accrual Basis

# Kenneth McNeil
# Balance Sheet
## As of June 30, 2017

|  | Jun 30, 17 |
|---|---|
| **Long Term Liabilities** | |
|   **Mortgage Loans-Prepetition** | |
|     1420 Genesee, Hamilton | 126,439.21 |
|     196 Rosemont, Trenton | 102,982.22 |
|     219 Woodlawn, Hamilton | 87,142.99 |
|     244 Cleveland, Trenton | 135,793.25 |
|     251 Woodlawn, Hamilton | 89,407.36 |
|     29 S Olden, Trenton | 107,584.68 |
|     324 Mary St, Hamilton | 117,950.00 |
|     329 Cleveland, Trenton | 127,929.19 |
|     343 Garfield, Trenton | 153,636.29 |
|     44 S Hermitage, Trenton | 234,705.48 |
|     48 S Olden, Trenton | 114,543.56 |
|     5 Cortelyou Rd, Jackson | 533,098.92 |
|     52 S Olden, Trenton | 118,215.55 |
|     59 Edgemere, Trenton | 64,580.52 |
|     631 Norway, Hamilton | 90,330.34 |
|     Mortgage Loans-Prepetition - Other | -1,315.01 |
|   **Total Mortgage Loans-Prepetition** | 2,203,024.55 |
| **Total Long Term Liabilities** | 2,203,024.55 |
| **Total Liabilities** | 2,201,510.19 |
| **Equity** | |
|   30000 · Begining Balance Equity | -1,533,497.36 |
|   30700 · Members Draw | 1,000.00 |
|   32000 · Members Equity | 215,020.89 |
|   Net Income | 1,126.80 |
| **Total Equity** | -1,316,349.67 |
| **TOTAL LIABILITIES & EQUITY** | **885,160.52** |