OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Kenneth McNeil          Bank: Wells Fargo
Bankruptcy Number: 15-14218            Account Number: 1632178321
Date of Confirmation: 3-31-17          Account Type: Checking
Reporting Period (month/year): 7/1 - 9/30/17

Beginning Cash Balance:                $ 47,637.32

All receipts received by the debtor:

  Cash Sales:                          $ _____
  Collection of Accounts Receivable:   $ _____
  Proceeds from Litigation (settlement or otherwise): $ _____
  Sale of Debtor's Assets:             $ _____
  Capital Infusion pursuant to the Plan: $ _____
  Total of cash received:              $ 59,374.06

Total of cash available:               $ 107,011.38

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

  Disbursements made under the plan, excluding the administrative
    claims of bankruptcy professionals: $ —
  Disbursements made pursuant to the administrative claims of
    bankruptcy professionals:          $ 5,150
  All other disbursements made in the ordinary course: $ 72,741.38
  Total Disbursements                  $ 77,891.38

Ending Cash Balance                    $ 29,120.00

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/27/17            /s/Kenneth McNeil
_____         _____
Date                Name/Title

Debtor: Kenneth McNeil
Case Number: 15-14218

1:04 PM
10/26/17
Accrual Basis

# Kenneth McNeil
# Balance Sheet
## As of September 30, 2017

|  | Sep 30, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Bank | |
|     WF MAIN CHECKING | 15,310.22 |
|     10300 · WF HOUSE ACCOUNT | 205.02 |
|     10500 · WF BK-SAVINGS ACCOUNT | 13,604.76 |
| **Total 10000 · Bank** | 29,120.00 |
| **Total Checking/Savings** | 29,120.00 |
| **Accounts Receivable** | |
|   Accounts Receivable | 4,720.30 |
| **Total Accounts Receivable** | 4,720.30 |
| **Total Current Assets** | 33,840.30 |
| **Fixed Assets** | |
| Fixed Assets | |
|   1420 Genesee, Hamilton | 46,038.38 |
|   196 Rosemont, Trenton | 20,000.00 |
|   219 Woodlawn, Hamilton | 37,115.42 |
|   244 Cleveland, Trenton | 29,000.00 |
|   251 Woodlawn, Hamilton | 40,000.00 |
|   29 S Olden, Trenton | 19,780.36 |
|   324 Mary St., Hamilton | 40,000.00 |
|   329 Cleveland, Trenton | 26,661.88 |
|   343 Garfield, Trenton | 28,694.28 |
|   44 S Hermitage, Trenton | 29,840.66 |
|   48 S Olden, Trenton | 17,000.00 |
|   5 Cortelyou, Jackson | 375,000.00 |
|   52 S Olden, Trenton | 21,116.77 |
|   59 Edgemere, Trenton | 20,000.00 |
|   631 Norway, Hamilton | 35,990.40 |
| **Total Fixed Assets** | 786,238.15 |
| 12000 · Renovations | |
|   Renovations 44 S. | 35,960.00 |
|   12000 · Renovations - Other | 10,604.75 |
| **Total 12000 · Renovations** | 46,564.75 |
| **Total Fixed Assets** | 832,802.90 |
| **TOTAL ASSETS** | **866,643.20** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
|   Current Liabilities | |
|     Other Current Liabilities | |
|       24800 · Tenant Security Deposits Held | -14.36 |
|       59 · Edgemer, Trenton Payments Post | -1,500.00 |
|     **Total Other Current Liabilities** | -1,514.36 |
|   **Total Current Liabilities** | -1,514.36 |

1:04 PM
10/26/17
Accrual Basis

# Kenneth McNeil
## Balance Sheet
### As of September 30, 2017

|  | Sep 30, 17 |
|---|---:|
| **Long Term Liabilities** | |
| **Mortgage Loans-Prepetition** | |
| 1420 Genesee, Hamilton | 124,831.21 |
| 196 Rosemont, Trenton | 101,314.12 |
| 219 Woodlawn, Hamilton | 87,142.99 |
| 244 Cleveland, Trenton | 133,579.25 |
| 251 Woodlawn, Hamilton | 87,064.36 |
| 29 S Olden, Trenton | 105,283.68 |
| 324 Mary St, Hamilton | 115,454.00 |
| 329 Cleveland, Trenton | 126,135.19 |
| 343 Garfield, Trenton | 149,076.29 |
| 44 S Hermitage, Trenton | 232,017.48 |
| 48 S Olden, Trenton | 112,797.54 |
| 5 Cortelyou Rd, Jackson | 523,728.83 |
| 52 S Olden, Trenton | 115,475.55 |
| 59 Edgemere, Trenton | 64,580.52 |
| 631 Norway, Hamilton | 88,635.34 |
| Mortgage Loans-Prepetition - Other | -1,315.01 |
| **Total Mortgage Loans-Prepetition** | 2,165,801.34 |
| **Total Long Term Liabilities** | 2,165,801.34 |
| **Total Liabilities** | 2,164,286.98 |
| **Equity** | |
| 30000 · Begining Balance Equity | -1,533,497.36 |
| 30700 · Members Draw | 1,000.00 |
| 32000 · Members Equity | 215,020.89 |
| Net Income | 19,832.69 |
| **Total Equity** | -1,297,643.78 |
| **TOTAL LIABILITIES & EQUITY** | 866,643.20 |