OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: KeNNETH McNeil        Bank: Wells Fargo
Bankruptcy Number: 15-14218          Account Number: 1632178321
Date of Confirmation: 3-31-17        Account Type: Checking
Reporting Period (month/year): 10/1 - 10/26/17

Beginning Cash Balance:                              $ 29,120

All receipts received by the debtor:

    Cash Sales:                                      $
    Collection of Accounts Receivable:               $
    Proceeds from Litigation (settlement or otherwise): $
    Sale of Debtor's Assets:                         $
    Capital Infusion pursuant to the Plan:           $
    Total of cash received:                          $ 19,251.93

Total of cash available:                             $ 48,371.93

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:          $ —
    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:                    $ 1,500
    All other disbursements made in the ordinary course: $ 28,226.57
    Total Disbursements                              $ 29,726.57

Ending Cash Balance                                  $ 18,645.36

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/27/17                    /s/Kenneth McNeil
_____                 _____
Date                        Name/Title

Debtor: Kenneth McNeil
Case Number: 15-14218

3

| ASSETS | Month 10-26-17 | Month |
|---|---|---|
| Cash (Unrestricted) | 18,645.36 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | 4,720.30 | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | 23,365.66 | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | 832,802.90 | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | 856,168.56 | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | 2,157,494.98 | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | (1,301,326.42) | |
| Total Liabilities & Owners' Equity | 856,168.56 | |