UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  jeffrey.m.sponder@usdoj.gov



**Order Filed on November 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 15-14218 (MBK) |
| Kenneth G. McNeil, | Chapter 11 |
| Debtor. | Hearing Date: October 30, 2017 @ 10:00 a.m. |
| | Judge: Michael B. Kaplan |

## ORDER CLOSING CASE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 6, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Kenneth G. McNeil
Chapter 11 Case No.:  15-14218 (MBK)
**Order Closing Case**

_____

**THIS MATTER** having been opened to the Court by the Notice of Intention to Close Case filed by the Clerk of the Bankruptcy Court, and the United States Trustee having objected to the closing of the case; and the parties having resolved the objection; and for other good cause shown, it is hereby;

**ORDERED** that the case be and hereby is closed; and it is further

**ORDERED** that within 20 days following the entry of this Order, the Debtor shall file any and all outstanding monthly operating reports on the electronic docket, shall file any and all outstanding quarterly operating reports on the electronic docket, shall provide disbursement information for the fourth quarter of 2017 to the Office of the United States Trustee, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. Section 1930(a)(6) to the Office of the United States Trustee; and it is further

**ORDERED** that the case will be reopened and converted to a chapter 7 case *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on five (5) days' notice to the Debtor and the Debtor's counsel, without the need for filing a separate motion to reopen the case. The Debtor consents to the reopening of this case and the conversion to a chapter 7 case pursuant to the procedures set forth herein.