| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br>U.S. Bank National Association<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>**Kenneth G. McNeil,**<br><br>    **Debtor.** | Case No.:    15-14218-MBK<br><br>Chapter:    11<br><br>Judge:    Michael B. Kaplan |

## U.S. BANK NATIONAL ASSOCIATION'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

**NOW COMES** Creditor, U.S. Bank National Association, As Trustee, Successor In Interest to Wilmington Trust Company, As Trustee, Successor In Interest To Bank Of America National Association, As Trustee, Successor By Merger To Lasalle Bank National Association, As Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-14h ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of <u>6</u> months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting <u>04/01/2020</u> through <u>09/01/2020</u>. Creditor holds a secured interest in real property commonly known as 251 WOODLAWN AVE, TRENTON  New Jersey  08609. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements

to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

  Per the request, Debtor will resume Mortgage payments beginning 10/01/2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

        **RAS Citron, LLC**
        Attorneys for Secured Creditor
        130 Clinton Road, Lobby B, Suite 202
        Fairfield, NJ 07004
        Telephone No.: 973-575-0707

        By: /s/ Laura Egerman
        Laura M. Egerman, Esquire
        Bar ID:  LE-8250
        Email: legerman@rasnj.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor
U.S. Bank National Association

Laura Egerman, Esq. (LE-8250)

In Re:

**Kenneth G. McNeil,**

    **Debtor.**

Case No.:     15-14218-MBK

Chapter:      11

Judge:        Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Laura Egerman, Esq., represent U.S. Bank National Association in this matter.
2. On May 12, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: *Notice Of Debtor's Request For Forbearance Due To The Covid-19 Pandemic*.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 6, 2020

    **RAS Citron, LLC**
    Attorneys for Secured Creditor
    130 Clinton Road, Lobby B, Suite 202
    Fairfield, NJ 07004
    Telephone No.: 973-575-0707

    By: /s/ Laura Egerman
    Laura M. Egerman, Esquire
    Bar ID:  LE-8250
    Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Scott E. Kaplan<br>Law Offices of Scott E. Kaplan, LLC<br>5 South Main Street<br>PO Box 157<br>Allentown, NJ 085010157 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| Kenneth G. McNeil<br>52 S. Olden Avenue<br>Trenton, NJ 08609 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other |
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| Keith A. Holmes<br>34 Tall Oaks Dr<br>Laurel Springs, NJ 08021-4829 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |

| Keith A. Holmes<br>34 Tall Oaks Dr<br>Laurel Springs, NJ 08021-4829 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) | | |
|---|---|---|---|---|
| Keith A. Holmes<br>34 Tall Oaks Dr<br>Laurel Springs, NJ 08021-4829 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) | | |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | | | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |